UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. ERICKSON and SHELLEY A. ERICKSON, husband and wife; SHELLEY'S TOTAL BODYWORKS DAY SPA/SHELLEY'S SUNTAN PARLOR, a sole proprietorship,<br><br>            Plaintiffs,<br><br>    v.<br><br>LONG BEACH MORTGAGE CO., WASHINGTON MUTUAL BANK and CHASE BANK, Agent for Deutsche Bank National Trust, Servicing Agent for Chase Bank, Loan No. 0697646826,<br><br>            Defendants. | No. 2:10-cv-1423<br><br>NOTICE OF REMOVAL<br><br>***Clerk's Action Required*** |

TO:        Clerk, United States District Court for the Western District of Washington

AND TO:   Plaintiffs John E. Erickson and Shelley A. Erickson; Shelley's Total Bodyworks Day Spa/Shelley's Suntan Parlor

      Defendants Deutsche Bank National Trust Company ("Deutsche Bank"), as Trustee for Long Beach Mortgage Loan Trust 2006-4, and JPMorgan Chase Bank, N.A. ("Chase") — improperly captioned as "Chase Bank" — as acquirer of certain assets and liabilities of Washington Mutual Bank (which was the successor-in-interest to Long Beach Mortgage Company), from the Federal Deposit Insurance Corporation, acting as Receiver for Washington Mutual Bank (collectively, Deutsche Bank and Chase are referred to herein as "Defendants"), hereby remove the above-captioned cause, originally filed in the Superior

NOTICE OF REMOVAL — 1
DWT 15307379v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Court of the State of Washington in and for King County, to the United States District Court for the Western District of Washington. Defendants remove the case pursuant to 28 U.S.C. §§ 1441 and 1446, on the grounds set forth below:

1. On August 11, 2010, Plaintiffs filed this action in the Superior Court of the State of Washington in and for King County under Cause No. 10-2-29165-2. Defendants received a copy of the Complaint via certified mail on August 17, 2010. This Notice of Removal is timely under 28 U.S.C. § 1446(b) as it is being filed within 30 days of receipt of the Complaint. A copy of the complete state court record is attached as Exhibit A to the Verification of State Court Records, which will be filed within ten days of the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(a) and Local Civil Rule 101(b) for the Western District of Washington.

2. The Complaint alleges causes of action under the Racketeer Influenced and Corrupt Organizations Act ("RICO") (Complaint, pp. 11; 15), 18 U.S.C. § 1964, the Money Laundering Act, 18 U.S.C. §§ 1956-1957 (Complaint, p.17), and the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 (Complaint, pp. 7-10). Thus, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331.

3. This action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action founded on a claim or right arising under the laws of the United States. This action is removable without regard to the citizenship or residence of the parties.

4. Removal is proper to the Western District of Washington at Seattle because the district and division embrace King County, Washington.

5. All state law claims asserted by Plaintiffs in their Complaint relate to and arise from the same nucleus of operative facts as the federal questions. The state law claims do not raise novel or complex state law issues, and do not substantially predominate over the federal claims. Accordingly, pursuant to 28 U.S.C. §§ 1367(a) and 1441(c), this Court has supplemental jurisdiction to hear and decide all claims asserted by Plaintiffs in the Complaint.

NOTICE OF REMOVAL — 2
DWT 15307379v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

6. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the King County Superior Court.

WHEREFORE, Defendants respectfully give notice that the above-entitled action is removed from the King County Superior Court to the United States District Court for the Western District of Washington at Seattle.

DATED this 2nd day of September, 2010.

    Davis Wright Tremaine LLP
    Attorneys for Deutsche Bank National Trust Company and JPMorgan Chase Bank, N.A.

By s/*Josh Rataezyk*
Fred Burnside, WSBA #32491
Josh Rataezyk, WSBA #33046
Suite 2200, 1201 Third Avenue
Seattle, Washington 98101-3045
Telephone: (206) 757-8257
Fax: (206) 757-7257
E-mail: fredburnside@dwt.com
E-mail: joshrataezyk@dwt.com

NOTICE OF REMOVAL — 3
DWT 15307379v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on September 2nd, 2010, I caused a copy of the foregoing Notice of Removal to be served upon the Plaintiffs:

| | | |
|---|---|---|
| John E. Erickson and Shelley A. Erickson | (X) | By U. S. Mail |
| 5421 Pearl Ave. SE | ( ) | By E-Service |
| Auburn, WA  98092 | ( ) | By Facsimile |
| | ( ) | By Messenger |

DATED at Seattle, Washington this 2nd day of September, 2010.

s/ *Josh Rataezyk*
Josh Rataezyk

NOTICE OF REMOVAL — 4

DWT 15307379v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700