1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN E. ERICKSON and SHELLEY A. ERICKSON, husband and wife; SHELLEY'S TOTAL BODYWORKS DAY SPA/SHELLEY'S SUNTAN PARLOR, a sole proprietorship, | ) ) ) ) ) ) | No. 2:10-cv-1423 |
| Plaintiffs, | ) ) | VERIFICATION OF STATE COURT RECORDS |
| v. | ) ) | |
| LONG BEACH MORTGAGE CO., WASHINGTON MUTUAL BANK and CHASE BANK, Agent for Deutsche Bank National Trust, Servicing Agent for Chase Bank, Loan No. 0697646826, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

I am counsel for Defendants Deutsche Bank National Trust Company ("Deutsche Bank"), as Trustee for Long Beach Mortgage Loan Trust 2006-4, and JPMorgan Chase Bank, N.A. ("Chase") — improperly captioned as "Chase Bank" — as acquirer of certain assets and liabilities of Washington Mutual Bank (which was the successor-in-interest to Long Beach Mortgage Company), from the Federal Deposit Insurance Corporation, acting as Receiver for Washington Mutual Bank. I hereby verify, pursuant to Local Rule 101, that true and correct copies of all pleadings and other papers filed in the King County Superior Court action are attached hereto as Exhibit A. This verification is being filed within ten days of the filing of the Notice of Removal pursuant to Local Rule 101.

VERIFICATION OF STATE COURT RECORDS — 1
DWT 15307545v1 0036234-000059

1    DATED this 2nd day of September, 2010.

2                                    Davis Wright Tremaine LLP
                                     Attorneys for Deutsche Bank National Trust
3                                    Company, and JPMorgan Chase Bank, N.A.

4

5                                    By s/Josh Rataezyk
                                        Fred Burnside, WSBA #32491
6                                       Josh Rataezyk, WSBA #33046
                                        Suite 2200, 1201 Third Avenue
7                                       Seattle, Washington  98101-3045
                                        Telephone: (206) 757-8257
8                                       Fax: (206) 757-7257
                                        E-mail: fredburnside@dwt.com
9                                       E-mail: joshrataezyk@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

VERIFICATION OF STATE COURT RECORDS — 2
DWT 15307545v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

## CERTIFICATE OF SERVICE

2

I declare under penalty of perjury that on September 2, 2010, I caused a copy of the

3
foregoing Verification of State Court Records to be served upon the Plaintiffs:

John E. Erickson and Shelley A. Erickson          (X)     By U. S. Mail
4
5421 Pearl Ave. SE                                ( )     By E-Service
Auburn, WA 98092                                  ( )     By Facsimile
5
                                                  ( )     By Messenger

6

7
DATED at Seattle, Washington this 2nd day of September, 2010.

8

9
_s/ Josh Rataezyk_
Josh Rataezyk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

VERIFICATION OF STATE COURT RECORDS — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 15307545v1 0036234-000059

EXHIBIT A-1

FILED

10 AUG 11 PM 3: 01

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

**BEST IMAGE POSSIBLE.**

SUPERIOR COURT OF WASHINGTON, FOR KING COUNTY

**10-2-29165-2 KNT**

| | |
|---|---|
| JOHN E. ERICKSON and SHELLEY A. ERICKSON, husband and wife; Shelley's Total Bodyworks Day Spa/Shelley's Suntan Parlor a sole proprietorship | Case No.: No. |
| | Complaint and Cause of Action |
| Plaintiff, claimants Pro Se | |
| vs. | |
| Long Beach Mortgage Co, WAMU Bank and Chase Bank. Agent for Deutsche Bank Natl. Trust. Servicing agent for Chase Bank. Loan no. 0697646826 | |
| Defendant | |

## I. PARTIES

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1    At all times and material hereto; We, the
2  Plaintiffs/Complainants, John E. and Shelley A. Erickson, a
3  married couple, resided in King County at 5421 Pearl Ave
4  S.E., Auburn, Washington, 98092 since 1981.  Plaintiff's own
5  Shelley's Total Bodyworks Day Spa/Shelley's Suntan Parlor as
6  sole proprietor business for thirty years in Auburn,
7  Washington.

8

9    The defendants are believed to be and therefore are alleged
10 to be, residents of King County, State of Washington and
11 defendants represented the mortgage company Long Beach Mortgage.
12 All of these defendants complained of herein were done both
13 and individually and for the benefit of the Long Beach Mortgage
14 Company. The documents were signed in Bellevue, Washington.

15
16                    **II. JURISDICTION**
17

18    Plaintiffs/Complainant's reallege each and every allegation
19 contained in paragraph 1. through herein.

20

21    At the time of commencing this action, the defendants in
22 the original signing of the documents were representing Long
23 Beach Mortgage/WAMU now Chase Bank branch in Bellevue,
24 Washington, County of King, State of Washington.  Now
25 claiming the Deutsch Bank National Trust being the investor.

COMPLAINT AND CAUSE OF ACTION

PAGE2

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.F.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  The direct predatory loan act on the Erickson's home took place
2  in the State of Washington.  The Mortgage Fraud/predatory
3  lending took place inside the State of Washington, and each and
4  every individual State in the United States and has been deemed
5  the largest organized crime in the history of the United States
6  and possibly the globe.  Causing economic hardship for thousands
7  of citizens inside the State of Washington, effecting jobs,
8  causing loss of jobs therefore loss of incomes and causing
9  economic chaos, injuring the plaintiff's business, This is an
10 economic crime at its worst. **EXHIBIT 4**; Causing the plaintiff's
11 to be in bankruptcy and at risk of losing their home. **Exhibit**
12 **13,14,16,17,19-22.**

13

14     Plaintiff's had a good solid business and can prove through
15 accounting records, had built a huge business that grew every
16 year until the mortgage fraud came to a climax and began
17 dramatically draining the economy, with a bubble burst caused by
18 mortgage fraud and organized crime.  The mortgage fraud and
19 servicing fraud has effected the United States and the entire
20 globe. **Exhibit 15&18**

21

22     All direct acts of the defendants giving rise to
23 plaintiffs' personal mortgage causes of action originated
24 occurred in King County, inside the sovereign state of
25 Washington boundaries. The economic harm has occurred to the

COMPLAINT AND CAUSE OF ACTION

PAGE3

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   Erickson's business and livelihood located inside the sovereign
2   boundaries of the State of Washington. Washington law RCW
3   9.91.010, protects the plaintiff's civil right within the
4   boundaries of the State of Washington. 18 U.S.C.§1964 provides
5   for civil remedies for Racketeer influenced and corrupt
6   organization (RICO) violation: All act of defendants/agents
7   outside this jurisdiction allegedly represent Long Beach
8   Mortgage, a company that is associated to WAMU in the original
9   signing of the documents, and has been purchased by CHASE BANK
10  in King County, State of Washington.

11

12      Chase Bank then purchasing loans based on mortgage fraud as
13  notes to money launder corrupt mortgages. 18U.S.C.1956-57,
14  U.S.C.A.1956, prohibits money laundering. [Cases :United States
15  v,34 C. J. S. United States  §§ 162-163.]. Money laundering is
16  defined in Blacks Law Book as: The act of transferring illegally
17  obtained money through legitimate people accounts so that its
18  original source cannot be traced.  Money -laundering is a
19  federal crime. 18 U.S.C.A. § 1956, however has provisions under 18 U.S.C. §
20  1956-1957 in a civil action.  The mortgage documents for our mortgage
21  and millions of mortgages have been shredded so origin cannot be
22  traced, so value and ownership cannot be traced. It is also
23  addressed through the state governments, e.g., through the
24  Uniform Money Services Act.  Because some money -laundering is
25  conducted across national borders, enforcement of money-

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  laundering laws often requires international cooperation,
2  fostered by organizations such as Interpol.. ]     Chase Bank
3  mortgage serving then committing mortgage fraud upon the
4  Erickson's, who's home is located inside the jurisdiction of the
5  sovereign State of Washington. Such as sold to the Deutsch
6  National Trust.

7

8      "A party lacks standing to invoke the jurisdiction of a
9  court unless he has, in an individual or a representative
10 capacity, some real interest in the subject matter of the
11 action. ( State ex rel. Dallman v. Court of Common Pleas
12 (1973), 35 Ohio St. 2d 176, 298 N,E. 2d 515, syllabus. See
13 Bellitri v. Ocwen; opinion: a party "must have some actual,
14 justiciable interest. " Id. They must have a recognizable stake.
15 Wahhl v. Braun, 980 SW.2d 322 (Mo. App,. E.D. 1998).  Lacking f
16 standing cannot be waived and may be considered by the court sua
17 sponte. Brock v. City of St. Louis, 724 S.W.2d 721 (Mo. App.E.D.
18 1987).  If a party seeking relief lacks standing , the trial
19 court does ;not have jurisdiction to grant the requested relief,
20 Shannon, 21 S.W. 3d at 842.WBal  The Eleventh Appellate District
21 has held that 'Civ.R. 17 is not applicable when the plaintiff is
22 not the proper party to bring the case and, thus, does not have
23 standing to do so.  A person lacking any right or interest to
24 protect may not invoke the jurisdiction of a court. 'Northland
25 ins. Co v. Illuminating Co., 11th Dist. Nos. 2002-A-oo58 and

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  2002-A-0066,2004-Ohio-1529, at  17 (internal quotations and
2  citations omitted).  The court has also noted that "Cov.R. 17
3  (A) was not applicable unless the plaintiff(and or defendant)had
4  standing to invoke the jurisdiction of the court in the first
5  place, either in an individual or representative capacity.
6  With some real interest in the subject matter. Civ.R. 17 only
7  applies if the action is commenced by one who is sui juris or
8  the proper party to bring the action. "  Travelers Indemn. Co.
9  v. R. L. Smith Co (Apr. 13. 2001.) 11th Dist. No. 2000-L-014. "
10  Wells Fargo Bank, N .A. v, /Byrd. 178 Ohio App. 3d 285, 2008-
11  Ohio-4603, 897 N.E. 2d 722.  It went on to hold "If
12  plaintiff(and or defendants's)has offered.no evidence that it
13  owned the note and mortgage when the complaint was filed, it
14  would not be entitled to judgment as a matter of law". The
15  Erickson's have lived in this home for over 32 years and have
16  paid taxes on this home for over thirty two years, and were two
17  years from paying off the mortgage when the economic crimes of
18  the fraudster banks caused plaintiffs huge loss of income
19  causing them to take out loan to save their business and
20  personal home and forced sale and transfer of all the properties
21  owned by the plaintiff's except their home, trying to survive
22  the criminal economic losses. The U.S. Mail and phone services
23  have been used by the fraudster mortgage company and servicing
24  company to defraud, violating the "mail Fraud" and "Wire Fraud"
25  act 18.U.S.C.§1341 AND 18 U.S.C.§1343    Ohio courts have the

COMPLAINT AND CAUSE OF ACTION

PAGE6

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

inherent power to vacate the prior judgments in foreclosure. Patton v. Diemer (1988),35 Ohio St. 3d 68, 70, 518 N.E. 2d 952. The state courts of Massachusetts and Kansas have agreed on this matter.

### III. AUTHORITIES (STATUTES)

No. Carolina AUDAP STATUTE, CREATESS A PRIVAT CAUSE OF ACTION FOR "[UNFAIR METHODS OF COMPETITION IN OR AFFECTING COMMERCE,. Ad unfair deceptive acts, practice ninor affecting commerce. "36    The commission of such act that injures a person in a business may be punished by treble damages and attorney fees. Georgia's residential mortgage fraud act. See: 33 18 U.S.C. §1961(1)(b), 34 18 U.S.C.§ 1962, 35U.S.C. § 1964(c), 36 N.C.G.S. § 75-1.1. (a), 37jd. § 75-16, 75- 16.1.38Ga. Code § 16-8-etse§,39jd.§ 16-8-102. See: e.g, Arizona S.B. 1221; Florida S.B. 240 &H.B. 349; Minnesota S.F. 797 & H.F. 851, 797; Texas H.B..716c. See: 41 Sec e.g. S. Rep. No. 597, 63 Cong, 2d Sess. J at 8-13(1914), HR Rep No. 1142, 63d. Cong, 2d Sess. j at 18-19(1914)  (Conference Report). See: e.g. H.R. Rep. No. 1613. 75th Long. Lst Sess, at 3(1937);  83 Cong. Rec. 392-406(1938). 43 Holloway v. Bristol-Myers Corp. 485 F. 2d 986, 997, (D. C. Cir 1973). See 18.235.110. AND 18. 85. 230. Guzman b. Ocwen 17, 18 U.S.C.134.; 18 U.S.C. §1343. Violation to "Obstruction to private entrepreneurs 44.ld.  At 997-98, 45, John H. Beslner et al. Class action "Corps Public Servants or Private Entrepreneurs? 57STAN.L.Rev.

Truth in Lending Act was passed to prevent unsophisticated

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   consumer from being misled as to total cost of financing. Truth

2   in Lending Act, Section 102, 15 U.S.C. Section 1601. Griggs v.

3   Provident Consumer Discount Co. 680 F.2d 927,Certiorari granted,

4   vacated 103 S. Ct. 400, 459 U.S. 56, 74 L.Ed,2d 225, on remand

5   699 F,2d 642.

6      Purpose of Truth in Lending Act is for customers to able to

7   make informed decisions. Truth in lending Act Section 102 et

8   seq., 15 U.S.C. Section 1601 et seq. Brophv v. Chase Manhattan

9   Mortgage Co, 947 F. Supp 879. Truth in Lending Act, Sections 102

10  et seq, 102(a), 105 as amended, 15 U.S.C. Sections 1601(a),

11  1604; Truth  in Lending Act is strictly a liablility statute

12  liberally construed in favor of consumers. Truth in lending

13  regulations, Regulation Z, Sections 226. 1 et seq., 226. 18, 15

14  U.S.C. Section 1700, Basile v. H&R Block. Jlt (L. 897 F. Supp.

15  194.

16     To qualify for protection of Truth in Lending Act [15

17  U.S.C. Section 1601 et seq.] Plaintiff must show that disputed

18  transaction was a consumer credit transactin not a business

19  transaction. Truth b Lending Act, Section 102 et seq, 15 U.S.C.

20  Section 10601 et seq. Quino v. A-I Credit Com. 635 F. Supp. 151;

21

22     Under truth in lending regulation providing that disclosure

23  of consumer credit loan shall not be "stated, utilized or placed

24  so as to mislead or confuse," consumer, placement of disclosures

25  is to be considered along with their statement and use.    Truth

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  in Lending Regulations, Regulation Z, Section 226.6(c), 15
2  U.S.C. following section 1700. Geimuso v. Commericial Bank &
3  Trust Co. 566 F.2d 437.

4      Any violation of the Truth in Lending Act, regardless of
5  technical nature, must result in finding of liability against
6  lender. Truth in Lending Act Section 130(a,e), Is U.S.C. Section
7  1640 (a,e). In Re Steinbrecher. 110 BR. 1556, 116 A.L.R. Fed.
8  881.

9

10     Question of whether lender's Truth in Lending Act
11 disclosures are inaccurate, misleading or confusing ordinarily
12 will be for fact finder; However, where confusing, misleading
13 and inaccurate character of disputed disclosure is so clear that
14 it cannot reasonably be disputed, summary judgment for plaintiff
15 is appropriate.

16     Truth in Lending Act Section 102 et seq; Truth in Lending
17 Regulations, Regulation Z, Section 226.1 et seq,. 15 U.S.C.
18 Section 1700. Griggs v. Provident Consumer Discount Co. 503 F,
19 Supp 246, appeal dismissed 672 F. 2d 903, appeal after remand
20 680 F.2d 927, certiorari granted, vacated 103 S. Ct, 400, 459
21 U.S. 56, 74 L.Ed. 2d 225, on remand 699 E2d 642. Pursuant to
22 regulations promulgated under5Tr5uth in Lending Act, violator of
23 disclosure requirements is held to standard of strict liability,
24 and therefore, borrower need not show that creditor in fact
25 deceived biro by making substandard disclosures.

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   Truth in Lending Act, Sections 102-186, as amended. 15
2   U.S.C. Section 1601-1667(e);Truth in Lending Regulations,
3   Regulation Z, Section 226,8(b-d, 15 U.S.C. Section 1700 Soils v.
4   Fidelity Consumer Discount Col. 58 B.R. 983;Once a creditor
5   violates the Truth In Lending Act, no matter how technical
6   violation appears, unless one of statutory defense applies,
7   Court has no discretion imposing liability.

8

9   Under the facts at hand the Defendants Bank has patently
10  violated the Truth in Lending Act, at all relevant times the
11  Bank misled and attempted to confuse Plaintiff's.  The Bank did
12  not provide appropriate disclosure as required by the truth in
13  Lending Act in a substantive and technical manner. "It is not
14  necessary for recession of a contract that the party making the
15  misrepresentation should have known that it was false, but
16  recovery is allowed even thought misrepresentation is innocently
17  made, because it would be unjust to allow one who made false
18  representation, even innocently, to retain the fruits of a
19  bargain induced by such representations." Whipp v. Iverson, 43
20  Wis 2d 166.
21  "If any part of the consideration for a promise be illegal,
22  or if there are several considerations for an unseverable
23  promise one of which is illegal, the promise, whether written or
24  oral, is wholly void, as it is impossible to say what part or
25  which on of the considerations induced the promise." Menominee

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

River Co. V. Augustus Spies L & C. Co., 147 Wis 559+, 572; 132
NW 1122.

"Any false representation of material facts made with
knowledge of falsity and with intent that it shall be acted on
by another in entering into contract, and which is so acted
upon, constitutes ":fraud, " and entitles party deceived to
avoid contract or recover damages." Barnsdall Refining Corn, V.
Birnam wood Oil Co, 92 F 2d 817. "In the Federal Courts, it is
well established that a national bank has not power to lend its
credit to another by becoming surety, indorse, or guarantor for
him."  Farmers and Miners Bank v. Bluefield Nat'l Bank, 11 F 2d
83, 271 U.S. 669."

## IV. ALLEGATIONS

Plaintiff's claim "Mortgage Fraud", Mortgage servicing
Fraud, predatory lending fraud, "[u]nfair methods of competition
in or affecting commerce,. Ad unfair deceptive acts, practice
ninor affecting commerce. "violations of Mortgage fraud
statutes, violation of federal mail and wire statutes 33&34.
"Wire Fraud", and " Mail Fraud", violations of the "RICO ACT"
engaging in a pattern of "Racketeering influenced and corruption
organized (RICO): 18 U.S.C. §1964.:18 U.S.C. §1503, AD 18 U.S.C. §1503,
which prohibits obstruction of justice, ad 18 U.S.C. §1956-57, which prohibits money

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  laundering.  See South Star Fundry LLC v. Supreme Sprouse, 2007. WL 812174
2  (W.D.N.C. Mar. 13, 2007)(18 U.S.C. §1964,; United States v. Dementz, 2007 WL.
3  708975(11th Cir. Mar. 8, 2007)(18U.S.C. §1956, 1957); United states v. Soehnge,
4  2007 WL 4213(10th Cir. Jan, 2, 2007)(18 U.S.C. §1342); United States B.
5  DeaANgelis, 2006 WL 3082674 (11tj Cir. Oct 31, 2006) 18 U.S.C. §1001); United
6  States v. Havens, 424 F. 3d 535(7 Cir. 2005);(42 U.S.C. §408(a)(7), United States v.
7  Lgeir, 2002 WL 31429868(3rd Cir. 2002) (18 U.S.C. §1028). And Obstruction to
8  Private Entrepreneurs. And economic organized crime, Injuring
9  plaintiff's business, and the entire Washington State economy.
10
11            **V. MORTGAGE SERVICING FRAUD.**
12
13        April 2009, the fraudster mortgage servicing company told
14  the plaintiff's by wire (phone) they had been approved for a
15  modification loan, the paperwork was in the mail.  May 29, 2009
16  the plaintiff's receive a letter violating ["mail fraud"], and
17  "wire fraud", stating the plaintiff's were being sent
18  [temporary] coupons for a[ trial modification period.] "You may
19  continue to receive your normal statement during this trial
20  period,but please do not use it for making future payments. Once
21  your modification is effective, normal billing statements
22  reflecting the modified terms will resume.  If you make all [3]
23  trial period payments on time and comply with all of the
24  applicable program guidelines., you will have qualified for a
25  final modification. [The plaintiff's had already been told they

COMPLAINT AND CAUSE OF ACTION

PAGE12

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  had qualified for a modification loan, by phone.] (Plaintiff's

2  paid six months of modification payments.) However, there may be

3  a period of time between your last trial payment and your first

4  modification payment as we finalize the documents and get them

5  back from you. During that interval, you should make a

6  continuation payment at the trial period amount, and an extra

7  coupon has been provided for that purpose. That payment will

8  be applied as a principal reduction payment when your final

9  modification is effective." **SEE EXHIBIT #1&5.**

10      May 2009 through October 2009, the plaintiff's paid the

11 modified payment. September 2009.  October 13, 2009, Plaintiff's

12 receive a letter from Chase servicing department stating the

13 plaintiff's do not qualify, after being told they were approved

14 and qualified and had made six modification payments. ["mail

15 fraud"]and ["Wire fraud"].

16      Plaintiff's call Chase servicing department and ask how

17 Chase can tell them they are approved and pay for six months

18 then tell them they are unapproved? Plaintiff's are told due to

19 the present changes during our modification trial period with

20 the Obama plan we have been unqualified now. **EXHIBIT 6**

21      Plaintiff's are told because the modification payments

22 were partial payments the servicing company does not accept the

23 payments to be full payments, only partial payments therefore

24 the plaintiff's, have fallen into foreclosure status, and owe an

25 additional $25,000.00 or the mortgage company will foreclose on

COMPLAINT AND CAUSE OF ACTION

PAGE13

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

the plaintiff's home.

October 28, 2009, The plaintiff receive a DEBT VALIDATION LETTER from Chase , RE:Chase Loan No. : 0697646826:  **EXHIBIT 2**

October 2009, after receiving this letter, I go to Diane Fritschi, manager of Chase Bank in Auburn, Washington, to see if Diane could talk to the servicing department.  Diane calls the servicer and is told due to the changes in the Obama plan the Erickson's have been unqualified for the modification loan.

October 2009, Mrs. Erickson goes to attorney Sarah Small Point-Du Jour whom draws up a letter of dispute of ownership of the mortgage, asking for proof of who owns the mortgage and she mails this letter certified mail to the mortgage servicing agent and the mortgager on November 11, 2009.  The mortgage company/servicing company has never answered the letter of dispute. **EXHIBIT 3**

Sarah Small Point Du Jour, refers me (Mrs. Erickson) to Melissa, a predatory lending attorney, who agrees Chase Mortgage has defrauded plaintiff's, however she is unfamiliar with this subject and recommends the plaintiff's file bankruptcy.  We are in the middle of filing for bankruptcy caused by the mortgage fraudsters.  I have chosen to do the complaint and cause of

COMPLAINT AND CAUSE OF ACTION

PAGE14

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1    action claim Pro Se. And let Melissa file bankruptcy for
2    us.

3

4    The servicing and mortgage agents, and are in fact loan
5    sharks, acting as discriminating predatory lenders and criminals
6    committing organized crime at its worst.  Defendants have
7    mislead the Erickson's committed fraud, deception, and tort
8    against the Erickson's, by phone calls and mail, violating the
9    "Mail Fraud" Act and "Wire Fraud" Act, therefore violating the
10   "RICO ACT".

11

12   The defendants have blank mortgage assignments they possess
13   transferring nothing. A mortgage is a conveyance of land.
14   The various agreements between the securitization entities
15   stating that each had a right to an assignment of the mortgage
16   are on themselves an assignment and they are certainly not I
17   recordable form. The issues in this case are not merely
18   problems with paperwork or a matter of dotting i's and crossing
19   t's. Instead, they lie at the heart of the protections given to
20   homeowners and borrowers by the Washington legislature.

21

22   To accept the defendants arguments of this alleged debt
23   being enforceable and collectable and to allow them to take the
24   Erickson's home without demonstrable right to do so, based upon
25   the assumption that they ultimately will be able to show that

COMPLAINT AND CAUSE OF ACTION

PAGE15

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

they have that right and the further assumption that potential
bidders will be undeterred by the lack of a demonstrable legal
foundation for the sale and will nonetheless bid full value in
the expectation that the foundation will ultimately be produced,
even if it takes a year or more.  The law recognizes the
troubling nature of these assumptions, the harm caused if those
assumptions prove erroneous, and commands otherwise. " (Italic
emphasis in original.)  (U.S. Bank National Association v.
Ibanez/Wells Fargo v. Larace).

## VI. REQUEST FOR QUIET TITLE ACTION

The Erickson's request quiet title to establish title to
the land by compelling the adverse claimant to establish a claim
or be forever estopped from asserting it. Show us who owns the
mortgage or cancel the mortgage [NOW].

## VII. FACTS

"By statute, assignment of the mortgage carries with it the
assignment of the debt….Indeed, in the event that a mortgage
loan somehow separates interests of the note and the deed of
trust, with the deed of trust lying with some independent
entity, the mortgage may become unenforceable.  The practical
effect of splitting the deed of thrust from the promissory note

COMPLAINT AND CAUSE OF ACTION

PAGE16

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  is to make it impossible for the holder of the note to

2  foreclose, unless the holder of the deed of trust is the agent

3  of the holder of the note.

4

5      Without the agency relationship, the person holding only

6  the note lacks the power to foreclose in the event of default.

7  The person holding only the deed of trust will never experience

8  default because only the holder of the note is entitled to

9  payment of the underlying obligation.  The mortgage loan becomes

10  ineffectual when the note holder did not also hold the deed of

11  trust." (Citations omitted; emphasis added.)  **The defendant's**

12  **/mortgage fraudsters have taken proof of who owns the the**

13  **mortgage documents and shredded them or disposed of them to**

14  **enable the fraudsters to sell the mortgages without proof of**

15  **their value, hiding their true value to sell and resell and**

16  **slice and dice the mortgages to get away with money laundering**

17  **and being paid several times over for the same documents,**

18  **defrauding the buyers and the sellers and are now stealing the**

19  **mortgages back without proof of ownership, to hide there crime,**

20  **causing economic hardship for almost every citizen in the United**

21  **States including the Erickson's and injuring their business of**

22  **over thirty years.**

23

24      Defendant's for the above reasons violates the "Money

25  Laundering Act".18 U.S.C. §1956-1957. See South Star Fundry LLC v.

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206) 255-6324   (206) 255-6326
(253) 939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   Supreme Sprouse, 200 WL 812174 (W.D.N.C. Mar. 13, 2007)(18 U.S.C. §

2   1964), United States v. Dementz, 2007 WL 708975(11th Cir. Mar. 8, 2007)(18 U.S.C.

3   §1956, 1957); United States v. Soehnge, 2007 WL 4213 (10th Cir. Jan, 2, 2007)(18

4   U.S.C. § 1342); United States v. DeAngelis, 2006 WL 3082674 (11th Cir. Oct 31,

5   2006) 18 U.S.C. § 1001); United States v. Havens, 424 F. 3d 535(7 Cir. 2005); (42

6   U.S.C. § 408(a)(7), United States v. Lgeir, 2002 WL 31429868(3rd Cir. 2002) (18

7   U.S.C. § 1028).

8

9       `The fraudster servicing companies have pretended over and over to receive

10  only partial documents, from the home owners only to collect the thousand dollars(

11  EACH TIME they pretended to do the modification papers) from the government to

12  do the paperwork for the modification loans.  **EXHIBIT 12 : Willie Winstead will**

13  **be called as a witness to testimony, that he has experienced the same up to**

14  **fourteen time.   Thus the servicing companies literally stealing billions of**

15  **dollars from our tax base to pay off the tarp money, with our own tax**

16  **dollars.**

17

18      The Erickson's sent the same documents in up to twelve

19  times, before being told the servicing company had received all

20  the documents and had finally been approved, by phone.

21      The defendants have used abusive and threatening and

22  deceptive and harassing collection practices. The defendants are

23  demanding uncollectible and unenforceable mortgage debts, based

24  on Mortgage fraud.

25

COMPLAINT AND CAUSE OF ACTION

PAGE18

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   The defendants defrauded the Erickson's telling the
2   plaintiff's they were approved for a modification loan, then
3   sending a trial modification letter , making an agreement with
4   the Erickson's to pay modification payments and to ignore the
5   regular payment statements.  The Erickson's made modification
6   payments for six months , then are told the mortgage company has
7   changed its mind the plaintiff's are Unqualified. **All part of a**
8   **con job by organized criminals.**
9
10   The Plaintiff's submitted and resubmitted documents by fax,
11   for over ten months before the mortgage company finally stated
12   they had received all the copies, and not missing some through
13   the fax machine, before the Erickson's were given notice by
14   phone,they were approved for the modification loan.   The
15   Erickson's were not told they would receive a trial odification,
16   until they received the trial modification letter.
17
18   Plaintiff called the servicing agent in May, 2009 to see if
19   I was approved for our modification loan, I was told the
20   modification was approved and I would be receiving the paper
21   work soon.  Approximately a week later after I paid the June
22   payment I received a letter dated May 29, 2009, telling me:
23   According to our records we have recently sent you a Home
24   Affordable Trial Modification package.  If you have not already
25   remitted the payments as detailed in that package, please use

COMPLAINT AND CAUSE OF ACTION

PAGE19

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   the temporary payment coupons enclosed with this letter.  If you
2   have already remitted some of the payments, please disregard the
3   respective coupon for that month's payment but use the remaining
4   coupon(s) going forward.
5
6       We never received this package they are talking about, so
7   we went directly to the bank to pay the first payment the
8   servicing company told us to pay on the first of June, 2009.
9   The bank refused the payment and told us we had to send the
10  payment directly to the servicing agent.
11
12      I called the servicing agent and told them we had not
13  received the packet, that  I needed the address and sent a
14  cashiers check directly to them for the June modification
15  payment. Shortly after I made the payment I received the letter
16  dated June 29, 2009 with payment coupons attached to the letter.
17  The letter continued to say:  You may continue to receive your
18  normal statement during this trial period. (We did not), but
19  please do not use it for making future payments. Once your
20  modification is effective, normal billing statements reflecting
21  the modified terms will resume. If you make all (3) trial period
22  payments on time and comply with all of the applicable program
23  guidelines, you will have qualified for the final modification.
24
25      Approximately the second and third payments, plaintiff's

COMPLAINT AND CAUSE OF ACTION

PAGE20

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  called in by phone the servicing company told plaintiff's their
2  computers were down and to try again in a couple of weeks.   That
3  did not sound right to me, so we tried to call in a phone
4  payment in a couple of days and made the payments by phone.
5  (We were told by the servicing agent, the company had received
6  all the necessary paperwork, and we were approved for the
7  modification loan.   I had faxed all the requested material and
8  document to the serving company in order to receive the
9  modification loan.)

10
11      The servicing company letter continues.   However, there may
12  be a period of time between your last trial payment and your
13  first modification payment as we finalize the documents and get
14  them back from you.   During that interval, you should make a
15  continuation payment at the trial period amount, and an extra
16  coupon has been provided for that purpose.   That payment will be
17  applied as a principle reduction payment on your loan after your
18  final modification is effective.

19
20      The coupon page consisted of this: Please use the temporary
21  coupons below during your trial modification period and be sure
22  to include your loan number on your check.
23  If you have already remitted some payments or have set up
24  electronic payments for future payments under the trail plan,
25  please disregard these temporary coupon(s) for those months. If

COMPLAINT AND CAUSE OF ACTION

PAGE21

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253) 939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   you prefer to make your payment by phone, (Which we did) or have
2   any questions about these temporary coupons, please call us at
3   (866) 926-8937.  During your trial modification period, we are
4   waiving any telephone payment fees and can schedule your
5   payments in advance to help make it easier to keep your trial
6   plan current. If your loan is in foreclosure, certified funds
7   are required.

8

9       Additionally, you may not receive statements during the
10  trial modification months.  Normal billing statements reflecting
11  the modified terms will resume once your trial modification is
12  effective. These two papers were the only papers we received
13  until the October 13, 2009 letter. [This letter :  Stating the
14  bank was now refusing the modification loan, they had already
15  approved.  I called the servicing agent and asked why I received
16  a letter saying no after I was told in May 2009 that I was
17  approved and I have made six modification payments?

18

19      The servicing agent told me I qualified then however during
20  the modification trial period and the finalizing of the loan the
21  rules have changed and I do not meet the new requirements.
22  During this call it was the first time the servicing company
23  informed me why I owed over $25,000.00.  I was told the payments
24  are considered partial payments and I now have fallen behind
25  long enough to go into foreclosure.

COMPLAINT AND CAUSE OF ACTION

PAGE22

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206) 255-6324   (206) 255-6326
(253) 939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1      If I had been warned the modification payments would not be
2  considered full payments I would never have agreed to make the
3  modification payments.  I was tricked, misinformed and deceived.
4  I would never have allowed my house to be in foreclosure.  I
5  have struggled to keep my house out of foreclosure.  I believed
6  this program was to help you, not set you up for foreclosure
7  INSTEAD. This is illegal according to the estoppel law.
8  ESTOPPEL:  The Supreme Court noted that the theory of judicial
9  estoppel "prevents a party from asserting one position in a
10 judicial proceeding and later taking an inconsistent position to
11 gain an advantage".
12
13     Estoppel includes being barred by false representation or
14 concealment(equitable estoppel), failure to take legal action
15 until the other party is prejudiced by the delay Estoppel by
16 silence. No man can contradict his own act or deed. An estoppel
17 arising when a negligent person induces someone to believe
18 certain facts, and then the other person **reasonably and**
19 **detrimentally relies on that belief.**
20
21     Estoppel by representation: An estoppel arises when one
22 makes a statement or admission that induces another person to
23 believe something and that results in that person's reasonable
24 and detrimental reliance on the belief. A promissory  estoppel
25 is is a contract law doctrine  It occurs when a party reasonably

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  relies on the promise of another party, and because of the
2  reliance is injured or damaged. Estoppel is a legal doctrine at
3  common law, where a party is barred from claiming or denying an
4  argument on an equitable ground. Estoppel complements the
5  requirement of consideration in contract law.  In general,
6  estoppel protects an aggrieved party, if the counter- party
7  induced an expectation from the aggrieved party, and aggrieved
8  party reasonably relied on the expectation and would suffer
9  detriment if the expectation is not met.

10

11     Estoppel prohibit an individual or group from being harmed
12  as a result of another's deeds, statements or promises, when
13  later actions or statements contradict or undermine what was
14  originally  stated, promised, or inferred. I was told over the
15  phone on every phone call to the servicing agent that I owed a
16  balance over due on the loan.  And I told the person on the
17  phone I am in the middle of a modification loan and that debt
18  will be added to the end of the loan when my modification is
19  finalized. The party told me " I know I just am obligated to
20  tell you this.  I was never informed I would be put in
21  detrimental harm and forced into foreclosure.  I was never told
22  the payments would not be considered full payments.

23

24     There must be evidence to show that the representor
25  actually intended the victim to act on the representation or

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  promise, or . **EXHIBITS 1,& 5.**

2      - the victim must satisfy the court that it was reasonable

3  for him or her to act on the relevant representation or promise,

4  and what the victim did must either have been reasonable, or the

5  victim did what the representor intended, and The victim would

6  suffer a loss or detriment if the representor was allowed;

7  to deny what was said or done—detriment is measured at the time
   when the representor proposes to deny the representation or

8  withdraw the promise, not at the time when either was made, and
   in all the circumstances, the behavior of the representor is

9  such that it would be unconscionable " to allow him or her to

10 resile.

11

12     I was under the understanding the servicing company was
   understanding once I completed the trial modification payments I.

13 would receive my final modification. I was never told other

14 wise. The servicing company has been purposely delaying the
   modification loan building up fees for paperwork and servicing.

15 Now the servicing agent is pushing for a foreclosure to add more

16 fees for their service that will be paid at foreclosing, that
   otherwise may not have been paid for a long time or never.   It

17 is all a scam. procrastinating while using trickery to cause

18 detrimental harm, by concealing information that my loan would
   be put in harms way while making trail modification payments.

19

20     PROMISARY ESTOPPEL:   The doctrine of promissory estoppel

21 prevents one party from withdrawing a promise made to a second

22 party if the latter has reasonably relied on that promise and

23 acted upon it to their detriment. An unequivocal promise by

24 words or conduct.  Evidence that there is a change in position

25 of the promise as a result of the promise. **EXHIBITS#1& 5.**

COMPLAINT AND CAUSE OF ACTION                    JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                                        5421 PEARL AVE S.E.
PAGE25                                                    AUBURN WA. 98092
                                                   (206)255-6324   (206)255-6326
                                                         (253)939-9741
                                                 SHELLEYSTOTALBODYWORKS@COMCAST.NET

1    I have never allowed the mortgage to fall into danger of
2  foreclosure being enforced.  The Erickson's were not in danger
3  of default or repossession until the servicing agent directed
4  the Erickson's to make the modification payments, without
5  informing the Erickson's by making the modification payments the
6  Erickson's would be putting our home/mortgage in detrimental
7  harm. The servicing agent has put me in danger of being
8  foreclosed on any day, without notice until the Erickson's
9  home/mortgage was already in harms way./detriment.   The
10  modification plan used by the servicing company  to set up the
11  Erickson's mortgage to go into default.

12
13    I requested this modification loan because my small
14  business has been effected by the slow economy, which caused me
15  to take out this loan to begin with, to save my mortgage again,
16  not to cause the mortgage to fall behind farther than it was.
17  I trusted this company to treat me fairly and I have been trying
18  for a year to work with this unfair, unscrupulous unconscionable
19  predatory servicing company and mortgage fraudster company.

20
21    These predatory unconscionable, deceptive servicing agents
22  have to be stopped from this trickery, and organized crime.
23  This cannot go on.  Massive people are hurting and they are
24  heartlessly taking advantage of each and every one. Actually
25  stealing their homes after causing a bubble burst by illegal

COMPLAINT AND CAUSE OF ACTION

PAGE26

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  activity, causing global economic loss, putting millions of
2  people and millions of home in detrimental harms way created by
3  organized crime.

4

5      I in earnest paid the modification loan payments for six
6  months, not knowing or being told in any way that by paying the
7  modification payments, I was being time delayed, and falling
8  behind in my payments which has put me in detrimental harms
9  way and the threat of foreclosure.  I would have chosen to keep
10 making the larger payments until the modification loan was
11 finalized if I had been notified of the payments only being
12 allowed to be considered as partial payments.

13

14     I have been requesting relief and help with a modification
15 for months that could have helped me sooner.  This
16 procrastination has harmed me. I believe this detrimental harm
17 was the intent of the servicing company.  It is deceitful
18 trickery, using concealment and fraudulent predatory servicing,
19 WHILE MAKING A THOUSAND DOLLARS FOR EACH TIME THE SERVICING
20 COMPANY REVIEWED THE LOAN DOCUMENTS, this incentive enabled by
21 government promises to pay in advance for each loan reviewed,
22 without the loan being closed. . Witnesses; customers of
23 plaintiff's; Willie Winstead, Darcee Davis, Tara _____,
24 Linda Hoffman, Jerra Kleigan, Debe Flower, will testify to the
25 economic loss and their experience with Chase and more fraudster

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1 lenders, and have knowledge of the over thirty years of my
2 business.

3

4           VIII. I AM DISPUTING MY MORTGAGE:

5

6     Predatory lenders and predatory servicing companies cannot
7 be allowed to put people in detrimental harms way.  The only way
8 to stop this is to stop them.  The Erickson's did not understand
9 my mortgage agreement.  The contract was not made clear to us.
10 The Erickson's were tricked and mislead by the lenders.  Now the
11 servicing agent is misleading us.  The lender has used unfair
12 and discriminating interest rates and a predatory,
13 unconscionable, deceptive lending contract with the Erickson's.

14

15     The Erickson's have tried to come to some fair terms and
16 loan agreements with this lender and have been denied after
17 being told we were approved for the modification loan.  Our
18 bankruptcy attorney has told us to ignore every statement and
19 phone call until she tells us it is time to file the bankruptcy,
20 so we have ignored every such call, giving her the information
21 and letters.  The plaintiff's tried working with the
22 unscrupulous mortgage servicer for over a year and a half and
23 then were defrauded.  There is no good just reason to expect any
24 reasonable actions from organized criminals being the fraudster
25 and co-conspirator defendants.

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1    The Erickson's have been mislead at the closing day, to
2  discover the mortgage document we signed is not what we believed
3  to be signing or we would never have signed it.

4

5    The Erickson's are victims of a predatory lender, using
6  unfair, deceptive, and fraudulent practices during the loan
7  organizing process.  This loan imposes unfair and
8  abusive loan terms on us the borrowers. Now the servicing agent
9  is using deceptive and unfair and fraudulent practices of the
10  serving agents during the loan /mortgage servicing process, post
11  loan origination.   This is "the practice of a lender
12  deceptively convincing borrower to agree to unfair and abusive
13  loan terms, systematically violating those terms in ways that
14  make it difficult for the borrower to defend against.

15

16    This mortgage is unjustified risk-basing pricing. This is
17  the practice of charging more in the form of higher interest
18  rate and fees for extending credit to borrowers identified by
19  the lender as posing a greater credit risk. Higher interest
20  rates put the barrower in detrimental harms way.  The barrower
21  is tricked into believing the loan is a good thing, and find out
22  the mortgage is not what it seems and in fact is set up to
23  easily and even evitable go into foreclosure.  When if the party
24  had been fairly treated and not discriminated against the loan
25  would not go into foreclosure. The Plaintiff's would not have

COMPLAINT AND CAUSE OF ACTION


PAGE29

                                JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                         5421 PEARL AVE S.E.
                                         AUBURN WA. 98092
                                    (206)255-6324   (206)255-6326
                                          (253)939-9741
                                SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  been in a situation to file for a new loan on their home if the
2  fraudsters and co-conspirators had not committed the hugest
3  organized crime in the history of the United States and caused
4  an economic crash, thus committing an economic crime, injuring
5  the plaintiff's business, by injuring vast amounts of the
6  plaintiffs clients incomes.

7

8      The Erickson's have answered every request to work out an
9  affordable modification loan with the lender. The lender failed
10  to present the loan price as being negotiable at the time of the
11  original loan. The lender failed to clearly and accurately
12  disclose the terms and conditions.

13

14     The Erickson's are asking for proof of who owns the
15  mortgage. Has this mortgage become a securitization?  The letter
16  was sent over eight months ago, without answer.

17

18         **IX. THE ERICKSON'S ARE REQUESTING QUIET TITLE**

19

20  The Erickson's are requesting OMINIBUS Motion to cancel the
21  mortgage-now! "By statute, assignment of the mortgage carries
22  with it the assignment of the debt…. Indeed, in the event that a
23  mortgage loan somehow separates interests of the note and the
24  deed of trust, with the deed of trust lying with some
25  independent entity, the mortgage may become unenforceable.  The

COMPLAINT AND CAUSE OF ACTION                    JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                                         5421 PEARL AVE S.E.
PAGE30                                                    AUBURN WA. 98092
                                                   (206)255-6324   (206)255-6326
                                                           (253)939-9741
                                                 SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   practical effect of splitting the deed of trust from the
2   promissory note is to make it impossible for the holder of the
3   note to foreclose, unless the holder of the deed of trust is the
4   agent of the holder of the note. Without the agency
5   relationship, the person holding only the note lacks the power
6   to foreclose in the event of default.  The person holding only
7   the deed of trust will never experience default because only the
8   holder of the note is entitled to payment of the underlying
9   obligation.   The mortgage loan becomes ineffectual when the
10  note holder did not also hold the deed of trust. The Erickson's
11  request quiet title proving of the mortgage being enforceable or
12  "cancel the mortgage now"!
13
14       In mortgage securitization transactions, the mortgage
15  servicer forwards the borrower's payment of principal and
16  interest to the certificate holders (investors) of
17  the special securitized trust that owns and holds the promissory
18  notes secured by the mortgages and deeds of trust.   The
19  mortgage servicer, however, is allowed to retain late fees, BPO
20  fees, inspection fees, and other fees charged or assessed to a
21  borrower's account. In addition to the fee income, the servicer
22  is allowed to retain the net liquidation proceeds of any
23  foreclosure sale (net after foreclosure expenses and principal
24  balance to investors.)
25

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1       This provides an incentive to unscrupulous servicers who
2   aggressively interpret mortgage documents to add additional
3   fees, to a borrower's mortgage account.   Many times, the
4   additional fees added on create an event of default
5   allowing the mortgage servicer to foreclose on the property.
6
7       This practice is commonly referred to as manufacturing a
8   default or manufactured default.   The Erickson's believe the
9   servicing agent has indeed manufactured default on the
10  Erickson's.
11
12     **X. THIS IS CONSUMER FRAUD AND MORTGAGE DISCRIMINATION**
13
14      The Erickson's request action to quiet title to establish
15  the plaintiff's title to land by compelling the adverse claimant
16  to establish a claim or be forever estopped from asserting it:
17
18      This is predatory and unfair mortgage practice therefore
19  the Erickson's request the court to grant rendering this
20  securitized Mortgage unenforceable.   And to cancel the mortgage
21  now.
22
23     **XI. Fraudsters and Co-Conspirators**
24
25  <u>WAMU, and Chase Bank are only two of the three and a half</u>

COMPLAINT AND CAUSE OF ACTION

PAGE32

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  pages of fraudsters and co-conspirators listed on
2  www.msfraud.org/fraudsterslist.hmtl.
3  The economic crime is so vast it is considered the biggest
4  organized crime in the history of the United States. **EXHIBITS 8-**
5  **12.**
6
7      My husband and I have built this house with our bare hands,
8  no contractors in 1981, and have lived here all these years
9  paying taxes on the property all these years. We have done
10  everything possible to work with the lender to save our home.
11  We have paid the trial modification payments in good faith and
12  are being forced into protecting our home from unconscionable
13  predatory lenders and servicing agents and trustees. We pray the
14  courts will grant the motion of Ominibus relief, by Quiet Title,
15  if the parties are unable to produce proof of any legal rights.
16
17      We pray the courts will grant reliance Estoppel due to the
18  lenders and servicing agents causing detrimental harm and
19  committing mortgage servicing fraud to the Erickson's, covered
20  by the estoppel law.  The Erickson's acted on the word
21  and promises of the servicing agents that lead the Erickson's to
22  detrimental harm and putting the Erickson's home into
23  foreclosure status. The Erickson's are claiming the lenders,
24  servicers, agents, and mortgage companies, and trustee's have
25  performed predatory lending, and servicing, unconscionable acts,

COMPLAINT AND CAUSE OF ACTION

PAGE33

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  deceptive, unfair mortgage discriminating, and consumer fraud,
2  therefore Defendant's violating  the "mail fraud","wire fraud"
3  and "RICO ACT".

4

5      The lenders did not clarified the documents to the
6  Erickson's, concealing the true nature of these documents
7  leading the Erickson's to repossession of our home,during both
8  the time of the original signing of the mortgage and during the
9  modification period.

10

11      The Erickson's are claiming the predatory servicer's have
12  acted as officious intermeddler's with unclean hands and should
13  receive no restitution for the benefit conferred, nor quantum
14  meruit.

15

16      This is Unconstitutional, Unclean Hands: one of the maxims
17  of equity embodying the principle that a party seeking redress
18  in a court of equity (equitable relief) must not have done any
19  dishonest or unethical act in the transaction upon which he or
20  she maintains the action in equity, since a court of conscience
21  will not grant relief to one guilty of unconscionable conduct,
22  ie., to one with "unclean hands."

23

24      Unconstitutional conflicting with some provision of
25  constitution, most commonly the United State Constitution.   When

COMPLAINT AND CAUSE OF ACTION

PAGE34

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1  a statute is found to be unconstitutional, it is considered void
2  or as if it had never been, and consequently all rights,
3  contracts, or duties that depend on it are void.  Similarly, no
4  one can be punished for having refused obedience to the law once
5  it is found to be unconstitutional.

## XII. RESTITUTION DEMANDED

The plaintiff's request restitution of onehundred thousand
dollars plus, per year for injury to their business, beginning
2003, to date, then treble per law. See "RICO ACT" which
provides; In addition to criminal penalties, any person "injured
in his person or property "by reason of RICO violation.may bring
civil action.   In civil action, a litigant may recover treble
damages, as well as attorney fees.   Plaintiff request
reasonable attorney fees for Pro Se work involved to file this
case.

## XIII. CONCLUSION

With respect for all the above reasons, Plaintiff's must
be granted their request for restitution and Ominibus Motion And
Quiet Title:

COMPLAINT AND CAUSE OF ACTION

PAGE35

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   _____
2   John E. Erickson Pro Se                    Dated August 09, 2010
3
4   _____
5   Shelley A. Erickson Pro Se                 Dated August 09, 2010
6
7
8   5421 Pearl Ave S.E.
9   Auburn, Washington 98092
10  206-255-6324
11  206-255-6326
12  253-939-9741
13  E-mail Shelleystotalbodyworks@comcast.net
14
15  V.
16
17  Deutsche Bank Natl Trust
18  C/O Chase Home Finance, LLC
19  Customer Interaction Center
20  P.O. Box 44118
21  Jacksonville, FL 32231-4016
22  1-800-848-9136
23  1-904-886-5529
24
25
    Chase Home Finance LLC (OH4-7302)

    3415 Vision Dr

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   Columbus, OH 43219-6009

2

3

4   Long Beach Mortgage Co.

5   Deutsch Bank Natl Trust

6

7   Loan #6684477-7881                                          60

8   Wall Street

9   1400 S. Douglas Rd, Suit 100                          New

10  York, NY 10005

11

12  Anaheim, CA. 92806

13  1-212-250-2500

14

15

16  National Post closing operations 1-866-926-8937

17

18  Chase servicing agent:

19  P.O. Box 78148

20

21  Phoenix, AZ. 85062-8148

22

23  1 (866-926-8937)

24  Washington Mutual (CA2-4299)

25

    9200 Oakdale Avenue

    Chatsworth, CA 91311


    COMPLAINT AND CAUSE OF ACTION              JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                                        5421 PEARL AVE S.E.
    PAGE37                                               AUBURN WA. 98092
                                                   (206)255-6324   (206)255-6326
                                                         (253)939-9741
                                               SHELLEYSTOTALBODYWORKS@COMCAST.NET

Account no. 0697646826

1 (866) 926-8937

Chase Home Finance LLC (OH4-7302 )

3415 Vision Dr

Columbia, OH 43219-6009

Loan no. 0697646826

Contacts: For Chase Home Finance,LLC

Customer Interaction Center

Washington Mutual Bank

  P.O. Box 44118

Jacksonville, FL 32231-4016

24 "A" Street S.E.

Auburn, Washington 98002

1-800-848-9136

1-904-886-5529

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1
2
3
4
5
6
7
8
9
10

SUPERIOR COURT OF WASHINGTON, FOR KING COUNTY

11  JOHN E. ERICKSON and SHELLEY A.      Case No.: No.

12  ERICKSON, husband and wife;          SUMMONS (TWENTY DAYS)

13  Shelley's Total Bodyworks Day

14  Spa/Shelley's Suntan Parlor a

15  sole proprietorship

16          Plaintiff, claimants

17                       Pro Se

18      vs.

19  Long Beach Mortgage Co, WAMU

20  Bank and Chase Bank. Agent for

21  Deutsche Bank Natl. Trust.

22  Servicing agent for Chase Bank.

23  Loan no. 0697646826

24          Defendant

25

STATE OF WASHINTON: TO DEFENDANTS ABOVE NAMED:

SUMMONS (TWENTY DAYS)                    JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                              .5421 PEARL AVE S.E.
PAGE1                                        AUBURN WA. 98092
                                         (206)255-6324  (206)255-6326
                                              (253)939-9741
                                     SHELLEYSTOTALBODYWORKS@COMCAST.NET

1

2      A lawsuit has been started against you in the above-entitled court by the

3  above-named plaintiff's. Plaintiff's claim is stated in the written Complaint, a copy

4  of which is served upon you with this Summons.

5

6      In order to defend against this lawsuit, you must respond to the Complaint by

7  stating your defense in writing, and serve a copy upon the undersigned Pro Se

8  plaintiff within 20 days after the service of this Summons, (or within 60 days after

9  the service of this Summons, if you were served outside of the State of Washington)

10 excluding the day of service, or a default judgment may be entered against you without

11 notice.   A default judgment is on where plaintiff's are entitled to what he asks or

12 because you have not responded.   If you serve notice of appearance on the undersigned

13 attorney, you are entitled to notice before a default judgment may be entered.

14     You may demand that the plaintiff file this lawsuit with the curt.  If you do

15 so, the demand must be in writing and must be served upon the plaintiff.   With 14 day

16 after you serve the demand, the plaintiff must file this lawsuit with the court, or

17 the service upon you of this Summons and Complaint will be void.

18

19     If you wish to seek the advice of an attorney in this matter, you should do so

20 promptly so that your written response, if any, may be served on time.

21     This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of

22 the State of Washington.

23

24     DATED this _11_ day of August 2010.

25

*John Earl Erickson Shelley A. Erickson*

John Earl Erickson and Shelley Ann Erickson Pro Se

SUMMONS (TWENTY DAYS)                    JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                                5421 PEARL AVE S.E.
PAGE2                                             AUBURN WA. 98092
                                         (206)255-6324   (206)255-6326
                                                (253)939-9741
                                        SHELLEYSTOTALBODYWORKS@COMCAST.NET

1

2

3

_____

4   John E. Erickson Pro Se                    Dated August 03, 2009

5

6   _____

7   Shelley A. Erickson Pro Se                 Dated August 03, 2009

8

9

10  5421 Pearl Ave S.E.

11  Auburn, Washington 98092

12  206-255-6324

13  206-255-6326

14  253-939-9741

15  E-mail Shelleystotalbodyworks@comcast.net

16

17  V.

18

19  Deutsche Bank Natl Trust

20  C/O Chase Home Finance, LLC

21  Customer Interaction Center

22  P.O. Box 44118

23  Jacksonville, FL 32231-4016

24  1-800-848-9136

25  1-904-886-5529


Chase Home Finance LLC (OH4-7302)


SUMMONS (TWENTY DAYS)                JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                          5421 PEARL AVE S.E.
PAGE3                                     · AUBURN WA. 98092
                                       (206)255-6324   (206)255-6326
                                            (253)939-9741
                                    SHELLEYSTOTALBODYWORKS@COMCAST.NET

1   3415 Vision Dr

2

3   Columbus, OH 43219-6009

4

5

6   Long Beach Mortgage Co.                          Deutsch Bank Natl Trust

7   Loan #6684477-7881                                  60 Wall Street

8

9   1400 S. Douglas Rd, Suit 100                    New York, NY 10005

10

11  Anaheim, CA. 92806                                  1-212-250-2500

12

13

14  National Post closing operations 1-866-926-8937

15

16  Chase servicing agent:

17  P.O. Box 78148

18

19  Phoenix, AZ. 85062-8148

20

21  1 (866-926-8937)

22  Washington Mutual (CA2-4299)

23

24  9200 Oakdale Avenue

25  Chatsworth, CA 91311

Account no. 0697646826

1 (866) 926-8937

SUMMONS (TWENTY DAYS)                JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                              5421 PEARL AVE S.E.
PAGE4                                         AUBURN WA. 98092
                                       (206)255-6324  (206)255-6326
                                              (253)939-9741
                                   SHELLEYSTOTALBODYWORKS@COMCAST.NET

1

2

3      Chase Home Finance LLC (OH4-7302 )

4      3415 Vision Dr

5

6      Columbia, OH 43219-6009

7

8      Loan no. 0697646826

9      Contacts: For Chase Home Finance,   LLC

10

11

12     Customer Interaction Center              Washington Mutual Bank

13

14       P.O. Box 44118                         24 "A" Street S.E.

15

16     Jacksonville, FL 32231-4016              Auburn, Washington 98002

17     1-800-848-9136

18

19     1-904-886-5529

20

21

22     CHASE BANK

23

24     24 "a" STREET

25     Auburn, Washington 98002

SUMMONS (TWENTY DAYS)                 JOHN E. and SHELLEY A. ERICKSON PRO-SE
                                              5421 PEARL AVE S.E.
PAGE5                                          AUBURN WA. 98092
                                        (206)255-6324   (206)255-6326
                                              (253)939-9741
                                      SHELLEYSTOTALBODYWORKS@COMCAST.NET

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SUMMONS (TWENTY DAYS)

PAGE6

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SUMMONS (TWENTY DAYS)

PAGE7

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324   (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

1
2
3   Added addresses this complaint and cause of action and summons
4   has been certified mailed to below:
5
6
7   CHASE HOME FINANCE LLC (FL5-7730)
8
9   PO BOX 44090
10  Jacksonville, FL 32231-4090
11
12
13  Chase Home Finance LLC
14
15  Mail Code OH4-7133
16
17  3415 Vision Drive
18  Columbus, OH 43219-6009
19
20
21
22
23
24
25

COMPLAINT AND CAUSE OF ACTION

PAGE39

JOHN E. and SHELLEY A. ERICKSON PRO-SE
5421 PEARL AVE S.E.
AUBURN WA. 98092
(206)255-6324  (206)255-6326
(253)939-9741
SHELLEYSTOTALBODYWORKS@COMCAST.NET

## CERTIFICATE OF SERVICE

I hereby certify that on August __11__, 2010, The Erickson's filed the foregoing with the Clerk of the Court_____. See attached filed document # _____

I have mailed the foregoing document by Certified Mail, by the U.S. Post office Postage prepaid for delivery within 3 calendar days, to the following lenders, trustees, and mortgage companies, banks, and servicing agents.

Deutsche Bank Natl Trust
C/O Chase Home Finance, LLC
Customer Interaction Center
P.O. Box 44118
Jacksonville, FL 32231-4016

Chase Home Finances LLC. (OH4-7302)
3415 Vision Dr
Columbus OH 43219-6009

Long Beach Mortgage Co.
Loan no. 6684477-7881
1400 S. Douglas Rd. Suit 100
Anaheim, CA. 92806

National Post closing operation 1-866-926-8937
Chase servicing agent :
P.O. Box 78148
Phoenix, AZ. 85062-8148
1-866-926-8937

Washington Mutual Bank
24 "A" Street S.E.
Auburn, Washington 98002

Washington Mutual (CA2-4299)
9200 Oakdale Avenue
Chatsworth, CA 91311
Account no. 0697646826
1(866)926-8937

Chase Home Finance LLC (OH4-7302)
3415 Vision Dr
Columbia, OH 43219-6009
Loan no. 0697646826
Contacts: For Chase Home Finance, LLC.

Customer Interaction Center
P.O. Box 44118
Jacksonville, FL 32231-4016
1-800-848-9136
1-904-866-5529

On this, the __10th__ day of August , 2010, before me a notary public, the undersigned, personally appeared __John E. Erickson__ known to me (or satisfactorily proven) to be the person whose signature is subscribed to this document, and acknowledged that she is the person that has executed this Affidavit of Process-Serve for the purposes therein.

__J.A. Bradshaw_____.Notary Public

Signed __John Erickson__
John E. Erickson
Dated August _____ 2010

## CERTIFICATE OF SERVICE

I hereby certify that on August __//__ , 2010, The Erickson's filed the foregoing with the Clerk of the Court_____. See attached filed document #_____.

I have mailed the foregoing document by Certified Mail, by the U.S. Post office  Postage prepaid for delivery within 3 calendar days, to the following !enders, trustees, and mortgage companies, banks, and servicing agents.

Deutsche Bank Natl Trust
P.O. Box 44118
Jacksonville, FL 32231-4016

Signed _John E. Erickson_
John E. Erickson

Deutsche Bank AG
Regional Head Quarters
60 Wall Street
New York, NY 10005
U.S.A.

Dated August  10   2010

On this, the ___10th___ day of August , 2010, before me a notary public, the undersigned, personally appeared _John E. Erickson_ , known to me (or satisfactorily proven) to be the person whose signature is subscribed to this document, and acknowledged that she is the person that has executed this Affidavit of Process-Serve for the purposes therein.
___J.A. Bradshaw___ .Notary Public

J. A. BRADSHAW
COMMISSION EXPIRES
NOTARY
PUBLIC
1-29-12
STATE OF WASHINGTON

# EXHIBITS A

Chase/WaMu
PO Box 78148
Phoenix, AZ 85062-8148
(866) 926-8937 Customer Care

*The paperwork... tower!*

WaMu is becoming CHASE

*Important*

*all!*

May 29, 2009

000098 01 of 02 ADT-Z2 2009149
SHELLEY A ERICKSON
5421 PEARL AVE SE
AUBURN WA 98092

6826   *Called soon after May 29 2009*

**Temporary Coupons for Making Payments during your Trial Modification Period**

Dear SHELLEY A ERICKSON:

According to our records we have recently sent you a Home Affordable Trial Modification package. If you have not already remitted the payments as detailed in that package, please use the temporary payment coupons enclosed with this letter. If you have already remitted some of the payments, please disregard the respective coupon for that month's payment but use the remaining coupon(s) going forward.

You may continue to receive your normal statement during this trial period, but please do not use it for making future payments. Once your modification is effective, normal billing statements reflecting the modified terms will resume.

If you make all [3] trial period payments on time and comply with all of the applicable program guidelines, you will have qualified for a final modification. However, there may be a period of time between your last trial payment and your first modification payment as we finalize the documents and get them back from you. During that interval, you should make a continuation payment at the trial period amount, and an extra coupon has been provided for that purpose. That payment will be applied as a principal reduction payment on your loan after your final modification is effective.

Our goal is to provide the highest level of quality service to each of our customers. If you have any questions, please contact Customer Care at (866) 926-8937.

We appreciate your business and value our relationship with you.

Sincerely,

JPMorgan Chase Bank, National Association, successor to Washington Mutual Bank

Enclosure

We are attempting to collect a debt. For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

*Exhibit*

Chase Home Finance LLC (OH4-7302)
3415 Vision Dr
Columbus, OH 43219-6009

**CHASE** ⬤

October 28, 2009

027648 1 of 1 NSP0WMU - ZA 000000000000 XP831

Shelley A Erickson
John E Erickson
5421 Pearl Ave Se
Auburn WA 98092

RE: Chase Loan No.:        6826

DEBT VALIDATION NOTICE

As of 10-28-09, your total outstanding debt for this loan is stated on
the back of this Notice.  Because of interest, late charges and other
charges that may vary from day to day or that may change after the
date of this notice, the amount due on the day you pay may be greater.
Therefore, you may not rely on the amount shown on the back of this
Notice to be sufficient to payoff your loan after the date of this
Notice.  You should contact the servicer at the address or telephone
number below to verify the exact amount necessary to payoff your loan
on the day you will deliver payment.  Failure to do so may result in
rejection of your payment.  For your information:

* The creditor to whom this debt is owed is:
  Deutsche Bank Natl Trust
* Unless within (30) days after receiving this communication you
  notify us that the debt, or any portion or it, is disputed, the debt
  will be assumed by us to be valid.
* If within thirty (30) days after receiving this communication you
  notify us, in writing, that the debt, or any portion of it, is
  disputed, we will mail a verification of such debt to you.
* If within thirty (30) days after receiving this communication you
  make a request, in writing, you will be provided with the name and
  address of the original creditor, if other than the present creditor
  shown above.

The purpose of this communication is to collect the indebtedness due,
or, in the alternative, to repossess the property that is the security
of such debt.

THE INFORMATION ABOVE IS PROVIDED IN COMPLIANCE WITH THE FEDERAL FAIR
DEBT COLLECTION PRACTICES ACT.

For questions or inquiries, please contact us at:
            Chase Home Finance, LLC
            Customer Interaction Center
                 P.O.Box 44118
            Jacksonville, FL 32231-4016
                 1-800-848-9136
                 1-904-886-5529


Exhibit 2

Re: Loan No.:      6826

As of October 28, 2009, the total amount of the outstanding debt is the following:

| | | |
|---|---|---|
| Current Total Unpaid Principal Balance | $ | 465,047.67 |
| Interest to 10-28-09 | $ | 17,426.35 |
| Escrow/Impound Overdraft | $ | 1,659.70 |
| Buydown Subsidy/replacement Reserve Balance | $ | .00 |
| Suspense Balance | $ | -1,411.72 |
| Recoverable Balance | $ | .00 |
| HUD Subsidy Balance | $ | .00 |
| Restricted Escrow/Loss Draft Balance | $ | .00 |
| Pro Rata MIP | $ | .00 |
| Pro Rata PMI | $ | .00 |
| Pro Rata Credit Life | $ | 7,792.75 |
| Late Charges | | |
| | | |
| Total Outstanding Debt | $ | 490,514.75 |

LA-XP831-014-#UM-102309                              XP831

exhibit 2a

# SPDJ LAW, INC., PS

**1119 PACIFIC AVENUE, SUITE 1308**
**TACOMA, WA 98402**
PH. 253-238-0868 FAX 253-238-0867

WWW.SPDJLAW.COM
*WHERE CLIENTS COME FIRST, AND REAL ESTATE MATTERS.*

SARAH L. SMALL POINT-DU-JOUR                                     SARAH@SPDJLAW.COM

November 11, 2009

CHASE HOME FINANCE, LLC
Customer Interaction Center
P.O. Box 44118
Jacksonville, FL 32231-4016

Re: Our Client(s): Shelley and John Erickson
Our File No.: 10230

Dear Ladies and Gentlemen:

As I am sure you are aware, the Fair Debt Collection Act affords Mr. and Mrs. Erickson the right to dispute the validity of the debt or any part of it.

This letter is submitted to you within 30 days of 10-28-09 in order to dispute all of the debt described in your correspondence of October 28, 2009.

Federal law requires, at a minimum, that you to obtain and mail the following to my office:

1. The amount of the debt;
2. Proof of the debt and of its validity;
3. The name and address of the original creditor and current creditor, if the original creditor is different from the current creditor;
4. Provide a verification or copy of the original promissory note, deed of trust, assignments thereof, and judgment (if any);
5. Proof that you are licensed to collect debts in Washington State.

Said items must be provided at your expense. In the interim, you cannot add interest or fees except those authorized by the original promissory note or state law. Any further attempt to collect the debt without validating it violates the FDCPA.

3

If you have already reported this debt to any credit-reporting agency or Credit Bureau, you must immediately inform them of my clients' dispute with this debt.

Should you pursue a judgment without validating the debt, my clients will seek dismissal based on your failure(s) to comply with the FDCPA.

In addition, I request that you also send an account balance and an account history of all payments made, the interest rate, if any, together with the method of the payments' application.

Upon your receipt of this letter, please confirm that you will suspend all your efforts (through litigation, foreclosure or otherwise) to collect this debt until mailing the proof of the debt's validity and information about the creditors.

In accordance with the Fair Debt Collection Practices Act, Section 809(b): Validating Debts:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

Finally, if you do not own this debt, my clients demand that you immediately send a copy of this dispute letter to the original creditor so that they are aware of my clients' dispute with this debt.

Best Regards,

Sarah L. Small Point-Du-Jour
Attorney at Law

SP
Via Certified and Regular Mail
cc: clients

APPROVED AND ALSO SIGNED BY:

_Shelley A. Erickson_ Date 11-10-09   _John Erickson_ Date 11/10/09
SHELLEY ERICKSON                       JOHN ERICKSON

3a

—— Original Message ——
From: "Sarah L Small Point-du-Jour" <SARAH@SPDJLAW.COM>
To: Shelleystotalbodyworks@comcast.net
Sent: Monday, June 7, 2010 12:34:40 PM GMT -08:00 US/Canada Pacific
Subject: Re: PLEASE SEND DISPUTE ANSWER

Hi Shelley, Here is the letter. I don't remember any response coming. I will double check, but still
need to pull out your closed file. If I find something, we'll forward it. The file should also have the
signed certified receipt, and I can do a declaration of mailing if necessary.

Sarah


On Jun 4, 2010, at 5:15 PM, Shelleystotalbodyworks@comcast.net wrote:

I assume there was no answer.   So now I need the proof you mailed the letter of
dispute.  Sent to me personally so I can file a dispute with the King County Records
Department.
e—— Original Message ——
From: "Sarah L Small Point-Du-Jour" <SARAH@SPDJLAW.COM>
To: Shelleystotalbodyworks@comcast.net
Sent: Tuesday, May 25, 2010 3:32:32 PM GMT -08:00 US/Canada Pacific
Subject: Re: PLEASE SEND DISPUTE ANSWER

Hi Shelley,

I will have to pull your file.  We will let you know if we got a response and forward it if
there is one.

SP

On May 25, 2010, at 3:19 PM, Shelleystotalbodyworks@comcast.net wrote:


Please send me any answer you recieved from my supposed mortgage servicing or
mortgage company.  As far as I know they never responded to the dispute letter you
sent for me.   Please send me proof of service for the mailing of this dispute letter also.
Please send by e-mail.

                              Shelley Erickson/206-255-6324


Sarah L. Small Point-du-Jour

SPDJ Law, Inc., PS
1119 Pacific Avenue Suite 1308
Tacoma, WA 98402
ph. 253-238-0888 fax 253-238-0867

3b

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 2560 0000 1809 4988
Status: **Delivered**

Your item was delivered at 6:30 am on November 16, 2009 in
JACKSONVILLE, FL 32231. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery Information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.54 |

Postmark
Here

Sent To  Chase Home Financial
Street, Apt. No.; or PO Box No.  PO Box 44118
City, State, ZIP+4  Jacksonville FL 32231

7007 2560 0000 1809 4988

PS Form 3800, August 2006    See Reverse for Instructions

6/24/10 2:29 PM

**3d**

7/8/2010

**SmartZone Communications Center**

Shelleystotalbodyworks@comcast.net

± Font size ±

# U.S. Postal Service Track & Confirm email Restoration - 7007 2560 0000 1809 4988

**From :** U.S._Postal_Service_ <U.S._Postal_Service@usps.com>

**Subject :** U.S. Postal Service Track & Confirm email Restoration - 7007 2560 0000 1809 4988

**To :** shelleystotalbodyworks@comcast.net

Wed Jun 30 2010 14:42:19

This is a post-only message. Please do not respond.

Shelley Erickson has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7007 2560 0000 1809 4988

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | JACKSONVILLE FL 32231 | 11/16/09  6:30am |
| Arrival at Unit | JACKSONVILLE FL 32203 | 11/16/09  4:26am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

*3e*



# The Fraudsters & Co-conspirators

| Mortgage Subservicing | Refinance at 4.1% FIXED | Mortgage Modification | Fixed Rate Mortgage Loans |
|---|---|---|---|
| Mortgage Loan Servicing Platform No Minimum Limits, All Loan Types www.gray.stonssolutions.com | $150,000 mortgage for $633/mo. No SSN req. Get 4 Free Quotes Now! MortgageRefinance.LendGo.com | Modify Bank America Home Mortgage Help Center Online or 888-495-5965 www.PaymentHelp.org | $200,000 for Only $1,059/Month Fixed Rate for Life at LendingTree www.LendingTree.com |

*The list of problem companies and those aiding in the concealment of their crimes is so vast we can't possibly list them all.*
*If you wish to have a company listed, you must submit documented proof of wrongdoing with your request.*

Ablitt Law Offices, P.C.
Account Portfolios
Accredited Home Lenders
ACORN
Adler & Associates
Aegis Mortgage
AIG
Alegis Group
Alliance Mortgage Group
AllianceOne Receivables Management
AllianceOne, Inc.
Allied Home Mortgage Capital
Allied Interstate
All State Mortgage Lender
ALLTEL
Altegra Credit Company
Alternative Home Financing
Aman Collection Service
AMC (Ameriquest)
American Alliance for Loan Management
American Coradius
American General Finance
American Home Modifications
American Recovery Systems
American Revenue
American Servicing Company
America's Mortgage Banc
American Legal Process
America's Servicing Company
Ameri-CK
Ameridebt
Amerifund Home Mortgage
Ameriquest Mortgage
Amerix
AmNet Mortgage
AMO Recoveries,
Asset Management Outsourcing
Appletree Mortgage
Argent Mortgage (Ameriquest)
Arrow Financial Services
Ashwood Financial
Asset Acceptance Capital Corp
Asset Acceptance Corporation
Asset Protection & Recovery Solutions, L.L.C.
Associated Recovery Systems/ ARS National Services
Associates (Citigroup)
Atlantic Credit & Finance
Aurora Loan Servicing
Balboa Insurance
Banc Boston Mortgage
Bank of America
Bank of New York
Bank One/Banc One

Greentree Financial
GreenPoint Mortgage
Guaranty Bank
Guaranty Residential Lending
Guaranty Residential Mortgage Corporation
Gulf State Credit
Guyer & Enichen
H&R Block Mortgage
Hammer Financial (Illinois)
Harmon Law Offices, P.C
Harris & Harris
Harvard Collection Services
Heady Financial
HFC (Home Funding Corp.)
Hibernia
Hirsch & Westheimer
Holland & Knight
HomeBanc Mortgage
Homecomings Financial (GMAC)
Homecomings Financial Network
HomeEq (Wachovia/Money Store)
Homeloan Management Ltd
Homeq Servicing Corp.
HomeSavers USA
Homeside Lending (WAMU-Washington Mutual)
Homestar Mortgage
Household / Beneficial
Household Finance
Housing Assistance Services, Inc. (HAS)
HSBC
Hunt Leibert
I.C. System
Illinois Collection Services
IMC Mortgage
IndyMac Bank
Innovis
IntelliRisk
Irwin Home Equity
Irwin Union Bank & Trust
J. C. Christensen & Associates
JBC Legal Group (Boyajian)
Jessie Riddle & Associates
Johnson, Rodenburg & Lauinger
Jones Day
J. P. Morgan/Chase
KCA Financial Services
Kramer & Frank
KeyBank
LaSalle Bank (ABN Amro)
Leader Mortgage
Lehman Brothers
Lenahan Law Offices
Lending Tree

4   1/4

12/26/2009

The Fraudsters & Conspirators

Bank One / Banc One
Bank United
Bankers Trust of California
Barrett – Burke
Baum Law Firm
Bayview Financial LP
Bear Stearns
Bear Stearns Mortgage (a.k.a. EMC Mortgage)
Beneficial
Beneficial Financial Services
Bennett & Deloney
Bernard L. Madoff Investment Securities LLC
Best Interest Rate Mortgage Company
Bierman, Geesing & Ward, LLC
Blatt, Hasenmiller
Blitt & Gaines
Bonded Collection Corporation
Boudreau & Associates
Bowman, Heintz
The Law Office of Brett Margolin PC
Bronson &Migliaccio, LLP
Brice, Vander Linden & Wernick P.C.
Buchalter Nemer Fields & Younger
Bureaus Investment
Burke, Costanza & Cuppy
Calmco / Olympus
Cambridge Credit
Cambridge Credit Counseling
Capital City Mortgage
Capital Management Services
Capital Mortgage Services
Capitol Credit Service (Madison, WI)
Cavalry
C-BASS (Litton Loan Servicing)
CBE Group
CCB Credit Services
Celink
Cendant Mortgage
Cenlar F.S.B
Centex Home Equity
Central Pacific Mortgage
Certegy
CFIC Home Mortgage
Chase Financial Funding
Chase Manhattan Mortgage
Chase Mortgage
Chex Systems
CitiCorp Mortgage
CitiFinancial Mortgage
CitiMortgage
City Finance (Washington Mutual)
Client Services, Inc.
Coalition for Fair and Affordable Housing
Coldata
Collect America, LTD
Collectcorp
Collection Associates
Collins Financial
Comerica Bank
Commercial Credit
Conseco
Consumer Credit Counseling
Consumer Data Industry Association
Consumerinfo.com
ContiMortgage
Conti-Mortgage
Continental Services
Countrywide Mortgage
Credit Bureau Enterprises
Credit Collection Service
Credit Management Services
Credit Protection Association
Creditors' Alliance
Creditors Interchange

Lerner, Sampson & Rothfuss
Liberty Mortgage
Litton Loan Servicing
Loan Arranger (broker)
Loan Giant
Long Beach Mortgage
LTD Financial Services
Luminent Mortgage Capital
M.R.S. Associates
Macey, Wilensky, Cohen
Malcolm S. Gerald & Associates
Maverick Acquisition Corp.
McMahan & Sigurick
MEDCLR
Medical Collection System/ Robert Mistovich
Mercantile Mortgage
Meritage Mortgage
Meritech Mortgage (formerly Saxon)
Merrill Lynch
Merrill Lynch Mortgage
MERS (Mortgage Electronic Registration Services)
Metropolitan Mortgage
MGIC
MidFirst Bank
Midland Credit Management/ MCM
Midland Mortgage
MKM Acquisitions
Morgan Stanley
Mortgage Lenders Network (MLNUSA)
MortgageIT
Moss, Codillis, Stawiarski, Morris, Schneider & Prior
Mozilo, Angelo
MRS Associates
National Action Financial Services
National Asset Management Enterprises
National Asset Recovery Services
National City (Altegra)
National Enterprise Systems
National Financial Systems
Nations Credit
NationsBanc/ Nationsbank
Nationwide Credit
Nationwide Modification Agency Inc
NB Lending
NCO
NCO Financial Systems
NCO Group
Network Mortgage Servicing
New Century Financial Services, Inc.
New Century Mortgage
North Fork Bank (GreenTree)
Northland Group
NorWest Mortgage
Novastar
Ocwen/ Ocwen Federal Bank/ Ocwen Financial
Olympus Mortgage (Ameriquest)
Olympus Servicing
Option One Mortgage (H&R Block)
Option One Mortgage (Irvine, Ca.)
Origen
Outsourcing Solutions (OSI)
Pacific Republic Mortgage
PCFS Mortgage Resources
People's Choice Home Loan
Perry Homes
Peters and Freedman
PHH Mortgage
Phillips & Cohen Associates, Ltd.
Pioneer Credit Recovery
Platinum Financial Services
Platinum Home Mortgage
Plaza Associates
PMI Group

12/26/2009
The Fraudsters & Conspirators

Creditors Interchange
Credit Suisse First Boston
Creve Coeur Mortgage
Cross Country Bank
Crossland Mortgage
CSFB
CTX Mortgage Co.
D&B Receivables Management
DebtOne
Debtworks
Decision One Mortgage
Delta Financial
Deutsche Trust (Bankers Trust)
DiTech Funding (.com)
Ditech.com
Diversified Adjustment Services
DLJ Mortgage Acceptance
Dovenmuehle Mortgage
Draper, Goldberg
Dun & Bradstreet RMS
DUNSCOMM
Dymacol
eAppriaseIT
EMC Mortgage Corporation
Emerald Home Loan
EMPIRE MORTGAGE
Encore Capital Group
Encore Receivable
Entrust Financial Services
Epstein & Frisch
Equicredit (NationsBank n.k.a. Bank of America)
Equifirst
Equity One
ER Systems
E*Trade Bank
Everest Consumer Svcs.
Everhome

Experian
Fairbanks Capital (nka - Select Portfolio Servicing (SPS)
FBCS (Philadelphia, PA)
Federal Loan Modification Law Center and Federal Loan
Modification
Ferleger & Associates
FedMod
Fidelity
Fieldstone Mortgage
Fifth Third Bank
Finance America
Financial Asset Management
Financial Credit Corporation
Financial Recovery Services
Financial Resources Mortgage Inc.
First Alliance
First Alliance Mortgage
First American Investment Company
First Beneficial Mortgage
First Capital Mortgage
First Franklin Financial (NCFS)
First Horizon
First Horizon Home LoanL
First Metropolitan Mortgage
First Nationwide Mortgage
First NLC Financial Services
First Pacific Corp.
First Performance Recovery
First Residential Mortgage (Louisville, KY)
First Select Corporation
FlexPoint Funding (HomeFirst)
FLM Law Center LLP
Florida Default Law Group
FMA Enterprises
ForeclosureLink
Fourscore

Portfolio Recovery Associates
Portfolio Recovery Services
PRA III, LLC
Principal Residential Mortgage
Pro Com Services
Professional Credit Management
Professional Recovery Systems
Protocol Recovery Service
Provident Bank
Quicken Loans
Quality Loan Service
RBMG
Receivables Management Solutions
Redline Recovery Services
Regent & Associates
Reis Valuation
Renaissance Mortgage Acceptance
Residential Loan Centers of America
Revenue Management
Revenue Production Management, Inc. (RPM)
Risk Management Alternatives
RJM (Fingerhut)
RRReview, Inc
RX Financial
Saxon Mortgage
Sagres Co.
Salvatore Spinelli
Saxon Mortgage Services
Schreiber & Associates of Danvers, Massachusetts
Schwartz & Schwartz
Security Finance Corporation of Oklahoma
Security National Servicing
Select Portfolio Servicing - SPS (formerly Fairbanks Capital)
Settleware.com
Shapiro & Kreisman
Sherman Acquisitions / Alegis
Southwest Credit Corp.
Summit Mortgage
Sunrise Credit Services
Suntrust Mortgage
Superior Bank
Surpas Resource Corporation
Taylor, Bean & Whitaker Mortgage Corp.
Tate & Kirlin Associates
Temple Inland Mortgage
The Associates
Town and Country Credit
TranSouth Financial Corporation
Transworld
Trauner, Cohen & Thomas
U. S. Bank
Unifund
Unifund Group
United Financial Mortgage
Universal Fidelity Corporation
Upland Mortgage
Valentine & Kebartas
Van Ru Credit
Wachovia Bank
Walinski & Trunkett
Walsh Securities Inc.
Washington Mutual (WAMU)
Wells Fargo
Weltman, Weinberg
Wendover Financial Services/
Weyerhaeuser Mortgage Co. (WMC)
Williams & Williams
Wilshire Credit Corp
WMC Mortgage
Wolpoff & Abramson
World Wide Financial Services
Worldwide Asset Management
Worldwide Asset Purchasing

4b

The Fraudsters & Co-conspirators

Foursbore
Franklin Credit Management
Franklin Credit Management (FCMC)
Freddie Mac/Fannie Mae
Freemont Investment & Loan
Fulbright & Jaworski
Full Spectrum Lending
FSA
Gateway Bank
GC Services
GE Capital
GE Consumer Finance
Gerald E. Moore & Associates
GMAC or GMAC Mortgage Corp.
Goldman Sachs
Grabowski & Greene
Greatstone
Green Light Financial

Worldwide Asset Purchasing
Worldwide Financial Resources
Worldzen
Znet Financial
Zwicker & Associates

Link to old animated Fraudster Page

Please use the temporary coupons below during your trial modification period and be sure to include your loan number on your check. If you have already remitted some payments or have set up electronic payments for future payments under the trial plan, please disregard these temporary coupon(s) for those months.

If you prefer to make your payment by phone, or have any questions about these temporary coupons, please call us at (866) 926-8937. During your trial modification period, we are waiving any telephone payment fees and can schedule your payments in advance to help make it easier to keep your trial plan current. If your loan is in foreclosure, certified funds are required.

Additionally, you may not receive statements during the trial modification months. Normal billing statements reflecting the modified terms will resume once your trial modification is effective.

--------------------------------------------------------------------------------✂
(cut here)

Trial Period Payment #4 (Modification Continuation Payment)

*June*

> SHELLEY A ERICKSON
> Loan Number:        6826
> Payment Due: $3224.00
> Due Date: 9/1/2009

Chase/WaMu Payment Processing
PO Box 78148
Phoenix, AZ 85062-8148

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

--------------------------------------------------------------------------------✂
(cut here)

Trial Period Payment #3

*July*

> SHELLEY A ERICKSON
> Loan Number:        6826
> Payment Due: $3224.00
> Due Date: 8/1/2009

Chase/WaMu Payment Processing
PO Box 78148
Phoenix, AZ 85062-8148

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

--------------------------------------------------------------------------------✂
(cut here)

Trial Period Payment #2

*Aug*

> SHELLEY A ERICKSON
> Loan Number:        6826
> Payment Due: $3224.00
> Due Date: 7/1/2009

Chase/WaMu Payment Processing
PO Box 78148
Phoenix, AZ 85062-8148

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

--------------------------------------------------------------------------------✂
(cut here)

Trial Period Payment #1

*Sept*

> SHELLEY A ERICKSON
> Loan Number:        6826
> Payment Due: $3224.00
> Due Date: 6/1/2009

Chase/WaMu Payment Processing
PO Box 78148
Phoenix, AZ 85062-8148

Exhibit 5

For customers who have received a discharge in bankruptcy, or who are subject to the protections of an automatic stay in a bankruptcy proceeding, this notice is for information only and is not a demand for payment.

**WaMu is becoming CHASE ◒**

**Washington Mutual (CA2-4299)**
9200 Oakdale Avenue
Chatsworth, CA 91311

October 13, 2009

SHELLEY A ERICKSON
JOHN E ERICKSON
5421 PEARL AVE SE
AUBURN WA 98092

**Statement of Eligibility for Loan Modification**
Account:        6826
Property Address:        5421 PEARL AVE SE
                         AUBURN WA 98092

Dear Mortgagor(s):

Washington Mutual is writing in response to your recent request regarding a loan modification on the above-referenced account through the Making Home Affordable (MHA) program and or Chase Modification Program (CMP). After researching your account, we have determined that you do not qualify for a modification under the MHA program and or Chase Modification Program (CMP) at this time for the following reason(s):

- Your income is insufficient for the amount of credit you have requested.

If your Loan is delinquent, we may be able to offer other alternatives to help avoid the negative impact a possible foreclosure may have on your credit rating, the risk of a deficiency judgment being filed against you, and the possible adverse tax effects of a foreclosure on your Property. If you are interested in discussing these possible alternatives, please contact us immediately at (866) 926-8937.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right to receive a free copy of your report from the reporting agency, if you request it no later than sixty (60) days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency by contacting the agency at the number provided below:

        Equifax:        PO BOX 740241
                        Atlanta, GA 30374-0241
                        (800) 685-1111

FEDERAL ECOA NOTICE

Exhibit 6

# Target grows on Goldman Sachs' back

## RESULT OF FEDERAL SUIT

### Other investors looking at how Goldman set up its money-losing deals

BY LOUISE STORY
AND GRETCHEN MORGENSON
*The New York Times*

For Goldman Sachs, it was a relatively small transaction. But for the investment bank — and the rest of Wall Street — the stakes couldn't be higher.

Accusations that Goldman defrauded customers who bought investments tied to risky subprime mortgages have only just begun to reverberate through the financial world.

The civil lawsuit filed against Goldman on Friday by the U.S. Securities and Exchange Commission (SEC) seemed to confirm many Americans' worst suspicions about Wall Street: that the giant is rigged, the odds stacked in the banks' favor. It is the first big case — but probably not the last, legal experts said — to delve into a Wall Street firm's role in the mortgage fiasco.

It is a particularly sensitive time for Wall Street. Washington, D.C., policy makers are debating a sweeping overhaul of the nation's financial regulations, and the news could embolden those seeking to rein in the banks. President Obama on Saturday stepped up pressure for a financial overhaul by accusing Republicans of "cynical and deceptive" attacks on the measure.

The SEC's action also could hit Wall Street where it really hurts:

and, at times, seemingly conflicted role in the mortgage meltdown. Goldman and others worked behind the scenes, bundling home loans into investments for sale to investors the world over. Even now, more than 18 months after the federal government rescued the teetering financial system, no one knows for sure how much money was lost on those investments.

The public outcry against the bank bailouts was driven in part by suspicions that a heads-we-win, tails-you-lose ethos pervades the financial industry.

To many, that Goldman and others are once again minting money — and paying big bonuses to their employees — is evidence Wall Street got a sweet deal at taxpayers' expense. The accusations against Goldman may only further those suspicions.

"The SEC's against Goldman, if proven true, will confirm to people their suspicions about the total selfishness of these financial institutions," said Steve Fraser, a Wall Street historian and author of "Wall Street: America's Dream Palace."

"There's nothing more damaging than that. This is way beyond recklessness. This is way beyond incompetence. This is cynical, selfish exploiting."

Goldman's stock took a beating Friday, falling 13 percent and wiping out more than $10 billion of the company's market value. It was a possible sign that investors fear the SEC complaint will damage Goldman's reputation and its ability to keep its hands on so many sides of a trade, a practice that is immensely profitable for the firm.

ligations, which are at the heart of the Goldman case. CDOs, which are essentially bundles of securities backed by mortgages or other debt securities, turned out to be among the most toxic investments ever devised.

"Any investor who bought these

fense lawyer in New York. "Is it really conceivable that no one else was involved in this?"

As the housing market began to fracture in 2007, senior Goldman executives began overseeing the mortgage department closely, according to four former Goldman Sachs employees, who spoke on the condition of anonymity.

Senior executives routinely visited the unit. Among them were David Viniar, the chief financial officer; Gary Cohn, the president; and Pablo Salame, a sales and trading executive, these former employees said. Even Goldman's chief executive, Lloyd Blankfein, got involved.

Top executives met routinely with Dan Sparks, head of the mortgage trading unit, who retired in spring 2008. Managers instructed several traders to sell housing-related investments, indeed, they urged Tourre and a colleague, Jonathan Egol, to place more bets against mortgage investments, the former employees said.

A Goldman spokesman said Saturday that the top executives were not involved in the approval process for the deal cited by in the SEC's fraud suit, and that their involvement in 2007 was related to their desire to counterbalance the positive bets on housing the banks already had made.

Blankfein has been questioned by a congressional commission about the toxic vehicles Goldman devised and sold, even as the bank realized the housing market was in trouble.

Recent public statements made by Blankfein seem to conflict with

*Wall Street analysts said Goldman Sachs and other big Wall Street banks might be facing a new kind of risk: angry investors demanding background details on how their investments went south.*

CHRIS HONDROS / GETTY IMAGES

> **"** Any investor who bought these CDOs and lost a significant amount of money is probably looking at their investment and wanting to know: what were the details behind the sale?"
>
> WILLIAM TANONA
> *analyst at Collins Stewart*

money from Goldman.

The German bank IKB Deutsche Industriebank, as well as the German government, which in 2007 put up billions to prevent IKB from collapsing, still seemed to be sorting out who might have legal standing to pursue a possible claim.

Wall Street firms tend to settle cases like this one, but Goldman on Friday indicated it intended to fight, perhaps in part to discourage suits by investors. But that strategy could set it up for a drawn-out, messy and public battle.

The SEC complaint named just one Goldman employee: Fabrice Tourre, a vice president in the bank's mortgage operation who

**A new kind of risk?**

**Questioning higher-ups**

OFFICE OF THRIFT SY



# THE NEWS TRIB

SUNDAY, APRIL 16, 2010

SOUTH SOUND · TACO



## GUTI KEEPS IT SIMPLE

SPORTS, B1

### TODAY'S WEATHER

**NICE BUT WET:** Partly sunny with afternoon showers. High: 68. Low: 45.
Details, B8

### IN THE NEWS



**Volcanic ash cloud disrupts air traffic**

The eruption of a volcano in Iceland has disrupted air travel around the world -- including at Sea-Tac -- as the ash cloud drifted into European airspace.
SEE STORIES, PAGES A10, A12.

**Ex-Lakewood man gets death sentence**

A former Lakewood man has been sentenced by a military jury to die for the murders of a North Carolina mother and her two children in 1985.
SEE STORY, PAGE A6.

**That's our boy (skinny ties and all)**

We're so proud of locally grown pro golfer Ryan Moore. His decent finish at the Masters. That hole-in-one at the same tourney. And, of course, his strong fashion ... courage.
SEE THE NOSE, PAGE A3.

**Federal law bumps into state law**

A marijuana grower in Colorado made the mistake of bragging to a local television station about how he was going to make hundreds of thousands of dollars by growing weed in his basement. Then the feds came calling.

## WaMu failure blamed on lax fed oversight

**SUPERVISION:** Glaring problems found in 2002, Senate panel says

BY DANIEL WAGNER
The Associated Press

WASHINGTON -- Federal bank regulators failed to stop shoddy lending and excessive risk-taking at Washington Mutual Inc. for years because they were too chummy with WaMu executives, a Senate panel says.

WaMu's primary regulator, the Office of Thrift Supervision, failed to properly oversee the bank, according to a report released Thursday by the Permanent Subcommittee on Investigations. The OTS' lax oversight led to WaMu's failure, the biggest by a U.S. bank, the report says.

"OTS' failure to act allowed Washington Mutual to engage in unsafe and unsound practices that cost borrowers their homes, led to a loss of confidence in the bank and sent hundreds of billions of dollars of toxic mortgages into the financial system," contribut-

*Please see WAMU, back page*

## TEA PA CROW

### STATE CAPITO

spending, taxes,

BY JORDAN SCHRADER
Staff writer

Tea party activists Thursday p ment spending and leading De state and nation -- as well as slig reputation.

Opponents and the news med them and portrayed them as hat ers and some of the roughly 3,00 a tea party rally in Olympia, w with rallies in Seattle and hundre on the day federal income taxes

"There are some hate people.

## Rappers' refrain: 'Cen-sus.



8

*"Paper WAMU began risk + shady deals slip"*

# WAMU
**CONTINUED FROM A1**

ing to the financial crisis, the report says.

Panel chairman Sen. Carl Levin, D-Mich., says the OTS' chief, John Reich, called the bank his "biggest constituent" when preparing for a meeting with WaMu CEO Kerry Killinger.

Reich did not respond to calls for comment Thursday evening.

The panel released some findings of an investigation Thursday, in advance of a hearing it will hold today on regulatory oversight of WaMu. It will hear from former and current officials from OTS and the Federal Deposit Insurance Corp. Among them will be Reich, FDIC Chairman Sheila Bair and current OTS chief John Bowman.

Levin said the OTS was too forgiving with WaMu after agency regulators found glaring problems with its lending and risk management starting in 2002. He called the relationship a "clear conflict of inter-

est," since the OTS is funded by fees from regulated banks including WaMu.

WaMu's fees accounted for 12 to 15 percent of the OTS' budget, more than any other bank's, the report says.

The OTS oversaw WaMu "on a collaborative basis, not a regulatory basis," said Levin, who chairs the Permanent Subcommittee on Investigations.

WaMu was a major player in subprime mortgages between 2002 and 2008, when it failed and the government seized it at the height of the financial crisis. The staff report says OTS recognized major problems at WaMu starting in 2002 but relied on the bank to correct the issues voluntarily. WaMu repeatedly failed to do so, but the OTS never forced a change, the report says.

Fueled by the housing boom, Washington Mutual's sales to investors of subprime mortgage securities leapt from $2.5 billion in 2000 to $29 billion in 2006. The 119-year-old thrift, with $307 billion in assets, was sold for $1.9 billion to JPMorgan Chase & Co. in a deal brokered by the

FDIC.

The FDIC administers the fund that insures regular bank deposits and has backup oversight of all insured banks. The agency was critical of WaMu's practices and pressed the OTS to take tougher action, the report says. It says OTS blocked the FDIC's efforts to perform its own examinations.

A separate report issued jointly by the inspectors general of the Treasury Department and the FDIC faulted the two agencies for infighting that delayed action. But it says OTS bears more blame because it blocked the FDIC's examiner from accessing information needed to assess the bank's strength.

"OTS' supervision did not adequately ensure that WaMu corrected those problems early enough to prevent a failure of the institution," the inspectors general wrote.

Former WaMu executives and regulators criticized the OTS' oversight in interviews Thursday.

"The regulators did not possess the



Killinger

OTS provided "i of any federal ba

Committee s have gone furth thority to cond of WaMu. And cies engaged in summer of 200 spread.

OTS spokesr the OTS has ad eral's recomme aminers' report not comment o ings, because h provided its rep

At a hearin

*"Point WAMU began risk + shady deals as early as 2002."*

*"Point"* ←

**THENEWSTRIBUNE.COM**

## WaMu

**ED FROM A1**

inancial crisis, the report says.

Chairman Sen. Carl Levin, D-s the OTS' chief, John Reich, bank his "biggest constituent" aring for a meeting with WaMu y Killinger.

d not respond to calls for com-sday evening.

el released some findings of an on Thursday, in advance of its with WaMu on regulatory WaMu will lean more on cur-rent officials from OTS and al Deposit Insurance Corp. an will be Reich, FDIC Chair-Bair and current OTS chief an.

it this OTS' was too foregiving the agency regulators found plans with its lending offit is starting in 2007. He said ship a "clear conflict of inter-

say, since the OTS is funded by fees from regulated banks including WaMu.

WaMu's fees accounted for 12 to 15 percent of the OTS' budget, more than any other bank's, the report says.

The OTS oversaw WaMu "on a collaborative basis, not a regulatory basis," said Levin, who chairs the Permanent Subcommittee on Investigations.

WaMu was a major player in subprime mortgages between 2002 and 2008, when it failed and the government seized it at the height of the financial crisis. The staff report says OTS recognized major problems at WaMu starting in 2002 but relied on the bank to correct the issues voluntarily. WaMu repeatedly failed to do so, but the OTS never forced a change, the report says.

Fueled by the housing boom, Washington Mutual's sales to investors of subprime mortgage securities leapt from $2.5 billion in 2000 to $29 billion in 2006. The 119-year-old thrift, with $307 billion in assets, was seized in 2008 by JPMorgan Chase & Co. in a deal brokered by the FDIC.

The FDIC administers the fund that insures regular bank deposits and has backup oversight of all insured banks. The agency was critical of WaMu's practices and pressed the OTS to take tougher action, the report says. It says OTS blocked the FDIC's efforts to perform its own examinations.

A separate report issued jointly by the inspectors general of the Treasury Department and the FDIC faulted the two agencies for infighting that played a role. But it says OTS bears more blame because it blocked the FDIC's examiners from accessing information and failed to assess the bank's strength.

"OTS' supervision did not adequately ensure that WaMu corrected those problems early enough to prevent a failure of the institution," the inspectors general wrote.

Former WaMu executives and regulators criticized the OTS' oversight in interviews Thursday.

"The regulators did not possess the

right technical resource or expertise to oversee the complexity of institutions" like WaMu, said Clifford Rossi, a top risk officer at WaMu in 2007 who worked at OTS in the 1990s.

As a result, Rossi said, OTS provided "by far the softest" oversight of any federal bank regulator.

Committee staff said the FDIC could have gone further in using its backup authority to conduct its own examinations of WaMu. And Levin said the two agencies engaged in "a turf war" during the summer of 2008 as the financial crisis spread.

OTS spokesman William Ruberry said the OTS has adopted the inspectors general's recommendation that it track examiners' reports more closely. He would not comment on the subcommittee findings, because he said the panel had not provided its report to the OTS.

At a hearing Tuesday, lawmakers

aimed tough questions at CEO Killinger and other former WaMu executives. Killinger rejected most of the accusations. He argued that WaMu was sold off rather than propped up by the government because it wasn't part of an elite club of Wall Street banks that he said influences the government.

Levin retorted Thursday that WaMu was part of another, equally dangerous club: Banks that chose to be regulated by the OTS to take advantage of its perceived lax oversight.

The hearings follow an 18-month investigation by the Senate Homeland Security and Governmental Affairs subcommittee. It found that WaMu's lending operations were rife with fraud, including fabricated loan documents, and that also concluded that management failed to stem the deception despite internal probes.

Levin has said the panel will decide after the hearings whether to make a formal referral to the Justice Department for possible criminal prosecution.



## CENSUS

**CONTINUED FROM A1**

roads and other services will be divvied up according to population.

Their target is the so-called "hard-to-count" populations – largely people of color, poverty and low education.

An analysis of 2000 census data showed that about 14 percent of Washington's population lived in "hard-to-count areas," according to a group called The Census Project.

About 26.5 percent of Pierce County's 785,600 residents are minorities and about 11.3 percent of the population lives below the poverty line, according to 2008 estimates from the Census Bureau.

Reaching these groups is important,

*This is out of time*
*Top people at the White House*

*From the very top of you and the FDR*

overdraft fees. All the stuff you have to do in your daily life to survive economically. This is an industry where the business model has fundamentally changed. Back in 1980 the credit-card agreement for Bank of America would have fit on one sheet of paper. Terms were clear. They figured—well, here's your creditworthiness, and here's what we have to charge. We're a little worried about inflation; how much it's going to cost us to monitor this, so we'd better make a little profit. It worked, right? Mortgages were set up pretty much the same way; car loans, too. Then we got rid of usury laws. And the credit-card folks said, you know, we could just hold up one or two things in front of you: low, low financing—7-9%. We could hold up free gifts. We could hold up a warm and fuzzy relationship. And then we could put what are called in the trade revenue enhancers back in the fine print, and we could make a lot of money because you won't figure out what this product costs. So that one-

Bloated, inefficient, and either ignored and ineffective or captured by the large financial institutions. [This is] the regulatory system we've got now. It works very well for the large financial institutions because it means no effective regulation. What I want is to take this agency out of those seven agencies, shrink it down, and make it effective. You've got to have an agency that's ultimately independent, whether it's located within the Fed, within Treasury, within the Department of Agriculture, or whether it sits in its own separate place. The key is whether or not it is functionally independent. Does it write its own rules? Does it enforce those rules and does it have access to a budget that's independent of the folks who want to smother it?

revenues of Wall Street banks.

**Are Dodd and Corker serving the interests of the bank lobby?**
Well, we'll know when this bill comes out of Congress.

**As part of overall financial reform, where do you put the significance of the agency?**
The tip of the spear in the sense that this is where our financial crisis started: one lousy mortgage at a time; one family who got tricked, cheated at a time. Then those risks were sliced, diced, and put into all kinds of fancy financial instruments that made billions for Wall Street banks and then [crashed] the whole system.

**Are you in favor of the so-called Volcker Rule that suggests commercial banks shouldn't engage in proprietary trading; owning hedge funds, owning private equity firms.**
I like Volcker, but I think it has to be a little bigger. The idea behind it is if you're going to take deposits, if you're going to be one of our guaranteed institutions, then there is a range of interconnected financial activities that have to be more carefully examined: defaults and swaps and derivatives. We can't let a nonbank pull the whole game down.

**What else do you want to see in a regulatory bill?**
We started at families. The other end is too big to fail. [We need] a Chapter 11 system, whatever we want to call it, a part of the legal structure that permits us as a people to say with real credibility: I don't care what your business is. I don't care how big you are, how intertwined you are. If you make bad enough decisions, you can be liquidated. Your shareholders wiped out and top management fired. (BW)

*Watch Charlie Rose on Bloomberg TV weeknights at 8 p.m. and 10 p.m.*

---

# I DON'T CARE HOW BIG YOU ARE. ... IF YOU MAKE BAD ENOUGH DECISIONS, YOU CAN BE LIQUIDATED

---

page credit-card agreement in 1980 has now grown to about 30 pages. And it's not just 30 pages, it's 30 pages of incomprehensible fine print.

**Even though you say it's not about real estate, do you have a preference where this agency should be?**
Standing alone.

**A whole new bureaucracy even though the Fed has the tools to start doing it tomorrow?**
There are seven bureaucracies in Washington right now that each own a piece of consumer financial protection.

**What do you think will happen?**
Politics is already happening, Charlie. Let's be clear where we are. This is an agency that just makes sense. This isn't liberal or conservative. This isn't a division of ideology. This is about bank lobbyists. This is about people who are paid professionally to kill this agency so they can protect the

*And now the banks want to steal our homes.*

9

Deuts

YouWalkAway



  

| HOME | FORUM | MORTGAGE | LOANS | REFINANCE | FORECLOSURE | REAL ESTATE | RENT | DEBT & CREDIT | CALCULATORS | RATES | NEWS | JOIN US |

Mortgage Forum - LoanSafe.org > Mortgage Advice > Chase Mortgage - Tell Us Your Chase Story
Chase HAMP Denied – class action for fraud?

User Name  User Name  ☐ Remember Me?
Password  _____  Log In

**Official HAMP Help**
Save Your Home & Reduce Pmts
50% Find Out Instantly If You
Qualify.
www.usmortgagerelief.org/Obama-Plan

**Countrywide Settlement**
Official data settlement website.
Questions? Call 1-866-940-3612.
www.CWdataclaims.com

**The Anti-Fraud Solution**
Detect and Stop Online Fraud Now.
See a Free Demo of FraudView
Now.
www.ArcSight.com/FraudView

Register     Video Directory     FAQ     Donate     Members List     Calendar     Today's Posts     Search

Featured

Ads by Google
Chase Settlement
Fraud Investigation
Mortgage Litigation
Lending Fraud

**Chase Mortgage - Tell Us Your Chase Story** Chase Mortgage and Chase Home Finance are and were huge lenders. We are getting a lot of traffic from people looking for help with their adjustable rate loans. This section will help you deal with this corporate giant where people are starting to see get lost in their loss mitigation system.

This is a discussion on *Chase HAMP Denied – class action for fraud?* within the **Chase Mortgage - Tell Us Your Chase Story** forums, part of the Mortgage Advice category; I am 16 months into a Chase HAMP trial modification, am a perfect candidate for a modification (I make sufficient ...

Ads by Google     Fraud Investigation     IRS Fraud     Loan Foreclosure     Fraud Insurance     Government Fraud







Post Reply

Thread Tools ∨    Display Modes ∨

Feb 13 2010, 11:15 AM                                                                 permalink

**lauracec**
Junior Member

Join Date: Jun 2010
Posts: 2

Chase HAMP Denied – class action for fraud?

**ChaseLoan Modification**
We Are Here To Help. 1-800-690-0720
www.ModHelpNow.info

**The Anti-Fraud Solution**
Detect and Stop Online Fraud Now. See a
Free Demo of FraudView Now.
www.ArcSight.com/FraudView

I am 16 months into a Chase HAMP trial modification, am a perfect candidate for a modification (I make sufficient money for the modified loan, never late, etc.) and I was told Friday that my application is denied. (for trumped up reasons, i.e., my documents weren't up to date -- the operator insisted that I was supposed to update ALL my documents every 60 days, even though this is not stated anywhere and was never told to me all this time until now. So, I'm done, I'm denied, game over after 16 months of this).

Ads by Google   Therefore, Chase is churning in the worst way. Offering a 3-month trial

and then a determination, but instead stringing me along for 16 MONTHS, assuring

#10

Chase HAMP Denied - class action for ...

... amassing fines, fees, and delinquencies, which of course now I can't pay. This amounts to fraud under anyone's definition.

Please write to me if there is movement toward a class action lawsuit against Chase for fraud under the Affordable Homes program. They are clearly using it to their advantage racking up additional fees and fines they can collect for as long as possible before denying.

**Should I Short Sale?**
Free E-Book. Facing Foreclosure? Notice of Default? Walk Away Now.
shortsaleduo.com

**Income Annuity Rates Now**
High Yielding Annuties to Compare Choose to Retire with Confidence
Annuity-Rates2InsureLess.com

**No Int Paymnt for 90 Days**
Buy a Home & No Interest payments for 3 months.OAC. FHA & VA Loans
www.RANLife.com

**Kiel Mortgage Loans**
Home Ownership Could Be Easier Than You Thought. Get Started Today!
www.KielMortgage.com

Ads by Google




**Need help with your mortgage?**

Call the Homeowner's HOPE™ Hotline or visit MakingHome Affordable.gov

**888-995-HOPE**
Homeowners HOPE Hotline

---

**#2**

**goldie**
Senior Member



Join Date: Nov 2009
Location: CA
Posts: 1,153

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Quote:

> Originally Posted by lauracec
> I am 16 months into a Chase HAMP trial modification, am a perfect candidate for a modification (I make sufficient money for the modified loan, never late, etc.) and I was told Friday that my application is denied. (for trumped up reasons, i.e., my documents weren't up to date -- the operator insisted that I was supposed to update ALL my documents every 60 days, even though this is not stated anywhere and was never told to me all this time until now. So, I'm done, I'm denied, game over after 16 months of this).
>
> Therefore, Chase is churning in the worst way. Offering a 3-month trial and then a determination, but instead stringing me along for 16 MONTHS amassing fines, fees, and delinquencies, which of course now I can't pay. This amounts to fraud under anyone's definition.
>
> Please write to me if there is movement toward a class action lawsuit against Chase for fraud under the Affordable Homes program. They are clearly using it to their advantage racking up additional fees and fines they can collect for as long as possible before denying.

Have you complained to the office of the controller of currency or MHA compliance? Is your loan Fannie or Freddie owned? Have you escalated your case to the office of the president at Chase? Are you following up weekly?

This sounds like mortgage servicing fraud. They do deliberately string people along until the point of no return. There could be other issues with your loan too, such as assignment fraud, MERS involvement, etc., that could give you more causes of action if you did file suit. I know there is a class action in New York against Chase, but don't know about other states.

Here's a little tutorial on what the lenders are up to:

http://freein90.s3.amazonaws.com/How...nd%20Clear.pdf

I can't vouch for content, but this guy makes a lot of valid points and he is right on the money about some of them (like Chase has already been paid for your house several times over, so a foreclosure would be icing on the cake for them) and he is quite entertaining.

---

**#3**

**diana0806**
Senior Member



**Re: Chase HAMP Denied - class action for fraud?**    permalink

Hey lauracec, I am tired of chase stringing me along for 31 months and during that time offering me mods that were horrible. Racking up late fees, interest ect ect. That they know I could never pay. I have been offered 4 in house loan mods and one was worst than the other. My lawyer this week is filing a federal lawsuit in nj for fraud against chase. The underwriter must have been smoking some strong stuff when he was putting together my offers. I am scared to death but it has to be done. I started

Chase HAMP Denied - class action for

the whole time. But the bottomline he works for chase and looks out for there best interest. So fight like hell. Get mad. Hang in there. We will prevail!!!!!!!!!!

Join Date: Aug 2008
Posts: 377

---



**litehouse01**
Senior Member

Join Date: Sep 2009
Location: By the Beautiful Cheasapeake Bay
Posts: 1,403

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Documents are to updated on a regular basis....Whenever I got a new doc I faxed it to the number that would automatically put the docs in to my account. Its part of the process like it or not to update your information paystubs, bank statements etc..........we have all been there and all had to update so as not to get kicked off the program..when you do not update they kick you off the program. We ALL have had to update you will not get a mod without updating on a regular basis. I would always call and ask what else they needed from me to try and be sure I didin't miss a beat.......getting a modification is a very difficult journey to be sure............best of luck to you

**Choices Determine Outcome**

---

**1down1togo**
Senior Member

Join Date: May 2010
Location: Sac, CA
Posts: 56

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Also, being denied doesn't mean game over. You can try to have your case reopened, or you can always re-apply. Most of us have applied more than once.

It's not right, how the banks are handling it, but if you still nave some fight left in you, you can keep going..

---



**lauracec**
Junior Member

Join Date: Jun 2010
Posts: 2

**Re: Chase HAMP Denied - class action for fraud?**    permalink

THANK YOU ALL SO MUCH FOR REPLYING. The responses make me feel less alone (I'm a single mother of two adopted orphans and it's a lousy feeling, like I'm failing them) Fyi, of course I have been updating documents every month, as requested. Same documents over and over again. But just 2 weeks ago, I was told by a Chase rep. "no, we don't need anything else. we have everything we need." and then out of the blue, they deny me for not having up-dated document (which they never asked for and they deny that the guy two weeks ago said they didn't need anything at that time, and he said it with a witness in a 3-way conversation with me and Money Management (a supposed nonprofit HUD-certified "helper" -- some help they've been).

Thanks again. I prepared a spanking new app. last night and will try it all again. It's been SO much fun the first time around, why not start it all again!

Your support and tips are MUCH appreciated!

---

**ansky**
Senior Member

Join Date: Mar 2010
Posts: 195

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Quote:

Originally Posted by **lauracec**
*THANK YOU ALL SO MUCH FOR REPLYING. The responses make me feel less alone (I'm a single mother of two adopted orphans and it's a lousy feeling, like I'm failing them) Fyi, of course I have been updating documents every month, as requested. Same documents over and over again. But just 2 weeks ago, I was told by a Chase rep. "no, we don't need anything else. we have everything we need." and then out of the blue, they deny me for not having up-dated document (which they never asked for and they deny that the guy two weeks ago said they didn't need anything at that time, and he said it with a witness in a 3-way conversation with me and Money Management (a supposed nonprofit HUD-certified "helper" -- some help they've been).*

*Thanks again. I prepared a spanking new app. last night and will try it all again. It's been SO much fun the first time around, why not start it all again!*

*Your support and tips are MUCH appreciated!*

**10b**

documents every two months since they expire in 2 months and sent pay stubs, checking statements, updated hardship and 4506T every month. I would fax them and call 2 days later to make sure they were added to my file.

When you call they dont look deep into the file to see if anything is missing, My file was with underwriter many times and got kicked back for missing documents atleast once a month before I started sending documents before they asked for updated ones.

---

**leeandsarah**
Senior Member



Join Date: Nov 2009
Posts: 30

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Massachusetts currently has a class action suit against Chase for not fulfilling their three month obligation during trial modification. The National Consumer Law Center is acting as co-counsel. You can read the legal complaint on their website which may be informative, or just give them a call.

---

**LetsMakeADeal**
Senior Member



Join Date: Jan 2009
Posts: 68

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Great information! I was just denied after 16 months for the same thing even though I gave them everything they wanted the second they asked for it.

But I got information today from another poster that I will live by. I will automatically send them my package every month and if they screw with me again or play games....I have documentation that supports me even more.

---

**davephx**
Senior Member



Join Date: Jul 2009
Posts: 4,035

**Re: Chase HAMP Denied - class action for fraud?**    permalink

Quote:

Originally Posted by leeandsarah
*Massachusetts currently has a class action suit against Chase for not fulfilling their three month obligation during trial modification. The National Consumer Law Center is acting as co-counsel. You can read the legal complaint on their website which may be informative, or just give them a call.*

But how does that help anyone else?

Most folks can not go out and pay a attorney maybe $10,000 just to file a suit and maybe $100k more over the next 5-10 years in litigation.

The NCLC in filing these cases could set legal precendent or it could be tossed but probably will not know for years long after HAMP is expired. I hope that is not the case but lawsuits are a very slow process with civil courts very backlogged in most jurisdictions.

I like the fact it helps get word out what the servicers are doing but that doesn't save homes for people that need mods know.

I have no idea how the litigation was financed but having a know national organization like NCLC behind you certainly helps! And gets media attention.

Sadly however the servicers are legally comitted to their shareholders to maximize profits not lose money by doing mods vs foreclosure sales with no law forcing them to lose money and do what is best of the entire U.S. economy. Without a law even though bailed out... they only work for their bottom line profit lead my the multi-million dollar salaried execs whose job is to make more millions for the shareholders.

Sadly that is reality despite all the Admin/Treasuries desperate attempts to get more mods done, the banks have no legal obligation to do so.

10 ob



Join Date: Mar 2010
Posts: 195

> **Originally Posted by LetsMakeADeal** 
> *Great information! I was just denied after 16 months for the same thing even though I gave them everything they wanted the second they asked for it.*
>
> *But I got information today from another poster that I will live by. I will automatically send them my package every month end if they screw with me again or play games....I have documentation that supports me even more.*

Thats the only way to get it done. This was a suggestion to me from a Chase rep that was better than most. When I called for an update he said all documents were good. I told him that I hear this all the time but then I get a letter that something is missing. He said he would look deeper into my file and actually look at the documents. He was able to tell me which documents hit their 60 day end of life and which to resend.

The problem is your documents might be perfected (Heard this so many times) but when the file finally reaches the underwriter it could be 1-2 months later some documents might be outdated so it will get kicked back out of underwriting and you have to start over again.

Send in your bank statements, pay stubs, P&L's (If self employeed) every month. Dont wait for them to ask. Also send in an updated hardship letter atleast every 2 months so they know that your hardship still exists.

[Quote]

v. 12

---

**menace**
Senior Member



Join Date: Apr 2010
Posts: 900

**Re: Chase HAMP Denied - class action for fraud?**     permalink

You are not suppose to have to update your docs. The servicers are 'playing games' with HAMP rules. As long as your documents were less than 90 days old when you sent them, they don't need anymore. They are just looking for any excuse to deny your modification. If there is a document they need, they are suppose to send you a written notice before they can deny your modification. The documents required for HAMP are minimal- tax return, authorization to get tax transcripts, Hardship letter, paycheck documentation, and financial statement. The only thing that would change is pay amount, and they are suppose to use the info they prequalified you with. Everything else is constant- and they are required to check your credit report for things like credit card balance etc. They should be just asking if anything has changed, and if not, they don't need up dated docs.

[Quote]

#13

---

**ansky**
Senior Member



Join Date: Mar 2010
Posts: 195

**Re: Chase HAMP Denied - class action for fraud?**     permalink

Quote:
> **Originally Posted by menace** 
> *You are not suppose to have to update your docs. The servicers are 'playing games' with HAMP rules. As long as your documents were less than 90 days old when you sent them, they don't need anymore. They are just looking for any excuse to deny your modification. If there is a document they need, they are suppose to send you a written notice before they can deny your modification. The documents required for HAMP are minimal- tax return, authorization to get tax transcripts, Hardship letter, paycheck documentation, and financial statement. The only thing that would change is pay amount, and they are suppose to use the info they prequalified you with. Everything else is constant- and they are required to check your credit report for things like credit card balance etc. They should be just asking if anything has changed, and if not, they don't need up dated docs.*

Not sending updated docs will get you denied. If you want to save your home and get a modification keep your documents updated. NO ONE has received a modification within 90 days. Your documents will get outdated and if not updated you will get denied. Be pro-active and you will win the battle. It took me 17 months to get my modification and I am not alone. I think the earliest I have seen is 5-6 months. Keep your documents updated!

[Quote]

#16

---

**menace**
Senior Member



Join Date: Apr 2010

**Re: Chase HAMP Denied - class action for fraud?**     permalink

I was just stating what the HAMP requirements are, not that the banks follow them.

10c

Chase HAMP Denied - class action for ...

#15

Re: Chase HAMP Denied - class action for fraud?    permalink



**Rubylee**
Member

We were in the middle of a loan mod when we got the foreclosure notice stapled on our home...we called Chase they said to ignore it and we continued with the loan mod. Then a Real Estate agent told me our home **WAS** sold the end of July 2009. We then again called Chase and they told us that our loan mod was done and we were fine and if it was sold it would be re-instated...once again we believed them. Our loan mod documents showed up via Fed ex in August 2009 and we have made our payments until April of 2010 when we were served an Eviction notice by a bank who bought it back in July of 2009!!...Now we had to hire an attorney since Chase won't respond to his letters...we still are living here but Chase isn't getting anymore of our money until I know where it is going.

Join Date: Jun 2010
Posts: 6



#16

Re: Chase HAMP Denied - class action for fraud?    permalink



**HelloNjChase**
Member

I'm in /I'm in Nj > Chase has the same story all over. let me know if there is a class action vs chase in NJ. Pm me if there is.

PM Me if you have any info we can share.

- 9 months of being dragged via loan modification
- Finally to come to a Denial of Insufficient income ( May 10 )
- Did not pay my June Payment $2900
- Received Foreclosure Notice
- How much time do I have
- What Can I do ? I want to keep my 1st home
- Need cheap lawer in NJ
I Hate
Chase Bank
Manufacturer Hanover Trust
Chemical Bank
JP Morgan Chase

Join Date: Jun 2010
Posts: 23



#17

Re: Chase HAMP Denied - class action for fraud?    permalink



**diana0806**
Senior Member

Hey nj, I live in nj and I am suing chase for fraud as we speak. My lawyer tried to contact chase via certified letters to different parts of this black hole to see if they want to work this out before case goes to court. No response. So she is about to file a fraud case. My congressmans lawyer said i have a great case. I have been battling this black hole for almost 3 years. I will keep all updated. We will prevail!!!!!!!!!!!!!

Join Date: Aug 2008
Posts: 377

#18

Re: Chase HAMP Denied - class action for fraud?    permalink

**breatheasy**
Senior Member

Hey Leeannsarah,
What is the website? I am in Mass. and the same thing is happening to me. I am so overwhelmed with Chasing around.

Join Date: Feb 2010
Posts: 39

Sponsored Links







10d

« Previous Thread | Next Thread »

Posting Rules

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is On
Trackbacks are On
Pingbacks are On
Refbacks are Off

Forum Rules

All times are GMT -7. The time now is 4:01 AM.

Contact Us - Home Loans - Archive - Privacy Statement - Top

Copyright 2009 LoanSafe.org and MoeSeo Inc. All Rights Reserved. Home Loan, Loan Modification & Foreclosure Help Forum - LoanSafe.org



## LoanSafe.org Services

**Quick Navigation:**

Home
Forum
About Us
Testimonials
Contact Us
Privacy

**Mortgage Tools & Tips:**

Mortgage Calculators

**Mortgage Lenders:**

Bank of America Home Loans
Chase Mortgage
Citi Mortgage
Countrywide Home Loans
Wells Fargo Home Loans

**MoeSEO Network:**

MoeBedard.com
LoanWorkout.org

**Mortgage Advice:**

Current Mortgage Rates
Loan Modification
Mortgage Brokers
Refinance
Short Sales
Mortgage News

**Foreclosure Help:**

Tell Us Your Story
Foreclosure Q & A's
Example Hardship Letters
Learn the Foreclosure Process
Deed in Lieu of Foreclosure

FREE REPRINTS



Unless otherwise noted, you can republish our articles and graphics (but not our photographs or our blog) for free. You just have to credit us and link to us, and you can't edit our material or sell it separately. If you're republishing online, you have to include all links. (We're licensed under Creative Commons, which provides the legal details.)

SEO by vBSEO 3.5.1

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼          Web History | Search settings | Sign in

 Google          MORTGAGE SERVICING FRAU    Search

About 77,200 results (0.39 seconds)          Advanced search

Everything
Videos
More

Show search tools

**Mortgage Fraud Detection**
www.interthinx.com          Interthinx - Award Winning
Fraud And Regulatory Compliance Solutions

**Mortgage Servicing Fraud**
Learn the truth behind the largest financial scam in
history
www.msfraud.org/ · Cached   Similar

| | |
|---|---|
| The FORUM | Videos |
| Articles | Government |
| How they STEAL your | Flyers & Mailers |
| home | EMC Mortgage |
| The Fraudsters & Co- | investigation |
| conspirators | |

More results from msfraud.org »

**Introduction to the Mortgage Servicing Scam**
Dec 18, 2007 ... Formulated foreclosure/mortgage
servicing fraud/closing fraud. Where the lender
rechecks your credit information and your payment
history to ...
www.msfraud.org/howtheysteal.html   Cached   Similar

**Mortgage Servicing Fraud; What is it? And
why you need to know ...**
Sep 25, 2009 ... What Is Mortgage Servicing Fraud?
Truth be told, the easiest way to explain Mortgage
Servicing Fraud is to start by explaining the ...
www.givemebackmycredit.com/.../mortgage-servicing-fraud-
what.html   Cached   Similar

**Mortgage servicing rules and a remedy if you
have a complaint**
Information about the responsibilities of a Mortgage
Servicer and what to do if you have a complaint.
mortgage-home-loan-
bank-fraud.com/mortgage%20servicing%20fraud.html
Cached   Similar

**Mortgage Servicing Transfer, Third Party
Origination and Mortgage ...**
Mortgage Servicing Fraud is rampant. Fabricated
foreclosures are the current wave, where the new
servicer loses payments, delays postings, force-places
...
www.mortgagenewsdaily.com/662005_Mortgage_Servicing.asp
Cached   Similar

**Predatory Mortgage Servicing Fraud – First
of a Series | RISMedia**
Apr 6, 2010 ... RISMEDIA, April 6, 2010—It's been more
than three years since I wrote an article about
mortgage servicing fraud. I'ma little older, ...
rismedia.com/.../predatory-mortgage-servicing-fraud-
first-of-a-series/   Cached

**Predatory Mortgage Servicing Fraud –
Part 3 in a Series | RISMedia**
Apr 27, 2010 ... RISMEDIA, April 27, 2010—The
news of the past week has finally put an answer to
the question of why banks would foreclose

**Was your home loan legal?**
Fraud is in 79% of the bank loans
Knowing this can save your home
tila-now.com

**Victim Of Deceptive Loan?**
Do you have a Non-Affordable Loan?
Fight Back ! Get Leverage + Results
www.loancomplianceadvisorygroup.com

See your ad here »

11

## Seven Signs of **Mortgage Servicing Fraud** & Defending a Lawsuit by a ...

May 21, 2009 ... Homeowners can use **mortgage servicing fraud** and abuse practices as a defense to stop a foreclosure lawsuit. Once mortgage loans are ...
www.foreclosuresurefish.com/blog/index.php?id=790
Cached

## Mortgage Servicing Fraud • The Mortgage Insider

Dec 3, 2008 ... The **servicing mortgage** company is the company to whom you make your payments. The **servicing mortgage** banks prey on your erroneous belief you ...
themortgageinsider.net/mortgage-fraud/mortgage-servicing-fraud.html
Cached   Similar

## Mortgage Servicing Fraud



★★★☆☆
ᅂ .· ˙
The theft of the American Dream. These keys represent the future of the American Dream and the future of our children. These keys also ...
www.youtube.com/watch?v=yij361wptZc
more videos »

## Pages similar to www.msfraud.org

Mortgage Fraud News - The Mortgage Fraud Reporter brings ... - mortgagefraud.org
Mortgage Fraud Blog - Mortgage Fraud Blog is the premier ... - mortgagefraudblog.com
Livinglies's Weblog - Editor's Note: Due process requires ... - livinglies.wordpress.com
Mortgage Servicing - Mortgage servicing is the part of a ... - mortgageservicing.org

Searches related to **MORTGAGE SERVICING FRAUD**

mortgage servicing fraud forum

loan servicing fraud

mortgage company scams

carrington mortgage services scam

mortgage investors corporation scam

service mortgage corporation

specialist mortgage services

dealer services scam

1   2   3   4   5   6   7   8   9   10    **Next**

MORTGAGE SERVICING FRAUI   Search

Search within results    Search Help
Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

*11a*

## Truth In Lending Act Case Law

**Truth in Lending Act was passed to prevent unsophisticated consumer from being misled as to total cost of financing.** Truth in Lending Act, Section 102, 15 U.S.C. Section 1601. Griggs v. Provident Consumer Discount. 680 F.2d 927, certiorari granted, vacated 103 S.Ct. 400, 459 U.S. 56, 74 L.Ed.2d 225, on remand 699 F.2d 642.

**Purpose of Truth in Lending Act is for customers to be able to make informed decisions.** Truth in Lending Act Section 102, 15 U.S.C. Section 1601. Griggs v. Provident Consumer Discount Co. 680 F.2d 927, certiorari granted, vacated 103 S.Ct. 400, 459 U.S. 56, 74 L.Ed,2d 225, on remand 699 F,2d 642,

**Truth in Lending Act is strictly a liability statute liberally construed in favor of consumers.** Truth in Lending Act Section 102 et seq., 15 U.S.C. Section 1601 et seq. Brophv v. Chase Manhattan Mortgage Co, 947 F.Supp. 879.

**Truth in Lending Act should be construed liberally to ensure achievement of goal of aiding unsophisticated consumers so that consumers are not easily misled as to total costs of financing.** Truth in Lending Act, Sections 102 et seq, 102(a), 105 as amended, I5 U.S.C. Sections 1601 et seq., 1601(a), 1604; Truth in Lending Regulations, Regulation Z, Sections 226.1 et seq., 226.18, 15 U.S.C. Section 1700, Basile v. H&R Block. Jlt(L. 897 F.Supp. 194.

**Truth in Lending Act must be strictly construed and liability imposed for any violation, no matter how technical.** Truth in Lending Act Section 102 et seq., as amended, 15 U.S.C. Section 1601 et seq, Abele v. Mid-Penn Consumer Discount. 77 B.R. 460, affirmed S45 F.2d 1009.

**Truth in Lending Act must be liberally construed to effectuate remedial purposes of protecting consumer against inaccurate and unfair credit billing and credit card practices and of promoting intelligent comparison shopping by consumers contemplating the use of credit by full disclosure of terms and conditions of credit card charges,** Truth in Lending Act Section 102 et seq, as amended, 15 U.S.C. Section 1601 et seq Lifschitz v. American Exp. Co. 560 F.Supp. 458

**To qualify for protection of Truth in Lending Act [15 U.S.C. Section 1601 et seq.], plaintiff must show that disputed transaction was a consumer credit transaction not a business transaction,** Truth b Lending Act, Section 102 et seq., 15 U.S.C. Section 1601 et seq. Quino v. A-I CreditCom. 635 F.Supp. 151

**Requirements of Truth in Lending Act are highly technical, but full compliance is required; even minor violations of Act cannot be ignored.** Truth in Lending Act.

11b

BEST IMAGE POSSIBLE

# BULKY SUB

CASE #   10-2-29165-2 knt

SEGMENT _____ 2 _____ OF _____ 2 _____

Under the facts at hand the Plaintiff Bank has patently violated the Truth in Lending Act, At all relevant times the Bank misled and attempted to confuse Defendant. The Bank did not provide appropriate disclosure as required by the Truth in Lending Act in a substantive and technical manner.

"It is not necessary for recession of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations." Whipp v. Iverson, 43 Wis 2d 166.

"If any part of the consideration for a promise be illegal, or if there are several considerations for an unseverable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise." Menominee River Co. v. Augustus Spies L & C Co., 147 Wis 559, 572; 132 NW 1122

"When an instrument [note] lacks an unconditional promise to pay a sum certain at a fixed and determined time, it is only an acknowledgement of the debt and statutory presumptions like the presence of a valuable consideration, are not applicable."
Bader vs. Williams, 61 A 2d 637

"Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages."
Barnsdall Refining Corn. v. Birnam wood Oil Co., 92 F 2d 817.

"In the federal courts, it is well established that a national bank has not power to lend its credit to another by becoming surety, indorser, or guarantor for him."
Farmers and Miners Bank v. Bluefield Nat 'l Bank, 11 F 2d 83, 271 U.S. 669.

"A national bank has no power to lend its credit to any person or corporation." Bowen v. Needles Nat. Bank, 94 F 925, 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.

"Mr. Justice Marshall said: The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often. Zinc Carbonate Co. v. First National Bank, 103 Wis 125, 79 NW 229." American Express Co. v. Citizens State Bank, 194 NW 430.

"It has been settled beyond controversy that a national bank, under federal law being limited in its powers and capacity, cannot lend its credit by guaranteeing the

Nat'l Bank of Union, 133 SC 202, 130 SE 759(1926).

**"It is not within those statutory powers for a national bank, even though solvent, to lend its credit to another in any of the various ways in which that might be done."** Federal Intermediate Credit Bank v. L 'Herrison, 33 F 2d 841, 842 (1929).

**"A bank can lend its money, but not its credit."** First Nat 'I Bank of Tallapoosa v. Monroe, 135 Ga 614, 69 SE 1124, 32 LRA (NS) 550.

**". . . the bank is allowed to lend money upon personal security; but it must be money that it loans, not its credit."** Seligman v. Charlottesville Nat. Bank, 3 Hughes 647, Fed Case No.12, 642, 1039.

**"The contract is void if it is only in part connected with the illegal transaction and the promise single or entire."** Guardian Agency v. Guardian Mutual. Savings Bank, 227 Wis 550, 279 NW 83.

**"Banking Associations from the very nature of their business are prohibited from lending credit."** St. Louis Savings Bank vs. Parmalee 95 U. S. 557

| http://mortgage-home-loan-bank-fraud.com |
| Articles | Foreclosure Help | Legal Disclaimer |
| Case Law | Legal Resources| Resources | Privacy Policy |
| Advertise with Us | About Us | Contact Us |

Bank Fraud Victim Center
Copyright © All rights reserved.

226.1 et seq., 15 U.S.C. foll. Section 1700. Griggs v. Providence Consumer Discount Co. 503 F.Supp. 246, appeal dismissed 672 F2d 903, appeal after remand 680 F.2d 927, certiorari granted, vacated 103 S.Ct, 400, 459 U.S. 56, 74 L.Ed.2d 225, on remand 699 F,2d 642.

**A valid rescission of a "credit sale" contract does not render inoperative the disclosure requirements of the Truth in Lending Act, as creditor's obligations to make specific disclosures arises prior to consummation of transaction.** Truth in Lending Act Section 102 et seq., 15 U.S.C. Section 1601 et seq.; Truth in Lending Regulations, Regulation Z, Sections 226.2(c) 226.8(a), 15 U.S.C, following section 1700. O'Neil c^ 484 F.Supp. 18.

**Under truth in lending regulation providing that disclosure of consumer credit loan shall·not be "stated, utilized or placed so as to mislead or confuse" consumer, placement of disclosures is to be considered along with their statement and use.** Truth in Lending Regulations, Regulation Z, Section 226.6(c), 15 U.S.C. following section 1700 .Geimuso v. Commercial Bank & Trust Co. 566 F.2d 437.

**Any violation of the Truth in Lending Act, regardless of technical nature, must result in finding of liability against lender.** Truth in Lending Regulations, Regulation Z Section 226.1 et seq., 15 U.S.C. Section 1700; Truth in Lending Act Section 130 (a, e), IS U.S.C. Section 1640 (a, e). In Re Steinbrecher. 110 BR. 155, 116 A.L.R. Fed. 881.

**Question of whether lender's Truth in Lending Act disclosures are inaccurate, misleading or confusing ordinarily will be for fact finder; however, where confusing, misleading and inaccurate character of disputed disclosure is so clear that it cannot reasonably be disputed, summary judgment for plaintiff is appropriate.** Truth in Lending Act Section 102 et seq; Truth in Lending Regulations, Regulation Z, Section 226.1 et seq., 15 U.S. Section 1700. Griggs v. Provident Consumer Discount Co. 503 F, Supp 246, appeal dismissed 672 F.2d 903, appeal after remand 680 F.2d 927, certiorari granted, vacated 103 S.Ct, 400, 459 U.S. 56, 74 L.Ed.2d 225, on remand 699 E2d 642.

**Pursuant to regulations promulgated under Truth in Lending Act, violator of disclosure requirements is held to standard of strict liability, and therefore, borrower need not show that creditor in fact deceived biro by making substandard disclosures.** Truth in Lending Act, Sections 102-186, as amended, 15 U.S.C. Section 1601-1667(e); Truth in Lending Regulations, Regulation Z, Section 226,8(b-d), 15 U.S.C. Section 1700 Soils v. Fidelity Consumer Discount Co., 58 B,R. 983,

**Once a creditor violates the Truth In Lending Act, no matter how technical violation appears, unless one of statutory defenses applies, Court has no discretion in imposing liability.** Truth in Lending Act, Sections 102-186 as amended, 15 U.S.C. Section 1601-1667e. Solis v. Fidelity

Look at the yellowed area. They purposely did 3 to 5 months. To pull homes into foreclosure status.

# federal home-loan plan is no relief, critics say

BY DAVID S. GOODMAN
The New York Times

The Obama administration's $75 billion program to protect homeowners from foreclosure has been widely pronounced a disappointment, and some economists and real-estate experts contend it has done more harm than good.

Since President Obama announced the program in February, it has lowered mortgage payments on a trial basis for hundreds of thousands of people but has largely failed to provide permanent relief. Critics increasingly argue that the program, Making Home Affordable, has raised

## < Borrowers
### FROM 41

## U.S. LOAN EFFORT

### It fails to relieve distressed borrowers, critics say

process through which borrowers give up unaffordable homes and banks fully reckon with their disastrous bets on real estate, enabling money to flow more freely through the financial system.

"The choice we appear to be making is to modify mortgages for a few years, which has the effect of lengthening the crisis," said Kevin Katari, managing member of Watershed Asset Management, a San Francisco-based hedge fund. "We have simply slowed the foreclosure pipeline, with people staying in houses they are ultimately not going to be able to afford anyway."

false hopes among people who cannot afford their homes.

As a result, homeowners have sent payments to banks in often-futile efforts to keep their homes, which some see as wasting dollars they could have saved in preparation for moving to cheaper rental residences. Some borrowers have seen their credit tarnished while falsely assuming that loan modifications involved no negative reports to credit agencies.

Some experts argue the program has impeded economic recovery by delaying a wrenching, yet cleansing,

See > B[ORROWERS, A4]

have been using temporary loan modifications under the Obama plan as justification to avoid an onerous accounting of the mortgage losses on their books. Only after banks are forced to acknowledge losses and the real estate market absorbs a resulting surge of foreclosed properties—at prices that are low enough to lure buyers—will a recovery take root.

"Then the carpenters can go back to work," Katari said, "if this stops over the next few years, that whole sector of the economy isn't going to recover."

The Treasury Department publicly maintains that its program is on track. "the program is meeting its intended goal of providing immediate relief to homeowners across the country," a department spokeswoman, Meg Reilly, wrote in an e-mail.

Behind the scenes, Treasury officials appear to have

concluded that growing numbers of delinquent borrowers lack enough income to afford their homes and must be eased out.

In late November, the Treasury Department started the Foreclosure Alternatives Program, through which it will encourage arrangements that result in distressed borrowers surrendering their homes.

The program will pay incentives to mortgage companies that allow homeowners to sell their properties for less than they owe on their mortgages, short sales, in real-estate parlance. The government will also pay incentives to mortgage companies that allow delinquent borrowers to hand over their deeds in lieu of foreclosing.

Reilly said the foreclosure-alternatives program did not represent a new policy. "We have said from the start that modifications will not be the solution for all homeowners and will not solve the hous-

ing crisis alone," she said by e-mail.

Whatever the merits of its plan, the administration has clearly failed to reverse the foreclosure crisis.

In 2008, more than 1.7 million homes were "lost" through foreclosures, short sales or deeds in lieu of foreclosure, according to Moody's Economy.com. In 2009, more than 2 million homes were lost, and Economy.com expects that this year's number will swell to 2.4 million.

"I don't think there's any way for Treasury to tweak their plan, or to cajole, pressure or entice servicers to do more to address the crisis," said Mark Zandi, chief economist at Moody's Economy.com.

Zandi said the administration needs a new initiative that attacks a primary source of foreclosures: the roughly 15 million American homeowners who are underwater, meaning they owe the bank

more than their home is worth.

Increasingly, such borrowers are inclined to walk away and accept foreclosure, rather than continuing to make payments on properties in which they own no equity.

Zandi proposes the Treasury Department push banks to write down some loan balances by reimbursing the companies for their losses. He rejects the notion that government ought to get out of the way and let foreclosures work their way through the market, saying that course risks a surge of foreclosures and declining house prices that could pull the economy back into recession.

"We want to overwhelm this problem," he said. "If we

do go back into recession, it will be very difficult to get out."

Under the current program, the government provides cash incentives to mortgage companies that lower monthly payments for borrowers facing hardships. The Treasury Department set a goal of 3 million to 4 million permanent loan modifications by 2012.

As of mid-December, some 759,000 homeowners had received loan modifications on a trial basis [illegible] only about 31,000 had received permanent modifications, a step that requires borrowers to make timely trial payments and submit paperwork verifying their financial situation.

Help Save Animals' Lives
Donate Your Car, Truck, RV, or Boat
FREE Pickup & Towing · FREE Papers
Call 1-800-961-6119
or log on WWW.NKCDS.com

August 5, 2010



Introducing a communication solution for your Small Business    Qwest BUSINESS



Shahien Nasiripour
shahien@huffingtonpost.com   |   HuffPost
Reporting

# Lehman Bankruptcy Report: Top Officials Manipulated Balance Sheets, JPMorgan And Citi Contributed To Collapse

First Posted: 03-11-10 04:47 PM | Updated: 03-12-10 08:38 AM

Print
What's Your Reaction?

*Scroll down to read the first part of the report*

The examiner in charge of investigating the collapse of venerable Wall Street investment house Lehman Brothers, the most expensive bankruptcy in U.S. history, said in a report publicly released Thursday that senior officials failed to disclose key practices, opening them up to legal claims, and that JPMorgan Chase and Citigroup contributed to the firm's collapse. In addition, the report concludes that the firm's auditor, Ernst & Young, failed to meet "professional standards."

The exhaustive report was unsealed today by Judge James M. Peck, who said the report reads "like a best-seller."

The examiner, Anton Valukas, also found that parties have claims to pursue against JPMorgan Chase and Citibank in connection with their behavior regarding the modification of agreements with Lehman and their increasing collateral demands in Lehman's final days. These demands had a "direct impact" on Lehman's diminishing liquidity -- its cash on hand -- which was a prime reason behind the firm's demise.

"Citi is reviewing the report, which is over 2,000 pages long, but notes that, based on its preliminary review, the examiner has not identified any wrongdoing on Citi's part -- or anything that would suggest that Citigroup helped cause Lehman's collapse," said Danielle Romero-Apsilos, director of corporate affairs for Citi Institutional Clients Group.

The examiner's report notes:

The business decisions that brought Lehman to its crisis of confidence may have been in error but were largely within the business judgment rule.

But the decision not to disclose the effects of those judgments does give rise to colorable claims against the senior officers who oversaw and certified misleading financial statements -- Lehman's CEO Richard S. Fuld, Jr., and its CFOs Christopher O'Meara, Erin M. Callan and Ian T. Lowitt.

Story continues below

There are colorable claims against Lehman's external auditor Ernst & Young for, among other things, its failure to question and challenge improper or inadequate disclosures in those financial statements.

*13*

The examiner notes that the issue giving rise to these potential claims was Lehman's creative use of repurchase agreements, otherwise known as repo. These are agreements between financial firms that essentially act as loans for cash – one firm pledges collateral to another in exchange for cash with a promise that they'll buy back that collateral.

The examiner said the sole function of Lehman's use of repo was "balance sheet manipulation," according to the report:

> Although Repo 105 transactions may not have been inherently improper, there is a colorable claim that their sole function as employed by Lehman was balance sheet manipulation. Lehman's own accounting personnel described Repo 105 transactions as an "accounting gimmick" and a "lazy way of managing the balance sheet as opposed to legitimately meeting balance sheet targets at quarter end." Lehman used Repo 105 "to reduce balance sheet at the quarter-end."

The reason for that, the report notes, was to lower Lehman's leverage – a critical component of the firm's credit rating.

> In 2007-08, Lehman knew that net leverage numbers were critical to the rating agencies and to counterparty confidence. Its ability to deleverage by selling assets was severely limited by the illiquidity and depressed prices of the assets it had accumulated.

> Against this backdrop, Lehman turned to Repo 105 transactions to temporarily remove $50 billion of assets from its balance sheet at first and second quarter ends in 2008 so that it could report significantly lower net leverage numbers than reality.

> Lehman did so despite its understanding that none of its peers used similar accounting at that time to arrive at their leverage numbers, to which Lehman would be compared...

> Lehman's failure to disclose the use of an accounting device to significantly and temporarily lower leverage, at the same time that it affirmatively represented those "low" leverage numbers to investors as positive news, created a misleading portrayal of Lehman's true financial health.

> Colorable claims exist against the senior officers who were responsible for balance sheet management and financial disclosure, who signed and certified Lehman's financial statements and who failed to disclose Lehman's use and extent of Repo 105 transactions to manage its balance sheet.

But Lehman wasn't alone in its gimmickry. The firm's auditor, Ernst & Young, one of the four biggest auditing firms in the world, failed in its oversight role:

> In May 2008, a Lehman Senior Vice President, Matthew Lee, wrote a letter to management alleging accounting improprieties; in the course of investigating the allegations, Ernst & Young was advised by Lee on June 12, 2008 that Lehman used $50 billion of Repo 105 transactions to temporarily move assets off balance sheet and quarter end.

> The next day -- on June 13, 2008 -- Ernst & Young met with the Lehman Board Audit Committee but did not advise it about Lee's assertions, despite an express direction from the Committee to advise on all allegations raised by Lee.

> Ernst & Young took virtually no action to investigate the Repo 105 allegations. Ernst & Young took no steps to question or challenge the non-disclosure by Lehman of its use of $50 billion of temporary, off-balance sheet transactions.

> Colorable claims exist that Ernst & Young did not meet professional standards, both in investigating Lee's allegations and in connection with its audit and review of Lehman's financial statements.

In total, the examiner collected in excess of five million documents, estimated to comprise more than 40,000,000 pages

139

In all, more than 250 individuals were interviewed.

There was only one individual the Examiner sought to interview but could not. The Examiner requested an interview with Hector Sants, chief executive of the UK's Financial Services Authority ("FSA"), to discuss the FSA's involvement in the events of Lehman Weekend and the Barclays transaction. The FSA considered the request, but did not make Mr. Sants available for an interview. However, the FSA did provide detailed, written answers to specific questions that would have been posed to Mr. Sants.

READ the first part of the 2,200-page report (the full report is here):

LehmanVol1

| Videos | Web | Images |
|--------|-----|--------|
| | | |
| **CBS News** | **USA Today** | **CBS News** |
| Lehman          Brothers Probed | M.J. Lehman, owner of Nicky Nicoles, tells us about her shop and what ... | Lehman Brothers Fate Uncertain |

Report Corrections

**More in Business...**

Comments
2,918
Pending Comments
0

*136*

Mortgage Servicing Fraud



**STOPFRAUD**.GOV
FINANCIAL FRAUD ENFORCEMENT TASK FORCE

### JUST IN: WILL THIS BE ONE OF THE LAST SHOES TO DROP?

California is following in the footsteps of Tennessee. Recent Sup. Ct. rulings held that MERS is not the holder in due course (real party in interest) of any property and never was. This can have devastating repercussions for the mortgage industry, not just MERS, because there is no valid chain of title. People who are being foreclosed upon, or have been foreclosed upon, now have an equitable remedy. These people should now be able to win in court and have their mortgage nightmares settled. Some people are able to keep their homes, as banks fear losing far more in class-action suits. Now California is getting in on the action and suing MERS for filing false records in every county in the state since MERS began over 10 years ago. Carrying a possible fine of $5-$10K a pop, this could amount to millions and possibly billions of dollars in penalties against MERS. This is money the counties desperately need. This could mean that anyone with a mortgage may have it immediately settled and the true owner will get the title free and clear due to fraud, which has no statute of limitation. Lawful owners will have recourse to sue for fraudulent foreclosure. Let's see what happens.

Read the complaint...

Top Banks Conspired to Defraud Taxpayers


Regaining the Wonderful Life of Homeownership Post-Foreclosure

Cleveland Housing Judge Raymond Pianka requiring negligent property owners to pay victim restitution to neighbors

Fight The Mortgage Servicers Who Bring These Foreclosure Actions

BOMBSHELL: CLASS ACTION OPEN FOR EVERY CONSUMER WHO HAS BEEN SUED BY DAVID J. STERN

VOTE FOR ELIZABETH WARREN TO HEAD NEW CONSUMER PROTECTION AGENCY

OUT-RAGE-OUS!
Instead of receiving prison sentences, Bank executives responsible for stealing millions of homes and creating the foreclosure/financial crisis received $1.6 billion in overpaid bonuses.

Read more...

Foreclosure Judges must understand they may be giving away a free house to IMPOSTERS.

What sort of "backlog" will the Courts experience when more than |90%| OF THESE CASES MUST BE REVERSED?

CAMBRIDGE INVESTORS SUE THE FRAUDSTER CLAN

*With or without a lawyer - you need*

## Jurisdictionary®



Watch this video on www.youtube.com

The Brown Bailout...
Why Is Congress Playing Favorites?
And How Does This Impact You?
youtube.com/brownbailout

Ads by Google




<u>Avoid Home Foreclosure</u>
Automated Stop Foreclosure Program Enter Details-See Right Way-Free!
www.AvoidingMortgageForeclosure.com

<u>The Anti-Fraud Solution</u>
Detect and Stop Online Fraud Now. See a Free Demo of FraudView Now.
www.AntiSight.com/FraudView

Ads by Google



## Reform Now

## Follow the Vote

Wall Street Reform Amendment Guide

UNBELIEVABLE FORECLOSURE STORY!

FORECLOSURE CASE KILLER- THE SUBPOENA DUCES TECUM

THE SIDEBAR | WHAT IS AN ASSIGNMENT OF MORTGAGE

LOAN MODIFICATION ATTORNEYS UNDER INVESTIGATION

Why There Is More Pain to Come

Following Up On Foreclosures

Getting Back Your Home AFTER Foreclosure Sale

14



**THE POWER HOUR**

"Foreclosed Upon"

Go to July 8, 2010 and click on Hour 2. Start that counter at 9:00

MERS Sued On FRAUD Charges.

They Keep Stealing - Why Keep Paying?

EVIDENCE OF FORECLOSURE MONEY MOVING OFF-SHORE

MERS sued for fraud, BILLIONS in penalties in Nevada, California

Due to findings of [mortgage fraud] and [underwriting deficiencies] in the mortgage origination process and [misrepresentation] in the packaging of mortgages, banks have been experiencing a drastic increase in the number of repurchase demands they are receiving. The SEC Just Demanded More Information On JPMorgan Repurchase Liabilities

Judge Vacates Final Judgment and Sale - Foreclosure Courts are Courts of Equity!

Judge Rondolino said, "because ... I don't have any confidence that any of the documents the court's receiving on these mass foreclosures are valid."

MERS was not authorized to assign anything.

There is No judicial review, No oversight and, as a result, No due process... even for those who have done nothing wrong!

BOMBSHELL! – Judge Orders Injunction Stopping ALL Foreclosure Proceedings by Bank of America; Recontrust; Home Loan Servicing, New Line Mortgage, MERS, et al

Bill to Prevent Avoidable Foreclosure Clears California Senate

"One of the oldest principles of law is that a right without a remedy is no right at all," said Lisa Sitkin, staff attorney at Housing and Economic Rights Advocates in Oakland. "In order for laws to be meaningful, violations must have real consequences, and victims must have real avenues to seek redress."

Mortgage fraud is a key focus of the Financial Fraud Enforcement Task Force's efforts. The task force is working to improve efforts across the federal executive branch, and with state and local partners, to investigate and prosecute significant financial crimes, ensure just and effective punishment for those who perpetrate financial crimes, and recover proceeds for victims of financial crimes.
U.S. Department of Justice

U.S. Sen. Al Franken's proposed Homeowners' Advocate Office needs advocates — now!

Foreclosure proceeding and the Mockery of Justice

Foreclosures- The End Game of Wall Street's Fraud, Lies and Deceit

FLORIDA DEFAULT LAW GROUP SUBJECT OF ATTORNEY

---



Bank of America
DON'T
FORECLOSE
ON America

GIVE
ME
BACK
MY CREDIT!
Denise Richardson

Petition for monthly statements.
● Click here ●



talkradio
Spotlight
Mortgage Servicing Fraud Victim...
▶ ━━━━━ 00:00 ◀))
rss   profile   share

MORTGAGE FRAUD
THE NEW STREET HUSTLE
Chicago Tribune interactive series

"What they are doing to these people is despicable, and it is absolutely wrong."

Senator Barbara Mikulski (D-Md)

"The bank had engaged in "harsh, repugnant, shocking and repulsive" treatment of the homeowner"

Justice Spinner

"Nevertheless, Fairbanks is a

---

WHO CAN LEGALLY ENFORCE A MORTGAGE AFTER A "LANDMARK" CASE?

Finding the Fraud in the Loan Documents

DOUBLE FUNDING, FABRICATION OF DOCUMENTS AND FORGERY OF SIGNATURES REVEALED

Basic Foreclosure Litigation Defense Manual

HOW THE FBI BLEW IT

The Banks and Our Government continue to cover up the FRAUD

SHOW SOME OF THAT GOOD OLD AMERICAN OUTRAGE! DON'T LEAVE YOUR HOME, STOP BLAMING YOURSELF FOR WHAT YOU DIDN'T DO, AND TAKE RESPONSIBILITY FOR WHAT YOU CAN DO — KEEP YOUR HOME!!!

FEDERAL RESERVE IS A PONZI SCHEME.

FRAUD AND GREED OF TRUSTED RATING AGENCIES HELPED SPREAD THE CREDIT CRISIS

It's VINDICATION, NOT WAR

PENDING CLASS-ACTION LAWSUITS

Buyer Beware: (◀◀ Listen)
Avoiding Predatory Lenders

I-Team FOCUS:
MORTGAGE SERVICING COMPANIES
◀◀ Former Ameriquest Workers Tell of Deception

Read This If You Are Facing Foreclosure

# MERS



"Now, we sell all of our pillaging is done electronically from MERS' centralized office."

» MERS is a SHAM says Judge in

the amount of the Debtor's obligation to it out of thin air. There is no other explanation for the wildly divergent figures it concocted."

**2002 WL 1586325 (Bankr.D.Mass.)**

The arbitrator found EMC's conduct "reprehensible and outrageous and in total disregard of the Smiths' legal rights."

**(Kansas City Star)**



# Homes, credit in peril

'I don't know what they did with our money'
-- homeowner Gail White







**Don't Ever**

**Give Up!**

---

## Ocwen lacks Standing to Foreclose:

### (Separation of Note & Mortgage is Fatal)

"In the event that the note and qhe deed of trust are split, the note, as a practical matter becomes unsecured. The practical effect of splitting the deed of trust from the promissory note is to make it impossible for the holder of the note to foreclose, unless the holder of the deed of trust is the agent of the holder of the note. Id. Without the agency relationship, the person holding only the note lacks the power to foreclose in the event of default. The person holding only the deed of trust will never experience default because only the holder of the note is entitled to payment of the underlying obligation. Id. The mortgage loan became ineffectual when the note holder did not also hold the deed of trust." *Bellistri v. Ocwen*

---

### Predatory Mortgage Servicing Fraud – First of a Series

By George W. Mantor RISMEDIA, April 6, 2010—It's been more than three years since I wrote an article about mortgage servicing fraud. I'm a little older, but it's still alive and thriving. Since then, we've had a complete meltdown of our financial system, a thorough looting of the American tax payer, the destruction of the middle class, and just about every other indicator of quality of life has tanked alarmingly.

At the same time, financial intermediaries were able to reap huge profits, receive TARP funds to which they were not entitled and didn't need because they had no real losses, and funneled it all into bonuses that catapulted number crunchers to oil Sheikdom wealth.

This didn't happen by circumstance, but is instead part of a large and well-organized fraud wherein all of the evidence points directly back to "too big to fail institutions" that are, apparently, too big to prosecute as well.

### Read more...

---

CITIGROUP EXEC LIED... HE KNEW IN 2006!

---

*American Casino* movie trailer from Leslie and Andrew Cockburn on Vimeo.

---

**Bombshell: Substantiated Allegations of Foreclosure/Affidavit**

---

» MERS Twilight Zone

» MERS was not authorized to assign anything.

» Search MERS to see if the owner or investor of your note is listed.

» MERS Depositions

» EXCELLENT MERS ANALYSIS: ILLEGAL SCHEME TO AVOID/EVADE STATE LAW, TAXES, FEES, FINES, PENALTIES

» MERS and CITI are not Real Parties in Interest

» MERS Admits NO Interest in Mortgage and No Loss On Default

» A Florida Solution to the MERS Mortgage Foreclosure Crisis & Fiasco and why Every Foreclosure of a MERS Mortgage done in Florida deserves to be REVERSED.

» How to Attack MERS and WIN!

» Has A MERShole Opened Up?

» MERS DOES NOT HAVE STANDING

» MERS - relief from stay Denied

» Kansas Supreme Court Knocks Out MERS

» Nevada BK Court Knocks Out MERS

» MERS loses again. This time in Texas

» MERS loses in Idaho

» MERS Accused of Illegal Shortcuts to Speed Foreclosures

» The MERS Experience

» MERS Affidavits (Girdvainis case)

» Supplemental Order (Girdvainis case)

» MERS hearing transcript 1

» MERS hearing transcript 2

» Why You Don't Owe The Money

» Obtaining Due Process in Non-Judicial Foreclosure States

» ABUSIVE LENDERS AND BROKERAGES THAT FINANCE THEIR DEALS

» 99 YEARS for Mortgage Fraud

» Show Me the Original Note and I Will Show You the Money

» The Lack of Evidentiary Foundations Fosters Fraud

» Transforming Homeowner Violence into a Mortgage War Plan

» Protest stops eviction by Bank of America



See the true story of a family who put the system to the test in their small town and discovered foreclosure fraud was being covered up there too.

"If the American people ever allow private banks to control the issuance of their currency, first by inflation and then by deflation, the banks and corporations that will grow up around them will deprive the People of all their Property until their Children will wake up homeless on the continent their fathers conquered."
*Thomas Jefferson*



The content of this site is available under Creative Commons Attribution 2.5 License
© Copyright 2000-2009 MSFraud.org All Rights Reserved

Lehman Bankruptcy Report: Top Officials Manipulated Balance Sheets. JPMorgan And Citi Contributed To Collapse

Wells Fargo to pay homeowner $155,092.00 for trespassing.

Two-year old Foreclosure case REVERSED

President of Bank of America is Requested to Disclose his Own Alleged Fraud to Audit Committee

Homeowner Wins $51 Million Decision... finally!

"Another Rubber-Stamped Foreclosure Judgment Gets The Boot From Appeals Court; Trial Judge Fails To Apply Binding Precedent To Standing-Lacking Lender"

Widespread Assignment / Notary / Foreclosure Fraud - Deposition of Foreclosure Mill David Stern Employee Cheryl Sammons

Protesters Confront Schwarzenegger
Demand he "TERMINATE FORECLOSURES"

☻ STOP Foreclosure FRAUD ☻
Here's How They Do It.

2/11/2010 Amendments To The Florida Rules of Civil Procedure regarding FORECLOSURES.
You can read the MBA's comments and Deficiency Bill here.

An Anarchist's Strategy To Dismiss Every Foreclosure In Florida.

It takes an Indiana Appellate Court to reverse and stop JPMorgan Chase/Ocwen's attempt to foreclose on a Chase discharged mortgage.

The People of New York v. Bank of America

MSFraud Forum Crosslinks, Findings and Case Citations add to Ohio Federal Court Case Discussions

Plaintiff Mortgage Electronic Registration Systems, Inc.'s foreclosure action is DISMISSED for lack of standing. Accordingly, the Court's Order, issued August 27, 2009, granting plaintiff's Motion for Default Judgment against the defendants Frank and Ellen Johnston is VACATED.

» Jury awards couple $10.6 million in bank case

» Jury gives woman $1.25M in lawsuit over mortgage

» $3.4 Million Dollar Jury Verdict For Wrongful Foreclosure

» EMC Mortgage/JPMorgan Chase cleans out the wrong house!

» The CRIMINAL Case against BEAR STEARNS begins

» Who Owns My House?

» Mortgage fraud –the worst crime no one's heard of

» Supreme Court rules that campaign contributions can create perception of judicial bias

» Dozens of Cases Rolling in from Bankruptcy and Civil Courts Reversing Foreclosures,Evictions

» Misbehavior and Mistake in Bankruptcy Mortgage Claims

» 25 People to Blame for the Financial Crisis

» Have you been hurt by EMC Mortgage Corporation? You are not alone...

» Responding To The Foreclosure Crisis

» FTC check for EMC's ILLEGAL Practices

» Bear Stearns and EMC Mortgage to Pay $28 Million to Settle FTC Charges of Illegal Mortgage Servicing and Debt Collection Practices

» Bear Stearns & EMC Agree to Pay $28 Million in Settlement...but what about the homeowners who lost their homes due to EMC's fraud?

» BRINGING DOWN BEAR STEARNS

» The Housing and Economic Recovery Act of 2008 - Catherine Austin Fitts

## The Second Wave

Subprime resets crushed the housing market in '07 and '08. Now a new wave of adjustable rate mortgage resets is just around the corner.

☒ Subprime  ■ Prime  ■ Alt A  ⋮ Option ARM

You are here

Source: T2 Partners     WWW.AGORAFINANCIAL.COM

---

**MOVE YOUR MONEY!**

---

**MOVE YOUR MONEY!**



**FLORIDA: FINAL REPORT AND RECOMMENDATIONS ON RESIDENTIAL MORTGAGE FORECLOSURE CASES**

MBIA sues Credit Suisse, DLJ Mortgage Capital, Doubletree

» SCHUMER LIFTS VEIL ON PATTERN OF ABUSE BY MORTGAGE LENDERS LIKE COUNTRYWIDE

» Predatory Lenders' Partner in Crime - How the Bush Administration Stopped the States From Stepping In to Help Consumers

» Appeal of Ocwen Loan Servicing, LLC, and Moss, Codilis Stawiarski, Morris, Schneider & Prior

» UNITED STATES SECURITIES AND EXCHANGE COMMISSION BEING CHARGED WITH NEGLIGENCE IN MORTGAGE INDUSTRY

» Judges as Criminals - Circuit Court a Criminal Enterprise

  » AG Swanson wants criminal penalties for unscrupulous lenders

» Firm ordered to end lending practices

  » Losing Ground - A Report

  » NIGHTMARE MORTGAGES

  :› FANNIE MAE FACADE

   - Consent Order

---

» More Mortgage Lenders Targeted!

  » The OCWEN Story - Part I & II

  » EMC Mortgage investigation

  » Ameriquest to Pay $325 Million

» Limiting Abuse and Opportunism by Mortgage Servicers.

» Has Predatory Mortgage Servicing Destroyed the American Dream?

» Order Regarding Standing of MERS to Foreclose on Behalf of Others.

» Federal Judge Says Legal System Corrupt Beyond Recognition.

### DEUTSCHE BANK SUES BANK OF AMERICA !!!

Judge Blasts Bank's Foreclosure Conduct and Cancels Mortgage

Ohio Attorney General files complaint against American Home Mortgage

Mortgage debt waived after bank can't find paperwork

The Next Financial Crisis Hits Wall Street, as Judges Start Nixing Foreclosures

TYING IT TOGETHER: MASSIVE, PERNICIOUS FRAUD

Ruling could UNDO Thousands of Foreclosures

Bank(s) Lose When Judge Understands the Banks' Scam

Ohio Supreme Court Lets Wells Fargo v. Jordan Stand.
Foreclosure Plaintiffs Who Do Not Own the Mortgage at the Time of Filing Lack Standing to Pursue Cases

SPECIAL FEATURE: Inside The Banking Crisis

BILL **Moyers** JOURNAL

The Near Financial Collapse - One Year Later.

☻ LANDMARK DECISION ☻

MASSIVE RELIEF FOR HOMEOWNERS AND TROUBLE FOR THE BANKS

REVERSING DEFAULT

OMNIBUS MOTION OPENS NEW FRONTIER FOR DEFENSE OF FORECLOSURE

## Foreclosure Judges Beware!

THE PROPOSAL TO HAVE THE VICTIMS OF BANK OF AMERICA'S VIOLATION PAY AN ADDITIONAL PENALTY FOR THEIR OWN VICTIMIZATION WAS ENOUGH TO GIVE THE COURT PAUSE.

A SPRINGFIELD JUDGE'S RULING HAS THROWN THE ENTIRE MASSACHUSETTS FORECLOSURE MARKET INTO DISARRAY BY BOLSTERING CLAIMS THAT LENDERS IMPROPERLY SEIZED THOUSANDS OF BAY STATE HOMES.

"[a] bank that was not the mortgagee when suit was filed cannot cure its lack of standing by subsequently obtaining an interest in the mortgage." "Thus, Wells Fargo Bank lacked standing to bring a foreclosure action against Jordan. As such, the trial court erred in granting summary judgment in favor of WFB because WFB was not entitled to judgment as a matter of law. We sustain Jordan's first assignment of error, reverse summary judgment, and order the trial court to dismiss the complaint without prejudice."

WELLS FARGO VS. JORDAN

OHIO SUPREME COURT DECLINES JURISDICTION!

**FORECLOSURE FRAUD and SECURITIES FRAUD** *are*
**THE CAUSES OF THE ECONOMIC CRISIS!**

**BAIL OUT THE VICTIMS OF THE BANK'S FRAUD...**
**NOT THE BANK'S FRAUD!**

**"The Faces of Foreclosure."**

*The Perfect Crime*

*When fully exposed, this will make Enron look like a parking ticket.*

*- MSFraud 2003 -*



### From the transcript of evidentiary hearing - MERS v. Cabrera:

"It truly concerns me, however, that thousands and thousands --
thousands and thousands of mortgage foreclosure actions have been filed
with these allegations. I am not certain what remedy, if any, these people
would have were it to be determined that MERS was not ever the
proper party notwithstanding that these folks [might] have been in default
what their recourse, if any, would be. I'm not certain with the satisfaction
of mortgages that have been filed on behalf of MERS how good those
are and I am not certain how good title to property is that people bought
at these foreclosure sales *if it turns or becomes established that MERS
was indeed not only not the right party but misrepresented by way of
their pleadings and affidavits that they held something they didn't own, so
I'm not certain of the consequences but it seems vast.*"

*- The Honorable Judge Jon Gordon - September 2005* (Emphasis
added)

<meta name="verify-v1" content="BcVg6Gp5V+EmIL0nlRRsNrfHplNaaeP+2VeBuh73D5FQ=" />

*See Bellitri v. Ocwen OPINION below*

The following comments are from O. Max Gardner III

## QUIET TITLE GRANTED

### Mortgage Declared Unenforceable in DOT Case: NOTE DECLARED UNSECURED

**"When MERS assigned the note to Ocwen, the note became unsecured and the deed of trust became worthless"**

**Editor's Note:**

We know that MERS is named as nominee as beneficiary. We know that MERS is NOT named on the note. This appellate case from Missouri, quoting the Restatement 3rd, simply says that the note was split from the security instrument, and that there is no enforcement mechanism available under the Deed of Trust. Hence, the court concludes, quiet title was entirely appropriate and the only remedy to the situation because once the DOT and note are split they is no way to get them back together.

NOTE: THIS DOES NOT MEAN THE NOTE WAS INVALIDATED. BUT IT DOES MEAN THAT IN ORDER TO PROVE A CLAIM UNDER THE NOTE OR TO VERIFY THE DEBT, THE HOLDER MUST EXPLAIN HOW IT ACQUIRED ANY RIGHTS UNDER THE NOTE AND WHETHER IT IS ACTING IN ITS OWN RIGHT OR AS AGENT FOR ANOTHER.

The deed of trust, ...did not name BNC [AN AURORA/LEHMAN FRONT ORGANIZATION TO ORIGINATE LOANS] as the beneficiary, but instead names Mortgage Electronic Registration System (MERS), solely as BNC's nominee. *The promissory note does not make any reference to MERS*. The note and the deed of trust both require payments to be made to the lender, not MERS.

*a party "must have some actual, justiciable interest." Id. They must have a recognizable stake. Wahl v. Braun, 980 S.W.2d 322 (Mo. App. E.D. 1998). Lack of standing cannot be waived and may be considered by the court sua sponte. Brock v. City of St. Louis, 724 S.W.2d 721 (Mo. App. E.D. 1987). If a party seeking relief lacks standing, the trial court does not have jurisdiction to grant the requested relief. Shannon, 21 S.W.3d at 842.*

A Missouri appellate court, without trying, may have drawn a map to a defense to foreclosures-if borrowers can figure it out before the Missouri Supreme Court overturns the decision in Bellistri v Ocwen. The opinion shows how an assignment of a loan to a servicing company for collection can actually make the loan uncollectible from the mortgaged property.

This case concerns the procedures of MERS, which is short for Mortgage Electronic Registration Service, created to solve problems created during the foreclosure epidemic of the 1980s, when it

*15*

was sometimes impossible to track the ownership of mortgages after several layers of savings and loans and banks had failed without recording assignments of the mortgages. The MERS website contains this explanation:

MERS is an innovative process that simplifies the way mortgage ownership and servicing rights are originated, sold and tracked. Created by the real estate finance industry, MERS eliminates the need to prepare and record assignments when trading residential and commercial mortgage loans.

MERS is the named mortgage holder in transactions having an aggregate dollar value in the hundreds of billions, and its service of providing a way to trace ownership of mortgages has played a large role in the securitization of mortgages and the marketability of derivative mortgage-backed securities, because it seemed to eliminate the necessity of recording assignments of mortgages in county records each time the ownership of a mortgage changed, allowing mortgage securities (packages of many mortgages) to be traded in the secondary market, with less risk.

This case began as a routine quiet title case on a collector's deed, also known as a tax deed. Following the procedure by which people can pay delinquent property taxes and obtain the ownership of the delinquent property if the owner or lien holder fails after notice to redeem, Bellistri obtained a deed from the Jefferson County (Mo.) collector.

Because of the possibility of defects in the procedures of the county collectors and in the giving of proper notices, the quality of title conferred by a collector's deed is not insurable.

A suit to cure the potential defects (called a "quiet title suit") is required to make title good, so that the property can be conveyed by warranty deed and title insurance issued to new lenders and owners. The plaintiff in a quiet title suit is required to give notice of the suit to all parties who had an interest in the property identified in the collector's deed.

A borrower named Crouther had obtained a loan from BCN Mortgage. The mortgage document (called a deed of trust) named MERS as the holder of the deed of trust as BCN's nominee, though the promissory note secured by the deed of trust was payable to BCN Mortgage and didn't mention MERS.

Crouther failed to pay property taxes on the mortgaged property.

Bellistri paid the taxes for three years, then sent notice to Crouther and BNC that he was applying for a collector's deed. After BNC failed to redeem (which means "pay the taxes with interest and penalties," so that Bellistri could be reimbursed), the county collector issued a collector's deed to Bellistri, in 2006.

Meanwhile, MERS assigned the promissory note and deed of trust to Ocwen Servicing, probably because nobody was making mortgage payments, so that Ocwen would be in a position to attempt to (a) get Crouther to bring the loan payments up to date or (b) to foreclose, if necessary.

But this assignment, as explained below, eliminated Ocwen's right to foreclose and any right to the property.

Bellistri filed a suit for quiet title and to terminate any right of Crouther to possess the property. After discovering the assignment of the deed of trust to Ocwen, Bellistri added Ocwen as a party to the quiet title suit, so that Ocwen could have an opportunity to prove that it had an interest in the property, or be forever silenced.

Bellistri's attorney Phillip Gebhardt argued that Ocwen had no interest in the property, because the deed of trust that it got from MERS could not be foreclosed. As a matter of law, the right to foreclose goes away when the promissory note is "split" from the deed of trust that it is supposed to secure. The note that Crouther signed and gave to BNC didn't mention MERS, so MERS had no right to assign the note to Ocwen. The assignment that MERS made to Ocwen conveyed only the deed of trust, splitting it from the note.

**When MERS assigned the note to Ocwen, the note became unsecured and the deed of trust became worthless.** Ironically, the use of MERS to make ownership of the note and mortgage easier to trace also made the deed of trust unenforceable. Who knows how many promissory notes are out there that don't mention MERS, even though MERS is the beneficiary of the deed of trust securing such notes?

O. Max Gardner III



# In the Missouri Court of Appeals Eastern District

### DIVISION FIVE

ROBERT BELLISTRI,                    )        No. ED91369
                                     )
    Respondents,                     )
                                     )        Appeal from the Circuit Court
v.                                   )        of Jefferson County
                                     )
OCWEN LOAN SERVICING, LLC,           )        Honorable Mark T. Stoll
                                     )        No. 06JE-CC00893
    Appellant.                       )
                                     )        FILED: March 3, 2009
                                     )

### *Introduction*

The appellant, Ocwen Loan Servicing, L.L.C.[1], (Ocwen) appeals from a judgment

of the Circuit Court of Jefferson County quieting title to real estate commonly known as

1210 Airglades, Arnold, Missouri, 63010 (the property) in favor of Robert Bellistri.  Both

parties filed motions for summary judgment, and the circuit court held that Ocwen lacked

standing to contest Bellistri's deed.  For the following reasons, we affirm.

### *Facts*

On March 5, 2002, Glen Crouther purchased the property and executed a

promissory note and a deed of trust.  BNC Mortgage Inc. (BNC) was the lender and

payee of the promissory note.  In the deed of trust, Millsap, Singer & Dunn, P.C. was the

---

[1] Ocwen Loan Servicing, L.L.C. refers to Ocwen Loan Servicing, L.L.C., servicer for Deutsche Bank National Trust Company, as Trustee for the registered holders of the CDC Mortgage Capital trust 2002-HE1, as successor in interest to MERS, Inc.



trustee.  The deed of trust, however, did not name BNC as the beneficiary, but instead names Mortgage Electronic Registration System (MERS), solely as BNC's nominee. The promissory note does not make any reference to MERS.   The note and the deed of trust both require payments to be made to the lender, not MERS.

During 2002, 2003 and 2004, Crouther failed to pay taxes.  At the second offering delinquent tax sale, Bellistri, the respondent, purchased the property and was issued a certificate of purchase on August 22, 2005.  On May 12, 2006, Bellistri sent BNC a notice of redemption as required under the Jones Munger Act, Section 140.405 RSMo. (2006).

On September 19, 2006, the collector of revenue of Jefferson County, Missouri issued Bellistri a collector's deed.  After the issuance of the collector's deed, MERS, as nominee for BNC, assigned the deed of trust to Ocwen on April 4, 2007.  The assignment of the deed of trust also contained language that this assignment also transferred any and all notes described in the deed of trust.

Bellistri filed the instant action seeking to quiet title and eject Crouther from the property.  Initially, Bellistri named Crouther as a defendant and published notice for all other unknown persons with an interest in the property.  Later, Bellistri filed a motion to add Ocwen as a necessary, if not indispensable party.  The circuit court granted his motion.  Ocwen and Bellistri filed cross motions for summary judgment.  The circuit court denied Ocwen's motion and granted summary judgment in favor of Bellistri. Ocwen now appeals.

2

## *Standard of Review*

Whether a motion for summary judgment should be granted is a question of law and our review is essentially de novo. *ITT Commercial Finance Corp. v. Mid-America Marine Supply Corp.*, 854 S.W.2d 371, 376 (Mo. banc 1993). Summary judgment is proper where the movant establishes the absence of any genuine issue of material fact and a legal right to judgment. *Id.* at 378. We will review the record in the light most favorable to the party against whom judgment has been entered. Facts set forth by affidavit or otherwise in support are taken as true unless contradicted by the non-moving party's response. *Id.* at 376. We will affirm the trial court's judgment if it is sustainable on any theory. *Citibrook II, L.L.C. v. Morgan's Foods of Missouri, Inc.*, 239 S.W.3d 631 (Mo. App. E.D. 2007).

## *Points on Appeal*

On appeal, Ocwen argues that the trial court erred in entering summary judgment in favor of Bellistri because (1) Bellistri lost his interest in the property by failing to send MERS any notice pursuant to section 140.405; (2) the notice Bellistri sent to BNC misrepresented the redemption period and was therefore insufficient; (3) summary judgment should have been entered in its favor because Bellistri failed to comply with section 140.405; and (4) Ocwen had standing in this quiet title action because it was the named grantee on the assignment of the deed of trust.

## *Discussion*

We will address the issue of standing first, as it is a jurisdictional matter antecedent to the right to relief. *Farmer v. Kinder*, 89 S.W.3d 447, 551 (Mo. banc 2002).

3

Standing refers to a party's right to seek relief. *Id.* It "requires that a party seeking relief

have a legally cognizable interest in the subject matter and that he has a threatened or

actual injury." *Eastern Missouri Laborers Dist. Council v. St. Louis County*, 781 S.W.2d

43, 46 (Mo. banc 1989). Standing requires the party to be sufficiently affected so as to

ensure a justiciable controversy. *Shannon v. Hines*, 21 S.W.3d 839, 841 (Mo. App. E.D.

1999). Therefore, a party "must have some actual, justiciable interest." *Id.* They must

have a recognizable stake. *Wahl v. Braun*, 980 S.W.2d 322 (Mo. App. E.D. 1998). Lack

of standing cannot be waived and may be considered by the court sua sponte. *Brock v.

City of St. Louis*, 724 S.W.2d 721 (Mo. App. E.D. 1987). If a party seeking relief lacks

standing, the trial court does not have jurisdiction to grant the requested relief. *Shannon*,

21 S.W.3d at 842.

The Jones Munger Act, RSMo section 140.330, provides that one who acquires a

collector's deed may bring an action to quiet title, naming as defendants "all parties who

have, or claim to have, or appear of record in the county where such land or lot is

situated, to have an interest in, or lien upon such lands or lots." Section 140.330. Here,

Ocwen appears of record to have an interest in the property because it is the named

grantee on the assignment of the deed of trust.

While this section allows broad joinder of defendants, a named defendant will not

prevail unless the defendant has at least some interest in the property. *Scott v. Unknown

Heirs of Solomon Garrison*, 235 S.W.2d 372, 374 (Mo. 1951). In *Scott*, the plaintiff

claimed title by virtue of a tax deed. The plaintiff brought an action to quiet her title, and

the defendant claimed he was the owner of the property. The defendant, however, failed

to produce a recorded title. The defendant also never had possession and paid no taxes

4

on the property.  He claimed he lost the deed, but had assumed a contract to purchase the property.  The trial court found that the defendant had no right, title or interest to the property.  On appeal, the defendant argued that the tax deed was void because the tax sale was so grossly inadequate as to amount to fraud.  While the court agreed that the amount paid was so grossly inadequate as to be constructive fraud, they found that the defendant "did not have such an interest or claim of right to the property in question to challenge the sufficiency of the plaintiff's deed." *Id.*

Essentially, the *Scott* court found that the defendant lacked standing to invalidate the tax deed.  The defendant lacked a legally cognizable interest in the property, and therefore he could not challenge the issuance of a collector's deed.

The same is true in the instant case.  While Ocwen is the recorded grantee on the assignment of the deed of trust, it has no legally cognizable interest.  Lacking such an interest, Ocwen is not entitled to the relief it seeks, namely, to dismiss Bellistri's petition and declare that the plaintiff has lost all interest in the real estate.  Essentially, Ocwen is asking the court to quiet title in Crouther's name.

To seek this relief from the court, Ocwen must at least have an "interest" in the property.  *Scott,* 235 S.W.2d at 374; *Thurmon v. Ludy,* 914 S.W.2d 32, 34 (Mo. App. E.D. 1995)  On the assignment of the deed of trust, Ocwen is listed as the grantee, as servicer for Deutsche Bank National Trust Company, as Trustee for the registered holders of the CDC Mortgage Capital trust, 2002-HE1, Mortgage Pass-Through Certificates, Series 2002-HE1 (Deutsche Bank).  We must turn to the law of mortgages to understand Ocwen's interest.

Generally, a mortgage loan consists of a promissory note and security instrument, usually a mortgage or a deed of trust, which secures payment on the note by giving the lender the ability to foreclose on the property. Typically, the same person holds both the note and the deed of trust. In the event that the note and the deed of trust are split, the note, as a practical matter becomes unsecured. Restatement (Third) of Property (Mortgages) §5.4. Comment. The practical effect of splitting the deed of trust from the promissory note is to make it impossible for the holder of the note to foreclose, unless the holder of the deed of trust is the agent of the holder of the note. *Id.* Without the agency relationship, the person holding only the note lacks the power to foreclose in the event of default. The person holding only the deed of trust will never experience default because only the holder of the note is entitled to payment of the underlying obligation. *Id.* The mortgage loan became ineffectual when the note holder did not also hold the deed of trust.

When the holder of the promissory note assigns or transfers the note, the deed of trust is also transferred. *George v. Surkamp*, 76 S.W.2d 368, 371 (Mo. 1934). An assignment of the deed of trust separate from the note has no "force." *Id.* Effectively, the note and the deed of trust are inseparable, and when the promissory note is transferred, it vests in the transferee "all the interest, rights, powers and security conferred by the deed of trust upon the beneficiary therein and the payee in the notes." *St. Louis Mut. Life Ins. Co. v. Walter*, 46 S.W.2d 166, 170 (Mo. 1931).

When it assigned the deed of trust, MERS attempted to transfer to Ocwen the deed of trust "together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due."

6

The record reflects that BNC was the holder of the promissory note. There is no evidence in the record or the pleadings that MERS held the promissory note or that BNC gave MERS the authority to transfer the promissory note. MERS could not transfer the promissory note; therefore the language in the assignment of the deed of trust purporting to transfer the promissory note is ineffective. *Black v. Adrian*, 80 S.W.3d 909, 914-15 (Mo. App. S.D. 2002) ("[A]ssignee of a deed of trust or a promissory note is vested with all interests, rights and powers possessed by the assignor in the mortgaged property"). MERS never held the promissory note, thus its assignment of the deed of trust to Ocwen separate from the note had no force. See *George*, 76 S.W.2d at 371. *St. Louis Mut. Life Ins. Co.*, 46 S.W.2d at 170.

As Ocwen holds neither the promissory note, nor the deed of trust, Ocwen lacks a legally cognizable interest and lacks standing to seek relief from the trial court. See *Scott*, 235 S.W.2d at 374. The trial court was without jurisdiction to grant Ocwen its requested relief, and did not err in granting summary judgment in Bellistri's favor.

### Conclusion

Ocwen lacked a legally cognizable interest in the property, and therefore, it has no standing to seek relief. We hereby affirm the judgment of the circuit court of St. Louis County.

_____
Nannette A. Baker, Chief Judge

Glenn A. Norton, J., and Kenneth M. Romines, J., concur.

7

# EXHIBITS B

Chase Home Finance LLC (FL5-7730)
PO BOX 44090
Jacksonville, FL 32231-4090

June 24, 2010



000044

SHELLEY A ERICKSON
5421    PEARL AVE SE
AUBURN  WA  98092

**Acceleration Warning (Notice of Intent to Foreclose)**
Account:        6826 (the "Loan")
Property Address:    5421   Pearl Ave Se
                     Auburn  WA  98092 (the "Property")

Dear Mortgagor(s):

Under the terms of the Mortgage or Deed of Trust ("Security Instrument") securing your Loan, Chase Home Finance LLC ("Chase") hereby notifies you of the following:

1. You are in default because you have failed to pay the required monthly installments commencing with the payment due 07/01/2009.

2. As of June 24, 2010, total monthly payments (including principal, interest, and escrow if applicable), late fees, NSF fees, and other fees and advances due under the terms of your loan documents in the total amount of $68693.67 are past due.  This past-due amount is itemized below. If applicable, your account may have additional escrow amounts that have been paid out and are due on the Loan.  If you have any questions about the amounts detailed below, please contact us as soon as possible at (800) 848-9380.

    | | |
    |---|---|
    | Total Monthly Payments | $59944.68 |
    | Late Fees | $9664.11 |
    | NSF Fees | $205.00 |
    | Other Fees* | $75.10 |
    | Advances* | $216.50 |
    | Amount Held in Suspense | $1411.72 |

    *Other Fees and Advances include those amounts allowed by your Note and Security Instrument.  If you need additional information regarding the fees, please contact us at the number provided below.*

You are also responsible for paying any amounts that come due between the date of this letter and the expiration date set forth in Paragraph 3 below.  These amounts may include, but are not limited to, taxes, insurance, inspection fees, and other fees, as permitted by applicable law.



Chase Home Finance LLC (FL5-7730)
PO BOX 44090
Jacksonville, FL 32231-4090

**CHASE**

June 24, 2010

#BWNCLNN#
i                :2694#

000044 /Ft

SHELLEY A ERICKSON
5421   PEARL AVE SE
AUBURN  WA  98092

### Your house is your home. We want to keep it that way.

### We need to talk—call (800) 848-9380 today.

You're going through tough times—we can help. In fact, we believe **your home loan may be eligible for a loan workout**—we may be able to change the terms of your loan, including the interest rate, to reduce the monthly payment to an amount you can afford.

**Call us today at (800) 848-9380 so we can help you turn things around. We'll discuss your current situation (outlined in the enclosed letter) and the options available to you. But we cannot stress enough that the longer you delay calling us—the fewer chances you may have to keep your home.**

It will only take a few minutes on the phone—one of our Loan Specialists will work with you to determine the option that best fits your needs. There are several options available—**call us now** and let's see which one will work best for you.

We are committed to working with you to find a way to help you keep your home, **but you must call us immediately at (800) 848-9380—the longer you delay the fewer options you may have.**

Collections Department
Chase Home Finance LLC
(800) 848-9380
(800) 582-0542 TDD / Text Telephone

P.S.  The enclosed letter outlines your loan status and **the consequences that will occur unless we receive the required financial information from you and can approve you for a loan workout.** Once you call us with the information needed, then we can work together to determine the option that will work best for you. We cannot guarantee that you will be approved, but your only chance of saving your home is by contacting us immediately. Please don't delay—call us now at (800) 848-9380.

FCL MTM

Enclosures

1. Financial Documents to Assist You with Your Options

2. Federal Trade Commission Pamphlet

CERTIFIED MAIL: Return Receipt Requested and First Class Mail

An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Chase offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (800) 848-9380 to discuss your options. The longer you delay the fewer options you may have.

Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

BW021

Chase Home Finance LLC (FL5-7730)
PO BOX 44090
Jacksonville, FL 32231-4090

7100 4047 5100 8487 2921



June 24, 2010

000091 /FT

JOHN E ERICKSON
5421    PEARL AVE SE
AUBURN  WA  98092

### Your house is your home. We want to keep it that way.

### We need to talk—call (800) 848-9380 today.

You're going through tough times—we can help. In fact, we believe **your home loan may be eligible for a loan workout**—we may be able to change the terms of your loan, including the interest rate, to reduce the monthly payment to an amount you can afford.

**Call us today at (800) 848-9380 so we can help you turn things around. We'll discuss your current situation (outlined in the enclosed letter) and the options available to you. But we cannot stress enough that the longer you delay calling us—the fewer chances you may have to keep your home.**

It will only take a few minutes on the phone—one of our Loan Specialists will work with you to determine the option that best fits your needs. There are several options available—**call us now** and let's see which one will work best for you.

We are committed to working with you to find a way to help you keep your home, **but you must call us immediately at (800) 848-9380—the longer you delay the fewer options you may have.**

Collections Department
Chase Home Finance LLC
(800) 848-9380
(800) 582-0542 TDD / Text Telephone

P.S.  The enclosed letter outlines your loan status and **the consequences that will occur unless we receive the required financial information from you and can approve you for a loan workout.** Once you call us with the information needed, then we can work together to determine the option that will work best for you. We cannot guarantee that you will be approved, but your only chance of saving your home is by contacting us immediately. Please don't delay—call us now at **(800) 848-9380.**

FCL MTM

Chase Home Finance LLC (FL5-7730)
PO BOX 44090
Jacksonville, FL 32231-4090

**CHASE** 

June 24, 2010

000091

JOHN E ERICKSON
5421    PEARL AVE SE
AUBURN  WA  98092

**Acceleration Warning (Notice of Intent to Foreclose)**
Account: (      6826 (the "Loan")
Property Address:    5421    Pearl Ave Se
                    Auburn  WA 98092 (the "Property")

Dear Mortgagor(s):

Under the terms of the Mortgage or Deed of Trust ("Security Instrument") securing your Loan, Chase Home Finance LLC ("Chase") hereby notifies you of the following:

1.  You are in default because you have failed to pay the required monthly installments commencing with the payment due 07/01/2009.

2.  As of June 24, 2010, total monthly payments (including principal, interest, and escrow if applicable), late fees, NSF fees, and other fees and advances due under the terms of your loan documents in the total amount of $68693.67 are past due.  This past-due amount is itemized below. If applicable, your account may have additional escrow amounts that have been paid out and are due on the Loan.  If you have any questions about the amounts detailed below, please contact us as soon as possible at (800) 848-9380.

| | |
|---|---|
| Total Monthly Payments | $59944.68 |
| Late Fees | $9664.11 |
| NSF Fees | $205.00 |
| Other Fees* | $75.10 |
| Advances* | $216.50 |
| Amount Held in Suspense | $1411.72 |

*Other Fees and Advances include those amounts allowed by your Note and Security Instrument.  If you need additional information regarding the fees, please contact us at the number provided below.*

You are also responsible for paying any amounts that come due between the date of this letter and the expiration date set forth in Paragraph 3 below.  These amounts may include, but are not limited to, taxes, insurance, inspection fees, and other fees, as permitted by applicable law.

Enclosures

1. Financial Documents to Assist You with Your Options

2. Federal Trade Commission Pamphlet


CERTIFIED MAIL: Return Receipt Requested and First Class Mail


An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Chase offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (800) 848-9380 to discuss your options. The longer you delay the fewer options you may have.

Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

**BW021**

These are copies of my modification payments for five months to Chase servicing, they claim I did not pay, and a sixth and seventh payment I put into my attorneys hands,  whom is waiting for the right time to file bankruptcy for us.  One payment is in a trust fund the other is attorneys fees to fight this mortgage fraud.  Although Melissa is not representing this case, I am filing it Pro Se.   She tells me she does not know what to do for me, except to file bankruptcy.

16ᵃ cont.

The 2010 Entertainment Book provides discounts
on restaurants, movies and sporting events.
When you purchase it through BECU, proceeds benefit
Children's Miracle Network/Childrens Hospital.
Visit **www.becu.org** for details.

#BWNKKNN
Rachelle L. Erickson
5421 Peal AVE SE
Auburn, WA 98092-8353

000000

Statement Period: 09/05/2009 - 09/16/2009                          **1232437**

## Account Summary

| Deposit Accounts | Account # | Beginning Balance | Withdrawals | Deposits | Fees/ Charges | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| Member Advantage Savings | :9720 | 14.95 | | | | 0.03 | 14.98 |
| Savings | I2805 | 0.00 | | | | | 0.00 |
| Member Advantage Checking | 6729 | 248.38 | (545.29) | 618.00 | | 0.56 | 321.65 |
| Checking | I2813 | 2,647.25 | (3,486.20) | 849.75 | | 0.09 | 10.89 |
| **Loans** | **Account #** | **Beginning Balance** | **Advances** | **Payments** | **Fees/ Charges** | **Finance Charges** | **Ending Balance** |
| Line of Credit | :8217 | 6,573.81 | | | | | 6,573.81 |

## Account Activity

### Member Advantage Savings        :9720

If your account converted to Member Advantage during the statement period, you earned the rate effective for
the Member Share Savings Account up to the date of conversion.

Year-to-date dividends: $1.97
6.29% Annual Percentage Yield Earned for 12 day period
Average Daily Balance: $14.95

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/16 | 0.03 | Dividend/Interest |

### Savings        :2805

Year-to-date dividends: $0.00
0.50% dividends from 09/05/2009
0.00% Annual Percentage Yield Earned for 12 day period
Average Daily Balance: $0.00

16a

Rachelle L. Erickson

| Member Advantage Checking · | 6729 |
| --- | --- |

If your account converted to Member Advantage during the statement period, you earned the rate effective for the Checking Account up to the date of conversion.

Year-to-date dividends: $4.87
6.21% Annual Percentage Yield Earned for 12 day period
Average Daily Balance: $282.33

**Deposits**

| Date | Amount | Transaction Description |
| --- | --- | --- |
| 09/04 | 100.00 | ATM Deposit BECU 226 E MAIN         AUBURN      WAUS Machine# WA033851  Trace# 00000000000000000080 |
| 09/09 | 259.00 | External Deposit WA ST EMPLOY SEC - UI BENEFIT |
| 09/16 | 259.00 | External Deposit WA ST EMPLOY SEC - UI BENEFIT |
| 09/16 | 0.56 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
| --- | --- | --- |
| 09/05 | (5.65) | POS Withdrawal  DONEL'S ES 1401 A ST SE        AUBURN      WAUS Machine# 248000  Trace# 00000000000819079850 |
| 09/07 | (35.45) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY S      AUBURN      WAUS Machine# 05310009  Trace# 00000000018121170000 |
| 09/08 | (4.85) | POS Withdrawal  AUBURN WAY 407 AUBURN WAY        AUBURN      WAUS Machine# 248000  Trace# 00000000005125568010 |
| 09/08 | (6.36) | POS Withdrawal  BURGER KIN 320 AUBURN WAY S       AUBURN      WAUS Machine# 2849  Trace# 00000000207849700770 |
| 09/09 | (230.00) | Withdrawal Online Banking Transfer To 3572802813 |
| 09/09 | (45.42) | POS Withdrawal  WINCO FOODS 9116 South 212th Stree Kent      WAUS Machine# 00000050  Trace# 00000000004818010000 |
| 09/10 | (9.77) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH   AUBURN      WAUS Machine# 248000  Trace# 00000000000000000177 |
| 09/12 | (42.73) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY SO     AUBURN      WAUS Machine# 05310082  Trace# 00000000019420100000 |
| 09/12 | (4.05) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY S      AUBURN      WAUS Machine# 05310047  Trace# 00000000012550850000 |
| 09/15 | (11.03) | POS Withdrawal  DONEL'S ES 1401 A ST SE        AUBURN      WAUS Machine# 248000  Trace# 00000000000826741880 |
| 09/15 | (7.68) | POS Withdrawal  NORTH AUBU 220 15TH ST NE.       AUBURN      WAUS Machine# 248000  Trace# 00000000005233098690 |
| 09/16 | (142.30) | External Withdrawal STATE FARM RO 27 - SFPP |

| Checking - | 2813 |
| --- | --- |

Year-to-date dividends: $0.71
0.25% dividends from 09/05/2009
0.25% Annual Percentage Yield Earned for 12 day period
Average Daily Balance: $1,085.37

Page 2 of 3

Rachelle L. Erickson

## Deposits

| Date | Amount | Transaction Description |
|------|--------|--------------------------|
| 09/04 | 554.75 | ATM Deposit  BECU 226 E MAIN          AUBURN        WAUS  <br> Machine# WA033851   Trace# 00000000000000000081 |
| 09/06 | 65.00 | ATM Deposit  BECU 226 E MAIN          AUBURN        WAUS  <br> Machine# WA033851   Trace# 00000000000000000660 |
| 09/09 | 230.00 | Deposit Online Banking Transfer from          6729 |
| 09/16 | 0.09 | Dividend/Interest |

## Withdrawals

| Date | Amount | Transaction Description | | |
|------|--------|--------------------------|---|---|
| 09/09 | (262.20) | External Withdrawal CITIFINANCIAL | | 10000 - LOAN PAYMT |
| 09/09 | (3,224.00) | External Withdrawal WAMU BANK | 0156 | GAPA1 - MORTG PMT |

## Loan Activity

**Line of Credit -**    B217

**Annual Percentage Rate: 10.90%**       Daily Periodic Rate: 0.029863%          Effective: 09/05/2009  
Maximum Credit Limit: $7,000.00          Available Credit: $426.19  
Minimum Payment Due: $131.48             Payment Due Date: 10/15/2009

**IMPORTANT NOTICE REGARDING YOUR PAYMENT:** Your next regularly scheduled payment is due on the 15th of the month following the end of this Statement Period.

BECU now offers Private Student Loans
through Credit Union Student Choice.
Lower rates, no origination fees, and deferment
of principal and interest while in school.
For more information or to apply online, visit
**www.becu.org/studentloans.**

#BWNKKNN
Rachelle L. Erickson                    000000
5421 Peal AVE SE
Auburn, WA 98092-8353

Statement Period: 07/04/2009 - 08/07/2009                    **1232437**

## Account Summary

| Deposit Accounts | Account # | Beginning Balance | Withdrawals | Deposits | Fees/ Charges | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| Member Advantage Savings | 9720 | 179.15 | (165.00) | | | 0.73 | 14.88 |
| Savings | 2805 | 0.00 | | | | | 0.00 |
| Member Advantage Checking | 6729 | 3,486.14 | (6,874.83) | 3,464.61 | | 1.45 | 77.37 |
| Checking | 2813 | 2.41 | (821.01) | 830.00 | | 0.02 | 11.42 |

| Loans | Account # | Beginning Balance | Advances | Payments | Fees/ Charges | Finance Charges | Ending Balance |
|---|---|---|---|---|---|---|---|
| Line of Credit | 8217 | 6,445.85 | | (140.00) | | 58.36 | 6,364.21 |

## Account Activity

| Member Advantage Savings - | 9720 |
|---|---|

If your account converted to Member Advantage during the statement period, you earned the rate effective for
the Member Share Savings Account up to the date of conversion.

Year-to-date dividends: $1.87
6.14% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $127.44

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 08/07 | 0.73 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/25 | (40.00) | ATM Withdrawal  BECU 226 E MAIN          AUBURN     WAUS Machine# WA033851   Trace# 0000000000000005869 |
| 07/29 | (40.00) | Withdrawal Online Banking Transfer To Visa XXXXXXXXXXXXX5946 |
| 07/29 | (85.00) | Withdrawal Online Banking Transfer To          6729 |

Page 1 of 5

Rachelle L. Erickson

| Savings - | 2805 |
|---|---|

Year-to-date dividends: $0.00
0.50% dividends from 07/04/2009
0.00% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $0.00

| Member Advantage Checking - | 6729 |
|---|---|

If your account converted to Member Advantage during the statement period, you earned the rate effective for the Checking Account up to the date of conversion.

Year-to-date dividends: $3.73
2.68% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $571.82

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/06 | 100.00 | ATM Deposit  BECU 3840 A ST SE #105     AUBURN         WAUS<br>Machine# WA033844  Trace# 00000000000000001763 |
| 07/06 | 260.00 | ATM Deposit  BECU 3840 A ST SE #105     AUBURN         WAUS<br>Machine# WA033844  Trace# 00000000000000001930 |
| 07/08 | 259.00 | External Deposit WA ST EMPLOY SEC  - UI BENEFIT |
| 07/08 | 1,676.55 | ATM Deposit  BECU 226 E MAIN         AUBURN         WAUS<br>Machine# WA033851  Trace# 00000000000000009921 |
| 07/15 | 259.00 | External Deposit WA ST EMPLOY SEC  - UI BENEFIT |
| 07/22 | 181.00 | External Deposit WA ST EMPLOY SEC  - UI BENEFIT |
| 07/29 | 85.00 | Deposit Online Banking Transfer from          :9720 |
| 07/29 | 170.00 | ATM Deposit  BECU 226 E MAIN         AUBURN         WAUS<br>Machine# WA033851  Trace# 00000000000000007123 |
| 07/31 | 200.00 | ATM Deposit  BECU 226 E MAIN         AUBURN         WAUS<br>Machine# WA033851  Trace# 00000000000000007719 |
| 08/01 | 200.00 | ATM Deposit  BECU 226 E MAIN         AUBURN         WAUS<br>Machine# WA033851  Trace# 00000000000000008313 |
| 08/02 | 24.06 | POS Deposit 9100019471 2201 S COMMONS      FEDERAL WAY WAUS<br>Machine# 19470124  Trace# 00000000190395490000 |
| 08/05 | 50.00 | ATM Deposit  BECU 226 E MAIN         AUBURN         WAUS<br>Machine# WA033851  Trace# 00000000000000009751 |
| 08/07 | 1.45 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/03 | (36.66) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY SO      AUBURN      WAUS<br>Machine# 05310069  Trace# 00000000018720240000 |
| 07/04 | (8.51) | POS Withdrawal  MCDONALD'S 1304 SUPERMALL WAY SW  AUBURN         WAUS<br>Machine# 247000  Trace# 00000000000000048079 |
| 07/06 | (7.41) | POS Withdrawal  DONEL'S ES 1401 A ST SE          AUBURN      WAUS<br>Machine# 247000  Trace# 00000000000000001991 |
| 07/06 | (13.06) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH   AUBURN         WAUS<br>Machine# 247000  Trace# 00000000000000001991 |
| 07/07 | (3,224.00) | External Withdrawal WAMU BANK 1620000156     GAPA1 - MORTG PMT |

Rachelle L. Erickson

**Withdrawals** (continued)

| Date | Amount | Transaction Description |
|------|--------|--------------------------|
| 07/07 | (3.06) | POS Withdrawal  DAIRY QUEE 902 S AUBURN WAY        AUBURN     WAUS<br>Machine# 7825   Trace# 00000000286000010140 |
| 07/07 | (5.65) | POS Withdrawal  DONEL'S ES 1401 A ST SE          AUBURN       WAUS<br>Machine# 247000   Trace# 00000000000772121240 |
| 07/07 | (7.03) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH  AUBURN        WAUS<br>Machine# 247000   Trace# 00000000000000002278 |
| 07/07 | (360.00) | Descriptive Withdrawal 0 RETURNED DEPOSIT return reason//nsf<br>Trace# 00000000073364001002 |
| 07/08 | (9.99) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH  AUBURN        WAUS<br>Machine# 247000   Trace# 00000000000000002493 |
| 07/08 | (270.00) | Withdrawal Online Banking Transfer To        )2813 |
| 07/09 | (3.29) | POS Withdrawal  NORTH AUBU 220 15TH ST NE.        AUBURN      WAUS<br>Machine# 247000   Trace# 00000000004132105610 |
| 07/09 | (3.06) | POS Withdrawal  DAIRY QUEE 902 S AUBURN WAY        AUBURN     WAUS<br>Machine# 3548   Trace# 00000000286000000070 |
| 07/09 | (39.03) | POS Withdrawal  WAL-MART #2385 1425 SUPERMALL WAY    AUBURN     WAUS<br>Machine# 24238501   Trace# 00000000091902385 6207 |
| 07/10 | (900.00) | External Withdrawal MACYS - ONLINE PMT |
| 07/10 | (39.50) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY SO     AUBURN      WAUS<br>Machine# 05310059   Trace# 00000000012150090000 |
| 07/10 | (8.34) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH  AUBURN        WAUS<br>Machine# 247000   Trace# 00000000000000003000 |
| 07/10 | (18.74) | POS Withdrawal  Wal-Mart Store 2385 WAL-SAMS        AUBURN     WAUS<br>Machine# 23850012   Trace# 00000000091910 0719397 |
| 07/11 | (7.31) | POS Withdrawal  MCDONALD'S 1304 SUPERMALL WAY SW  AUBURN        WAUS<br>Machine# 247000   Trace# 00000000000000049568 |
| 07/11 | (70.12) | POS Withdrawal  9100019471 2201 S COMMONS          FEDERAL WAY  WAUS<br>Machine# 19470077   Trace# 00000000200215730000 |
| 07/12 | (18.72) | POS Withdrawal  BARTELL DRUGS # AUBURN              AUBURN     WAUS<br>Machine# 49581201   Trace# 00000000091935 8126221 |
| 07/14 | (50.00) | External Withdrawal CAPITAL ONE  - ONLINE PMT |
| 07/14 | (15.95) | POS Withdrawal  PARTY CITY 4423 SOUTH MERIDIAN    PUYALLUP     WAUS<br>Machine# 1000   Trace# 00000000444000059340 |
| 07/14 | (7.03) | POS Withdrawal  BURGER KIN 320 AUBURN WAY S        AUBURN      WAUS<br>Machine# 2849   Trace# 00000000207849100160 |
| 07/16 | (139.12) | External Withdrawal STATE FARM RO 27 - SFPP |
| 07/16 | (560.00) | Withdrawal Online Banking Transfer To        2813 |
| 07/16 | (9.54) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH  AUBURN        WAUS<br>Machine# 247000   Trace# 00000000000000004650 |
| 07/17 | (28.07) | POS Withdrawal  GRCC-BOOKS 12401 SE 320TH ST        AUBURN     WAUS<br>Machine# 00000001   Trace# 00000000641974422730 |
| 07/20 | (4.65) | POS Withdrawal  DONEL'S ES 1401 A ST SE          AUBURN        WAUS<br>Machine# 247000   Trace# 00000000000782511790 |
| 07/20 | (49.44) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY S      AUBURN      WAUS<br>Machine# 05310004   Trace# 00000000017620520000 |
| 07/24 | (174.72) | POS Withdrawal  SPRINT *WI 2003 Edmund Halley Dr  800-639-6111 VAUS<br>Machine# 247000   Trace# 00000000000121330510 |
| 07/24 | (28.45) | POS Withdrawal  9100019471 2201 S COMMONS          FEDERAL WAY  WAUS<br>Machine# 19470079   Trace# 00000000190281970000 |

Rachelle L. Erickson

**Withdrawals** (continued)

| Date | Amount | Transaction Description |
|------|--------|-------------------------|
| 07/27 | (12.84) | POS Withdrawal  MCDONALD'S 702 AUBURN WAY SOUTH   AUBURN      WAUS<br>Machine# 247000   Trace# 0000000000000000730 |
| 07/28 | (35.01) | POS Withdrawal  WAL-MART #2385 1425 SUPERMALL WAY     AUBURN      WAUS<br>Machine# 24238501   Trace# 00000000921023851742 |
| 07/28 | (34.25) | POS Withdrawal  WAL-MART #2385 1425 SUPERMALL WAY     AUBURN      WAUS<br>Machine# 24238501   Trace# 00000000921023851967 |
| 07/30 | (140.00) | Withdrawal Online Banking Transfer To 1000858217 |
| 07/30 | (75.00) | External Withdrawal OLD NAVY  - ONLINE PMT |
| 07/31 | (58.01) | POS Withdrawal  2211760002 COMCAST CORPORATION ONE800-COMCAST  WAUS<br>Machine# 247000   Trace# 00000000000166685150 |
| 07/31 | (100.00) | ATM Withdrawal  BECU 226 E MAIN          AUBURN       WAUS<br>Machine# WA033851   Trace# 0000000000000007720 |
| 07/31 | (43.38) | POS Withdrawal  SAFEWAY 0531 101 AUBURN WAY S      AUBURN      WAUS<br>Machine# 05310045   Trace# 00000000011350440000 |
| 07/31 | (46.18) | POS Withdrawal  OFFICE DEPOT OFFICE DEPOT           AUBURN      WAUS<br>Machine# 064414   Trace# 00000000008958650000 |
| 08/01 | (122.48) | POS Withdrawal  OFFICE DEPOT OFFICE DEPOT           AUBURN      WAUS<br>Machine# 064414   Trace# 00000000005320660000 |
| 08/04 | (19.99) | POS Withdrawal  MCDONALD'S 1304 SUPERMALL WAY SW  AUBURN       WAUS<br>Machine# 247000   Trace# 00000000000000055848 |
| 08/06 | (9.78) | POS Withdrawal  ARBY'S #6 140 15TH ST NE        AUBURN      WAUS<br>Machine# 572   Trace# 00000000945030773580 |
| 08/07 | (50.00) | External Withdrawal CAPITAL ONE  - ONLINE PMT |
| 08/07 | (7.46) | POS Withdrawal  NORTH AUBU 220 15TH ST NE.       AUBURN      WAUS<br>Machine# 247000   Trace# 00000000046191112570 |

**Checking -    2813**

Year-to-date dividends: $0.52
0.25% dividends from 07/04/2009
0.22% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $95.43

**Deposits**

| Date | Amount | Transaction Description | |
|------|--------|-------------------------|---|
| 07/08 | 270.00 | Deposit Online Banking Transfer from | 5729 |
| 07/16 | 560.00 | Deposit Online Banking Transfer from | 6729 |
| 08/07 | 0.02 | Dividend/Interest | |

**Withdrawals**

| Date | Amount | Transaction Description | |
|------|--------|-------------------------|---|
| 07/09 | (268.01) | External Withdrawal CITIFINANCIAL ( | i0000 - LOAN PAYMT |

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 1033 | 07/21 | 553.00 | | | | | | |

(* next to number indicates skipped numbers )
Point of Sale cleared checks are displayed in the Checking Withdrawals section above.

Rachelle L. Erickson

## Loan Activity

| Line of Credit - | 8217 |
|---|---|

**Annual Percentage Rate: 10.90%**
Maximum Credit Limit: $7,000.00
Minimum Payment Due: $127.28

Daily Periodic Rate: 0.029863%
Available Credit: $635.79
Payment Due Date: 08/31/2009

Effective: 07/04/2009

| Date | Transaction Description | Advance / (Payment) | Finance Charges | Principal | Other Charges | Balance |
|---|---|---|---|---|---|---|
| 07/30 | Regular Payment | (140.00) | 58.36 | (81.64) | | 6,364.21 |

Page 5 of 5



# STATEMENT OF ACCOUNTS

BECU now offers Private Student Loans
through Credit Union Student Choice.
Lower rates, no origination fees, and deferment
of principal and interest while in school.
For more information or to apply online, visit
**www.becu.org/studentloans.**

John E. Erickson
5421 Pearl Ave SE
Auburn WA 98092

Statement period : 07/04/2009 - 08/07/2009                                    1277998

### Account Summary

| Deposit Accounts | Account # | Beginning Balance | Withdrawals | Deposits | Fees/ Charges | Dividends/ Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| Member Advantage Savings | '0025 | $       5.09 | | | | 0.03 | $      5.12 |
| Member Advantage Checking | '0033 | 28.06 | (5,286.46) | 8,754.89 | (20.00) | 1.05 | 3,475.52 |

| Loans | Account # | Beginning Balance | Advances | Payments | Fees/ Charges | Finance Charges | Ending Balance |
|---|---|---|---|---|---|---|---|
| Home Equity Loan | '2071 | $  27,660.84 | | (601.50) | | 386.71 | $  27,446.05 |

### Account Activity

## Member Advantage Savings -          '0025

If your account converted to Member Advantage during the statement period, you earned the rate effective for
the Member Share Savings Account up to the date of conversion.
Year-to-date dividends: $0.20
6.32% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $5.09

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 08/07 | 0.03 | Dividend/Interest |

## Member Advantage Checking -          '0033

If your account converted to Member Advantage during the statement period, you earned the rate effective for
the Checking Account up to the date of conversion.
Year-to-date dividends: $8.10
1.78% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $820.74

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/08 | 1,854.00 | External Deposit US TREASURY 303 - SOC SEC |
| 08/05 | 1,474.79 | External Deposit THE BOEING COMPA BNG QUAL - PN PMTS/CF |
| 08/05 | 2,392.10 | Deposit Shared Branch 1424 Supermall Way #2 Auburn WA |
| 08/05 | 3,224.00 | External Withdrawal WAMU BANK 1620000156 GAPA1 - MORTG PMT (Rejected) |
| 08/07 | 1.05 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/08 | (300.75) | Withdrawal Transfer (          2071 |

*[handwritten: Daughter]*

the Checking Account up to the date of conversion.
Year-to-date dividends: $3.73
2.68% Annual Percentage Yield Earned for 35 day period
Average Daily Balance: $571.82

*[handwritten: 1400°° trans from my personal acct.]*

*[handwritten right margin: need to add / not credited / to this invstm / yet. / Accoun / Lonnie: / modification / payment / ) All CK: / that shod / be acted / for as / money / into my / Bus. was / deposited / her to / cover / mortg. / This is / part of / Bus. mon / used to pay / house / pmt.]*

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/06 | 100.00 | ATM Deposit BECU 3840 A ST SE #105 AUBURN WAUS |
| 07/06 | 260.00 | ATM Deposit BECU 3840 A ST SE #105 AUBURN WAUS |
| 07/06 | 259.00 | External Deposit WA ST EMPLOY SEC - UI BENEFIT |
| 07/06 | 1,575.55 | ATM Deposit BECU 226 E MAIN AUBURN WAUS |
| 07/15 | 259.00 | External Deposit WA ST EMPLOY SEC - UI BENEFIT |
| 07/22 | 191.00 | External Deposit WA ST EMPLOY SE** - UI BENEFIT |
| 07/29 | 85.00 | Deposit Online Banking Transfer from         9720 |
| 07/29 | 170.00 | ATM Deposit BECU 226 E MAIN AUBURN wAUS |
| 07/31 | 200.00 | ATM Deposit BECU 226 E MAIN AUBURN WAUS |
| 08/01 | 200.00 | ATM Deposit BECU 226 E MAIN AUBURN WAUS |
| 08/02 | 24.05 | POS Deposit 9100019471 2201 S COMMONS FEDERAL WAY WAUS |
| 08/05 | 50.00 | ATM Deposit BECU 226 E MAIN AUBURN WAUS |
| 08/07 | 1.45 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 07/03 | (36.55) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY SO AUBURN WAUS |
| 07/04 | (8.51) | POS Withdrawal MCDONALD'S 1304 SUPERMALL WAY SW AUBURN WAUS |
| 07/06 | (7.41) | POS Withdrawal DONEL'S ES 1401 A ST SE AUBURN WAUS |
| 07/06 | (13.05) | POS Withdrawal MCDONALD'S 702 AUBURN WAY SOUTH AUBURN WAUS |
| 07/07 | (3,224.00) | External Withdrawal WAMU BANK 1620090155 GAPA1 - MORTG PMT |
| 07/07 | (3.08) | POS Withdrawal DAIRY QUEE 802 S AUBURN WAY AUBURN WAUS |
| 07/07 | (5.05) | POS Withdrawal DONEL'S ES 1401 A ST SE AUBURN WAUS |
| 07/07 | (7.05) | POS Withdrawal MCDONALD'S 702 AUBURN WAY SOUTH AUBURN WAUS |
| 07/07 | (360.00) | Descriptive Withdrawal 0 RETURNED DEPOSITretum reason/nsf |
| 07/08 | (0.99) | POS Withdrawal MCDONALD'S 702 A1 BU IOM WAUS AUBURN WAUS |
| 07/08 | (270.00) | Withdrawal Online Banking Transfer         I2813 |
| 07/09 | (3.25) | POS Withdrawal NORTH AUBU 220 15TH ST NE. AUBURN WAUS |
| 07/09 | (3.05) | POS Withdrawal DAIRY QUEE 802 S AUBURN WAY AUBURN WAUS |
| 07/09 | (38.03) | POS Withdrawal WAL-MART #2385 1425 SUPERMALL WAY AUBURN WAUS |
| 07/10 | (900.00) | External Withdrawal MACYS - ONLINE PMT |
| 07/10 | (39.50) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY SO AUBURN WAUS |
| 07/10 | (6.34) | POS Withdrawal MCDONALD'S 702 AUBURN WAY SOUTH AUBURN WAUS |
| 07/10 | (18.74) | POS Withdrawal Wal-Mart Store 2385 WAL-SAMS AUBURN WAUS |
| 07/11 | (7.31) | POS Withdrawal MCDONALD'S 1304 SUPERMALL WAY SW AUBURN WAUS |
| 07/11 | (70.12) | POS Withdrawal 9100019471 2201 S COMMONS FEDERAL WAY WAUS |
| 07/12 | (18.72) | POS Withdrawal BARTELL DRUGS # AUBURN AUBURN WAUS |
| 07/14 | (50.00) | External Withdrawal CAPITAL ONE - ONLINE PMT |
| 07/14 | (15.95) | POS Withdrawal PARTY CITY 4423 SOUTH MERIDIAN PUYALLUP WAUS |
| 07/14 | (7.03) | POS Withdrawal BURGER KIN 320 AUBURN WAY S AUBURN WAUS |
| 07/16 | (139.12) | External Withdrawal STATE FARM RO ?? - SFPP |
| 07/16 | (560.00) | Withdrawal Online Banking Transfer To         2813 |
| 07/16 | (9.54) | POS Withdrawal MCDONALD'S 702 AUBURN WAY SOUTH AUBURN WAUS |
| 07/17 | (28.07) | POS Withdrawal GRCC-BOOKS 12401 SE 320TH ST AUBURN WAUS |
| 07/20 | (4.65) | POS Withdrawal DONEL'S ES 1401 A ST SE AUBURN WAUS |
| 07/20 | (49.44) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY S AUBURN WAUS |
| 07/24 | (174.72) | POS Withdrawal SPRINT *WI 2003 Edmund Halley Dr 800-639-6111 VAUS |
| 07/24 | (28.45) | POS Withdrawal 9100019471 2201 S COMMONS FEDERAL WAY WAUS |
| 07/27 | (12.84) | POS Withdrawal MCDONALD'S 702 AUBURN WAY SOUTH AUBURN WAUS |
| 07/28 | (35.01) | POS Withdrawal WAL-MART #2385 1425 SUPERMALL WAY AUBURN WAUS |
| 07/28 | (34.25) | POS Withdrawal WAL-MART #2385 1425 SUPERMALL WAY AUBURN WAUS |
| 07/30 | (140.00) | Withdrawal Online Banking Transfer To :         3217 |
| 07/30 | (75.00) | External Withdrawal OLD NAVY - ONLINE PMT |
| 07/31 | (58.01) | POS Withdrawal 221 1760002 COMCAST CORPORATION ONE800-COMCAST WAUS |
| 07/31 | (100.00) | ATM Withdrawal BECU 226 E MAIN AUBURN WAUS |
| 07/31 | (43.38) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY S AUBURN WAUS |
| 07/31 | (46.18) | POS Withdrawal OFFICE DEPOT OFFICE DEPOT AUBURN WAUS |
| 08/01 | (122.45) | POS Withdrawal OFFICE DEPOT OFFICE DEPOT AUBURN WAUS |
| 08/04 | (19.99) | POS Withdrawal MCDONALD'S 1304 SUPERMALL WAY SW AUBURN WAUS |
| 08/06 | (9.78) | POS Withdrawal ARBY'S #6 140 15TH ST NE AUBURN WAUS |
| 08/07 | (50.00) | External Withdrawal CAPITAL ONE - ONLINE PMT |
| 08/07 | (7.45) | POS Withdrawal NORTH AUBU 220 15TH ST NE. AUBURN WAUS |

Checking ▬▬▬▬

| 07/08 | (51.04) | POS Withdrawal WINCO FOODS 9116 South 212th Stree Kent WAUS |
| 07/09 | (116.50) | POS Withdrawal WAL-MART #2385 1425 SUPERMALL WAY AUBURN WAUS |
| 07/09 | (800.00) | Withdrawal Telephone Banking Transfer to          4009 |
| 07/15 | (420.00) | Withdrawal Telephone Banking Transfer to          4009 |
| 08/03 | (300.75) | Withdrawal Transfer to          2071 |
| 08/03 | (22.95) | POS Withdrawal WAL-MART #2385 1425 SUPERMALL WAY AUBURN WAUS |
| 08/05 | (3,224.00) | External Withdrawal WAMU BANK 1620000156 GAPA1 - MORTG PMT |
| 08/05 | (20.00) | Uncollected Funds Charge External Withdrawal (Returned)WAMU BANK 1620000156 GAPA1 - MORTG PMT |
| 08/05 | (14.08) | POS Withdrawal TROTTERS 825 HARVEY RD NE AUBURN WAUS |
| 08/07 | (17.14) | POS Withdrawal GODADDY.CO 14455 N. Hayden Rd 480-5058855 AZUS |
| 08/07 | (21.27) | POS Withdrawal BURGER KIN 320 AUBURN WAY S AUBURN WAUS |

---

**Home Equity Loan -     2071**

Annual Percentage Rate: 8.24%          Daily Periodic Rate: 0.022575%          Effective: 07/04/2009
Minimum Payment Due:                    Payment Due Date: 09/02/2009

| Date | Transaction Description | Advance/ (Payment) | Finance Charge | Principal | Other Charges | Balance |
|------|------------------------|---------|---------|-----------|---------------|---------|
| 07/06 | Regular Payment | (300.75) | 224.80 | (75.95) | | 27,584.89 |
| 07/20 | Regular Payment | (790.71) | 74.73 | (715.98) | | 28,868.91 |
| 07/20 | Eff. 07-20 Payment Reversal | 790.71 | 74.73 | 715.98 | | 27,584.89 |
| 08/03 | Regular Payment | (300.75) | 161.91 | (138.84) | | 27,446.05 |

BECU
206-439-5700
800-233-2328

www.becu.org

| Date | Amount | Transaction Description |
|---|---|---|
| 09/09 | 259.00 | External Deposit WA ST EMPLOY SEC - UI BENEFIT |
| 09/16 | 259.00 | External Deposit WA ST EMPLOY SEC - UI BENEFIT |
| 09/16 | 0.58 | Dividend/Interest |

*Daughter* (handwritten)

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/05 | (5.85) | POS Withdrawal DONEL'S ES 1401 A ST SE AUBURN WAUS |
| 09/07 | (35.45) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY S AUBURN WAUS |
| 09/08 | (4.85) | POS Withdrawal AUBURN WAY 407 AUBURN WAY AUBURN WAUS |
| 09/08 | (6.36) | POS Withdrawal BURGER KIN 320 AUBURN WAY S AUBURN WAUS |
| 09/09 | (230.00) | Withdrawal Online Banking Transfer To    12813 |
| 09/09 | (45.42) | POS Withdrawal WINCO FOODS 9116 South 212th Stree Kent WAUS |
| 09/10 | (9.77) | POS Withdrawal MCDONALD'S 702 AUBURN WAY SOUTH AUBURN WAUS |
| 09/12 | (42.73) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY SO AUBURN WAUS |
| 09/12 | (4.05) | POS Withdrawal SAFEWAY 0531 101 AUBURN WAY SO AUBURN WAUS |
| 09/15 | (11.03) | POS Withdrawal DONEL'S ES 1401 A ST SE AUBURN WAUS |
| 09/15 | (7.68) | POS Withdrawal NORTH AUBU 220 15TH ST NE. AUBURN WAUS |
| 09/16 | (142.30) | External Withdrawal STATE FARM RO 27 - SFPP |

**Checking -** ███████

Year-to-date dividends: $0.71
0.25% dividends from 09/05/2009
0.25% Annual Percentage Yield Earned for 12 day period
Average Daily Balance: $1,085.37

**Deposits**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/04 | 554.75 | ATM Deposit BECU 226 E MAIN AUBURN WAUS |
| 09/06 | 65.00 | ATM Deposit BECU 226 E MAIN AUBURN WAUS |
| 09/09 | 230.00 | Deposit Online Banking Transfer fro    6729 |
| 09/16 | 0.09 | Dividend/Interest |

**Withdrawals**

| Date | Amount | Transaction Description |
|---|---|---|
| 09/09 | (262.20) | External Withdrawal CITIFINANCIAL    300 - LOAN PAYMT |
| 09/09 | (3,224.00) | External Withdrawal WAMU BANK    APA1 - MORTG PMT |

*Modification payment for our home* (handwritten)

**Loan Activity**

**Line of Credit -** ███████

Annual Percentage Rate: 10.90%      Daily Periodic Rate: 0.029863%      Effective: 09/05/2009
Maximum Credit Limit: $7,000.00     Available Credit: $426.19
Minimum Payment Due: $131.48        Payment Due Date: 10/15/2009

**IMPORTANT NOTICE REGARDING YOUR PAYMENT:**
Your next regularly scheduled payment is due on the 15th of the month following the end of this Statement Period.

BECU
206-439-5700
800-233-2328

www.becu.org



# Check Images

**Account:** Business Basic Checking    :4009 | **Check Number:** 1434 | **Date Posted:** 12/4/2009 | **Amount:** $700.00

Print

SHELLEY'S SUNTAN PARLOR
SHELLEY A ERICKSON
JOHN E ERICKSON
1919 HOWARD RD. (253) 939-9741
AUBURN, WA 98002

19-8140/3250                    1434

DATE  11-28-09

PAY TO THE ORDER OF  _____  $ 700⁰⁰

_____ DOLLARS

more than just money  BECU
P.O. Box 97050
Seattle, WA 98124-9750
800-233-2333
www.becu.org

MEMO _____

1434    ⑈00000 70000⑈

0213723682
0410-0001-4
12032009
ENT=1508  TRC=1508  PK=05

3730762377

Copyright © 2009 BECU. All Washington state residents are eligible to join. All Rights Reserved. Federally Insured by NCUA.
BECU's Privacy Statement and Terms and Conditions.



# Check Images

Account: Business Basic Checking | 4009 | Check Number: 1432 | Date Posted: 1/8/2010 | Amount: $3,000.00

Print

SHELLEY'S SUNTAN PARLOR
SHELLEY A ERICKSON
JOHN E ERICKSON
1919 HOWARD RD. (253) 939-9741
AUBURN, WA 98002

1432

DATE December 30 09

PAY TO THE ORDER OF _Melissa Hughes_ | $ 3000

_Three thousand_ DOLLARS

more than just money BECU
P.O. Box 97050
Seattle, WA 98124 9734
800-233-2891
www.becu.org

MEMO

1432   ⑈0000300000⑈

0414283468
0410-0001-4
01072010
ENT=GFEE PRO=CLSS PX=GE

4156788587

Copyright © 2010 BECU. All Washington state residents are eligible to join. All Rights Reserved. Federally Insured by NCUA. BECU's Privacy Statement and Terms and Conditions.



# Check Images

Account: Business Basic Checkir   4009 | Check Number: 1431 | Date Posted: 12/4/2009 | Amount:
$3,225.00

Print



**SHELLEY'S SUNTAN PARLOR**
**SHELLEY A ERICKSON**
**JOHN E ERICKSON**
1519 HOWARD RD. (253) 939-5741
AUBURN, WA 98002

13-1949/3259                                      1431

DATE 12/1/09

PAY TO THE
ORDER OF  *Melissa Huelpman B* Trust  $ 3255 00

*Three thousand ....................................*

*more than just money* BECU
P.O. B 97050
Seattle, WA 981-14030
800-577-3301
www.becu.org

*5421 Real SE*

MEMO  *Trust....* 

1431   ⑈000832250

0213723681
0410-0001-4
12032009
ENT=1506  TRC=1506  PK=05

3730762376

Copyright © 2009 BECU. All Washington state residents are eligible to join. All Rights Reserved. Federally insured by NCUA.
BECU's Privacy Statement and Terms and Conditions.

WaMu is becoming CHASE

Loan Number        6826

## Anticipated Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| TAX | | | INSURANCE | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $ 3,725.06 | October 09 | FIRE/HOMEOWN | $ 3,988.00 | February 10 , |
| COUNTY TAX | $ 3,725.06 | April 10 | | | |
| TOTAL TAX AND INSURANCE MONTHLY PAYMENT AMOUNT = $     953.17 | | | | | |



First
June 2009 Modification
payment

3/29/2010                          Criminal Division Overview

*Wash stat*
*Human Rights*
*Commission*

*1-800-233-*
*3247*

*Seattle office*
*Dist. Third Ave*
*1511 Third 921*
*Suite 921*
*Seattle WA*
*98101*
*464-*

*206-*
*6500-464*
*FAX 206-*
*7463*

*Criminal division*
*206-*
*296-*
*9015*

*e-mails*
*my letter*
*on March*
*29 2016*
*King Coun*
*Sheriffs*
*office*

*file*
*police*
*report*
*at*
*State*
*Patrol*

## Domestic Violence Unit
In the 1990s, the number of domestic violence felony cases in King County doubled from approximately 740 in 1994 to over 1500 in 1999. In response to this alarming trend, the King County Prosecutor's Office created the Domestic Violence Unit in early 2000. Organized into six areas at four different locations, the Domestic Violence Unit is responsible for handling all domestic violence felonies in King County, all misdemeanor and gross misdemeanor domestic violence cases from unincorporated areas, as well as providing criminal advocacy services on all domestic violence cases and protection order advocacy to several thousand victims annually.

In addition to a high volume and intense trial practice, the Domestic Violence Unit engages in many innovative practices from utilizing new technologies in investigations, King County Firearms Forfeiture Project, to working with law enforcement and local domestic violence advocacy organizations to promote a coordinated community response. The Domestic Violence Unit was a founding partner in the domestic violence courts in District Court, and the specialized domestic violence case management system in Superior Court. The mission of the Domestic Violence Unit is to break the cycle of domestic violence by increasing accountability for domestic violence offenders and improving safety for victims of domestic violence and their children.

TO TOP

## Drug Case Development
A collaborative effort between police and prosecutors evolved into the Drug Case Development Section. This section provides legal advice and assistance to four law enforcement agencies: Seattle Police Department, King County Police, South King County Task Force and Eastside Task Force.

TO TOP

## Drug Court
In 1994, the office, along with Superior Court, created an alternative to traditional prosecution for drug possession crimes. Defendants are offered an opportunity to enter a court-monitored drug treatment program. If they successfully complete the one-year program, the charges are dismissed. If they fail the program, they are returned to the court for a stipulated trial and sentencing. For more information, visit this link.

TO TOP

## Economic Crimes Unit
Cases handled by the Economic Crimes Unit cover a wide range of crimes from simple thefts and narcotics cases to complex organized criminal activity, including: public corruption, abuse of office, employee thefts, insurance frauds, environmental crimes, investment frauds, mortgage frauds, aggravated consumer frauds, frauds against the elderly and vulnerable victims, frauds against government, and technology crimes. They also maintain a focus on prosecuting the top Identity Theft offenders in the county.

TO TOP

## Involuntary Treatment Act Unit
The Involuntary Treatment Act Unit (ITA) handles involuntary mental health treatment commitment cases. Persons with mental illness who present a risk to themselves or others may be detained involuntarily and placed into one of four local in-patient mental health treatment facilities (Harborview Medical Center, Fairfax Hospital, the Gero-psychiatric Unit of Northwest Hospital, and Navos In-patient Services). The set of laws which allows this is called the Involuntary Treatment Act. The initial detention is for up to 72 hours. If the treating facility believes further in-patient treatment is necessary, the facility petitions the court for more time for involuntary treatment. The patient can contest the need for

*17* 2/4

1:28 AM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2009

|  | Jan - Dec 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 152,819.01 |
| 4400 · Operators Rent | 34,772.00 |
| 5050 · Sales Refunds | -450.00 |
| **Total Income** | 187,141.01 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 3,099.77 |
| 6100 · SUPPLIES | 2,192.78 |
| 5150 · EXCISE TAXES | 13,440.15 |
| **Total COGS** | 18,732.70 |
| **Gross Profit** | 168,408.31 |
| **Expense** | |
| 6000 · ADVERTISING | 4,310.69 |
| 6050 · BANK & BANK CARD CHARGES | 3,345.10 |
| 6060 · BUSINESS TAXES & LICENSES | 100.00 |
| 6080 · COMPUTER EXPENSES | 20.93 |
| 6110 · FEES, DUES & PUBS. | 588.00 |
| 6120 · ENTERTAINMENT EXP. | 190.17 |
| 6150 · SMALL EQUIPMENT | 55.00 |
| 6165 · EQUIPMENT MAINTENANCE | 53.32 |
| 6180 · INSURANCE | 126.00 |
| 6210 · LEGAL & ACCOUNTING | 5,650.00 |
| 6230 · MORTGAGE INTEREST | 20,213.84 |
| 6240 · OFFICE EXP. | 1,991.59 |
| 6270 · RENT | 38,000.00 |
| 6280 · REPAIRS & MAINTENANCE | 10,609.66 |
| 6290 · SECURITY EXP. | 391.30 |
| 6300 · TELEPHONE | 6,394.45 |
| 6320 · UTILITIES | 35,980.72 |
| **Total Expense** | 128,018.77 |
| **Net Ordinary Income** | 40,389.54 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 10.00 |
| 6190 · INTEREST EXP. | |
| 6190.16 · WA Mutual Home Loan Interest | -7,229.63 |
| 6190.41 · BECU Home Loan      2071 | -2,401.61 |
| **Total 6190 · INTEREST EXP.** | -9,631.24 |
| **Total Other Income** | -9,621.24 |
| **Net Other Income** | -9,621.24 |
| **Net Income** | 30,768.30 |

*18*

Page 1

2:47 PM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2008

|  | Jan - Dec 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 235,816.61 |
| 4200 · SALES RETURNS | -128.89 |
| 4400 · Operators Rent | 15,765.00 |
| 5050 · Sales Refunds | -3,517.50 |
| **Total Income** | 247,935.22 |
| *Cost of Goods Sold* | |
| 5000 · PURCHASES | 2,357.87 |
| 5100 · SUPPLIES | 6,369.82 |
| 5150 · EXCISE TAXES | 7,733.42 |
| 5300 · PAYROLL TAXES | 226.94 |
| **Total COGS** | 16,688.05 |
| **Gross Profit** | 231,247.17 |
| **Expense** | |
| 6000 · ADVERTISING | 7,251.03 |
| 6050 · BANK & BANK CARD CHARGES | 4,441.62 |
| 6060 · BUSINESS TAXES & LICENSES | 100.00 |
| 6110 · FEES, DUES & PUBS. | 6,298.96 |
| 6120 · ENTERTAINMENT EXP. | 58.50 |
| 6150 · *SMALL EQUIPMENT* | 139.87 |
| 6180 · INSURANCE | -6,697.00 |
| 6210 · LEGAL & ACCOUNTING | 6,561.00 |
| 6240 · OFFICE EXP. | 329.95 |
| 6270 · RENT | |
| 6280 · REPAIRS & MAINTENANCE | 34,700.00 |
| 6300 · TELEPHONE | 5,781.84 |
| 6320 · UTILITIES | 7,156.44 |
| 6900 · Other | 31,775.94 |
|  | 515.86 |
| **Total Expense** | 98,414.01 |
| **Net Ordinary Income** | 132,833.16 |
| *Other Income/Expense* | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 4.81 |
| 6190 · INTEREST EXP. | |
| 6190.16 · WA Mutual Home Loan Interest | -43,177.12 |
| 6190.41 · BECU Home Loa:      :2071 | -2,429.13 |
| **Total 6190 · INTEREST EXP.** | -45,606.25 |
| **Total Other Income** | -45,601.44 |
| **Net Other Income** | -45,601.44 |
| **Net Income** | 87,231.72 |

9:57 AM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2007

|  | Jan - Dec 07 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 271,797.54 |
| 4200 · SALES RETURNS | 17.36 |
| 5050 · Sales Refunds | -1,731.00 |
| **Total Income** | 270,083.90 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 1,891.53 |
| 5100 · SUPPLIES | 13,985.70 |
| 5160 · EXCISE TAXES | 7,659.55 |
| **Total COGS** | 23,536.78 |
| **Gross Profit** | 246,547.12 |
| **Expense** | |
| 6000 · ADVERTISING | 8,720.87 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.5 · GE/Am. General CC Charges | 897.69 |
| 6050 · BANK & BANK CARD CHARGES - Other | 11,203.48 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 12,101.17 |
| 6070 · CHARITABLE CONTRIBUTIONS | 125.00 |
| 6110 · FEES, DUES & PUBS. | 5,869.05 |
| 6150 · SMALL EQUIPMENT | 1,495.00 |
| 6160 · EQUIPMENT LEASING | 1,471.47 |
| 6165 · EQUIPMENT MAINTENANCE | |
| 6180 · INSURANCE | 113.05 |
| 6210 · LEGAL & ACCOUNTING | 825.00 |
| 6240 · OFFICE EXP. | 3,700.00 |
| 6260 · POSTAGE | 322.00 |
| 6270 · RENT | 22.78 |
| 6280 · REPAIRS & MAINTENANCE | 51,200.00 |
| 6290 · SECURITY EXP. | 9,928.51 |
| 6300 · TELEPHONE | 882.34 |
| 6320 · UTILITIES | 8,539.52 |
| 6560 · Payroll Expenses | 33,107.20 |
| 6900 · Other | 4,677.83 |
| 7000 · Property Taxes | 3,484.03 |
|  | 805.36 |
| **Total Expense** | 147,390.18 |
| **Net Ordinary Income** | 99,156.94 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 10.31 |
| 6190 · INTEREST EXP. | |
| 6190.16 · WA Mutual Home Loan Interest | -43,608.50 |
| 6190.2 · US Bank Creditline-Interest | -4,293.79 |
| 6190.41 · BECU Home Loan  :071 | -2,464.74 |
| **Total 6190 · INTEREST EXP.** | -50,367.03 |
| **Total Other Income** | -50,356.72 |
| **Net Other Income** | -50,356.72 |
| **Net Income** | 48,800.22 |

9:56 AM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2006

|  | Jan - Dec 06 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 327,591.76 |
| 4300 · Employee Sales | 255.75 |
| 5050 · Sales Refunds | -1,044.00 |
| **Total Income** | 326,803.51 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 3,435.05 |
| 5100 · SUPPLIES | 24,233.39 |
| 5150 · EXCISE TAXES | 9,595.18 |
| 5200 · LABOR | 25,255.87 |
| 5300 · PAYROLL TAXES | 2,286.44 |
| **Total COGS** | 64,805.93 |
| **Gross Profit** | 261,997.58 |
| **Expense** | |
| 6000 · ADVERTISING | 22,415.57 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 686.10 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.1 · Boeing VISA CC Charges | -2,551.45 |
| 6050.4 · B of A CC Charges | 1,091.19 |
| 6050.5 · GE/Am. General CC Charges | 1,122.29 |
| 6050.6 · Bankone CC Charges | -6,245.70 |
| 6050 · BANK & BANK CARD CHARGES – Other | 10,080.59 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 3,496.92 |
| 6110 · FEES, DUES & PUBS. | 3,018.67 |
| 6160 · EQUIPMENT LEASING | 1,067.54 |
| 6180 · INSURANCE | 1,771.18 |
| 6210 · LEGAL & ACCOUNTING | 2,500.00 |
| 6270 · RENT | 2,000.00 |
| 6280 · REPAIRS & MAINTENANCE | 8,299.51 |
| 6290 · SECURITY EXP. | 343.52 |
| 6300 · TELEPHONE | 7,692.99 |
| 6320 · UTILITIES | 28,940.10 |
| 6560 · Payroll Expenses | 3,356.28 |
| 66900 · Reconciliation Discrepancies | 6.00 |
| 6900 · Other | 9,782.02 |
| 7000 · Property Taxes | 1,133.11 |
| **Total Expense** | 96,509.51 |
| **Net Ordinary Income** | 165,488.07 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 4.71 |
| 6190 · INTEREST EXP. | |
| 6190.10 · BECU Vehicle Interest | -247.34 |
| 6190.14 · CitiFinancial Interest | -1,804.99 |
| 6190.16 · WA Mutual Home Loan Interest | -29,591.46 |
| 6190.2 · US Bank Creditline-Interest | -3,222.08 |
| 6190.3 · Boeing Line of Credit-Interest | -530.27 |
| 6190.4 · BECU Home Loan 9/04 | -4,610.95 |
| 6190.41 · BECU Home Loan          071 | -675.72 |
| 6275 · Interest expense, Fairway Finan | -46,820.04 |
| 6190 · INTEREST EXP. – Other | -7,724.77 |
| **Total 6190 · INTEREST EXP.** | -95,227.62 |
| **Total Other Income** | -95,222.91 |
| **Net Other Income** | -95,222.91 |
| **Net Income** | 70,265.16 |

9:56 AM

08/10/10

Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 400,571.88 |
| 4300 · Employee Sales | 2,717.16 |
| 4400 · Operators Rent | 36,460.00 |
| 5050 · Sales Refunds | -6,218.00 |
| **Total Income** | 433,531.04 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 16,386.34 |
| 5100 · SUPPLIES | 18,506.07 |
| 5150 · EXCISE TAXES | 16,296.66 |
| 5200 · LABOR | 63,371.15 |
| 5300 · PAYROLL TAXES | 12,192.28 |
| **Total COGS** | 126,752.50 |
| **Gross Profit** | 306,778.54 |
| **Expense** | |
| 6000 · ADVERTISING | 28,232.17 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 396.01 |
| 6030 · AUTO INSURANCE | 472.40 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase B/C  CC Charges | 1,642.89 |
| 6050.1 · Boeing VISA CC Charges | 458.33 |
| 6050.4 · B of A CC Charges | 4,006.54 |
| 6050.5 · GE/Am. General CC Charges | 1,642.00 |
| 6050.6 · Bankone CC Charges | 2,522.26 |
| 6050 · BANK & BANK CARD CHARGES - Other | 22,100.19 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 32,372.21 |
| 6060 · BUSINESS TAXES & LICENSES | 65.00 |
| 6100 · DEPRECIATION | 28,000.00 |
| 6110 · FEES, DUES & PUBS. | 702.97 |
| 6130 · MEALS | 30.09 |
| 6150 · SMALL EQUIPMENT | 1,385.62 |
| 6160 · EQUIPMENT LEASING | 619.10 |
| 6180 · INSURANCE | 4,867.44 |
| 6185 · Life Insurance | 34.04 |
| 6210 · LEGAL & ACCOUNTING | 4,954.42 |
| 6240 · OFFICE EXP. | 548.01 |
| 6260 · POSTAGE | 35.75 |
| 6280 · REPAIRS & MAINTENANCE | 7,664.94 |
| 6290 · SECURITY EXP. | 615.14 |
| 6300 · TELEPHONE | 10,426.42 |
| 6320 · UTILITIES | 36,963.12 |
| 6900 · Other | 2,616.66 |
| 7000 · Property Taxes | 170.64 |
| **Total Expense** | 161,172.15 |
| **Net Ordinary Income** | 145,606.39 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 5.07 |
| 4910 · GAIN (LOSS) ON SALE OF ASSETS | 133,626.95 |
| 6190 · INTEREST EXP. | |
| 6190.10 · BECU Vehicle Interest | -1,266.71 |
| 6190.11 · Bellevue Mtg. Interest | -17,611.08 |
| 6190.14 · CitiFinancial Interest | -1,604.25 |
| 6190.15 · Interest #0146175 | -459.06 |
| 6190.2 · US Bank Creditline-Interest | -4,893.45 |
| 6190.3 · Boeing Line of Credit-Interest | -662.00 |
| 6190.4 · BECU Home Loan 9/04 | -21,200.78 |
| 6275 · Interest expense, Fairway Finan | -154,450.66 |
| 6190 · INTEREST EXP. - Other | -1,757.07 |

9:56 AM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---|
| Total 6190 · INTEREST EXP. | -203,905.06 |
| 6190.8 · Evergreen Escrow Interest | -13,330.76 |
| 7100 · Property Tax/Rental | -11,780.39 |
| **Total Other Income** | -95,384.19 |
| **Net Other Income** | -95,384.19 |
| **Net Income** | 50,222.20 |

9:38 AM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 400,571.88 |
| 4300 · Employee Sales | 2,717.16 |
| 4400 · Operators Rent | 36,460.00 |
| 5050 · Sales Refunds | -6,218.00 |
| **Total Income** | 433,531.04 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 16,386.34 |
| 5100 · SUPPLIES | 18,506.07 |
| 5150 · EXCISE TAXES | 16,296.66 |
| 5200 · LABOR | 63,371.15 |
| 5300 · PAYROLL TAXES | 12,192.28 |
| **Total COGS** | 126,752.50 |
| **Gross Profit** | 306,778.54 |
| **Expense** | |
| 6000 · ADVERTISING | 28,232.17 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 396.01 |
| 6030 · AUTO INSURANCE | 472.40 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase M/C  CC Charges | 1,642.89 |
| 6050.1 · Boeing VISA CC Charges | 458.33 |
| 6050.4 · B of A CC Charges | 4,006.54 |
| 6050.5 · GE/Am. General CC Charges | 1,642.00 |
| 6050.6 · Bankone CC Charges | 2,522.26 |
| 6050 · BANK & BANK CARD CHARGES - Other | 22,100.19 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 32,372.21 |
| 6060 · BUSINESS TAXES & LICENSES | 65.00 |
| 6100 · DEPRECIATION | 28,000.00 |
| 6110 · FEES, DUES & PUBS. | 702.97 |
| 6130 · MEALS | 30.09 |
| 6150 · SMALL EQUIPMENT | 1,385.62 |
| 6160 · EQUIPMENT LEASING | 619.10 |
| 6180 · INSURANCE | 4,867.44 |
| 6185 · Life Insurance | 34.04 |
| 6210 · LEGAL & ACCOUNTING | 4,954.42 |
| 6240 · OFFICE EXP. | 548.01 |
| 6280 · POSTAGE | 35.75 |
| 6280 · REPAIRS & MAINTENANCE | 7,664.94 |
| 6290 · SECURITY EXP. | 615.14 |
| 6300 · TELEPHONE | 10,426.42 |
| 6320 · UTILITIES | 36,963.12 |
| 6900 · Other | 2,616.66 |
| 7000 · Property Taxes | 170.64 |
| **Total Expense** | 161,172.15 |
| **Net Ordinary Income** | 145,606.39 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 5.07 |
| 4910 · GAIN (LOSS) ON SALE OF ASSETS | 133,626.95 |
| 6190 · INTEREST EXP. | |
| 6190.10 · BECU Vehicle Interest | -1,266.71 |
| 6190.11 · Bellevue Mtg. Interest | -17,611.08 |
| 6190.14 · CitiFinancial Interest | -1,604.25 |
| 6190.16 · Interest #0146175 | -459.06 |
| 6190.2 · US Bank Creditline-Interest | -4,893.45 |
| 6190.3 · Boeing Line of Credit-Interest | -662.00 |
| 6190.4 · BECU Home Loan 9/04 | -21,200.78 |
| 6275 · Interest expense, Fairway Finan | -154,450.66 |
| 6190 · INTEREST EXP. - Other | -1,757.07 |

9:38 AM
08/10/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2005

| | Jan - Dec 05 |
|---|---|
| Total 6190 · INTEREST EXP. | -203,905.06 |
| 6190.8 · Evergreen Escrow Interest | -13,330.76 |
| 7100 · Property Tax/Rental | -11,780.39 |
| **Total Other Income** | -95,384.19 |
| **Net Other Income** | -95,384.19 |
| **Net Income** | 50,222.20 |

4:05 PM

08/07/10

Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2004

|  | Jan - Dec 04 |
|---|---|
| 6105 · Depreciation Sch. E | -9,945.00 |
| 6190 · INTEREST EXP. | |
| 6190.1 · BofA LOC Interest/Rainier | -1,846.38 |
| 6190.10 · BECU Vehicle Interest | -944.67 |
| 6190.11 · Bellevue Mtg. Interest | -4,129.80 |
| 6190.14 · CitiFinancial Interest | -2,127.93 |
| 6190.2 · US Bank Creditline-Interest | -6,042.82 |
| 6190.3 · Boeing Line of Credit-Interest | -698.22 |
| 6190.4 · BECU Home Loan 9/04 | -4,555.76 |
| 6275 · Interest expense, Fairway Finan | -114,147.95 |
| 6190 · INTEREST EXP. - Other | -1,461.10 |
| Total 6190 · INTEREST EXP. | -135,954.63 |
| 6190.8 · Evergreen Escrow Interest | -23,400.00 |
| Total Other Income | -161,482.04 |
| Net Other Income | -161,482.04 |
| Net Income | -22,244.87 |

4:05 PM
08/07/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2004

| | Jan - Dec 04 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 593,948.66 |
| 4100 · SALES TAX | -1.42 |
| 4300 · Employee Sales | 672.88 |
| 4400 · Operators Rent | 61,893.50 |
| 5050 · Sales Refunds | -72,058.17 |
| **Total Income** | 584,455.45 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 23,261.03 |
| 5100 · SUPPLIES | 16,881.52 |
| 5150 · EXCISE TAXES | 28,141.14 |
| 5200 · LABOR | 82,349.46 |
| 5300 · PAYROLL TAXES | 10,440.46 |
| **Total COGS** | 161,073.61 |
| **Gross Profit** | 423,381.84 |
| **Expense** | |
| 6000 · ADVERTISING | 14,055.79 |
| 6012 · Amortization | 287.00 |
| 6015 · AUTO GAS | 164.09 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 1,424.08 |
| 6030 · AUTO INSURANCE | 3,834.50 |
| 6040 · BAD DEBT | 4,837.75 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase M/C  CC Charges | 3,044.92 |
| 6050.1 · Boeing VISA CC Charges | 399.12 |
| 6050.4 · B of A CC Charges | 2,767.13 |
| 6050.5 · GE/Am. General CC Charges | 2,036.74 |
| 6050.6 · Bankone CC Charges | 2,834.77 |
| 6050.7 · BOA Platinum | 765.94 |
| 6050 · BANK & BANK CARD CHARGES - Other | 29,695.26 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 41,543.88 |
| 6080 · COMPUTER EXPENSES | 197.75 |
| 6100 · DEPRECIATION | 63,394.00 |
| 6110 · FEES, DUES & PUBS. | 618.50 |
| 6150 · SMALL EQUIPMENT | 596.79 |
| 6160 · EQUIPMENT LEASING | 4,934.87 |
| 6180 · INSURANCE | 1,241.92 |
| 6190.12 · Interst-Home Equity/2003 | 3,957.95 |
| 6190.6 · BECU-Dodge Finance Ch. | 565.08 |
| 6190.7 · Home Loan #3/2002 | 19,123.16 |
| 6210 · LEGAL & ACCOUNTING | 9,230.00 |
| 6215 · LOAN FEE | 18,345.11 |
| 6240 · OFFICE EXP. | 2,353.93 |
| 6260 · POSTAGE | 501.33 |
| 6270 · RENT | 406.88 |
| 6280 · REPAIRS & MAINTENANCE | 13,195.02 |
| 6290 · SECURITY EXP. | 1,845.46 |
| 6300 · TELEPHONE | 18,132.22 |
| 6320 · UTILITIES | 44,287.04 |
| 6900 · Other | 4,094.61 |
| 7000 · Property Taxes | 10,975.96 |
| **Total Expense** | 284,144.67 |
| **Net Ordinary Income** | 139,237.17 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4450 · Building Rent | 15,000.00 |
| 4900 · INTEREST INCOME | 2.59 |
| 5080 · Membership Refunds | -60.00 |
| 6010 · AMORTIZATION | -7,125.00 |

4:04 PM
08/07/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2003

| | Jan - Dec 03 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 605,390.82 |
| 4100 · SALES TAX | -32.96 |
| 4300 · Employee Sales | 1,515.18 |
| 4400 · Operators Rent | 71,399.00 |
| 4500 · MISCELLANEOUS INCOME | 0.04 |
| 5060 · Sales Refunds | -71,400.75 |
| **Total Income** | 606,871.33 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 31,860.63 |
| 5100 · SUPPLIES | 30,445.56 |
| 5150 · EXCISE TAXES | 33,173.13 |
| 5200 · LABOR | 114,058.01 |
| 5300 · PAYROLL TAXES | 13,715.58 |
| **Total COGS** | 223,252.91 |
| **Gross Profit** | 383,618.42 |
| **Expense** | |
| 6000 · ADVERTISING | 22,581.33 |
| 6012 · Amoritization | 594.00 |
| 6015 · AUTO GAS | 2,334.75 |
| 6920 · AUTO REPAIRS & MAINTENANCE | 893.64 |
| 6030 · AUTO INSURANCE | 3,157.48 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase M/C CC Charges | 2,315.43 |
| 6050.1 · Boeing VISA CC Charges | 553.81 |
| 6050.4 · B of A CC Charges | 2,560.94 |
| 6050.5 · GE/Am. General CC Charges | 1,645.14 |
| 6050.6 · Bankone CC Charges | 2,412.72 |
| 6050.7 · BOA Platinum | 1,041.85 |
| 6050 · BANK & BANK CARD CHARGES - Other | 16,014.98 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 26,544.87 |
| 6100 · DEPRECIATION | 34,272.00 |
| 6110 · FEES, DUES & PUBS. | 1,763.75 |
| 6140 · EMPLOYEE BENEFITS | 2,203.85 |
| 6150 · SMALL EQUIPMENT | 2,040.98 |
| 6160 · EQUIPMENT LEASING | 6,296.08 |
| 6165 · EQUIPMENT MAINTENANCE | 1,221.30 |
| 6180 · INSURANCE | 6,958.86 |
| 6190.12 · Interst-Home Equity/2003 | 5,248.48 |
| 6190.7 · Home Loan #3/2002 | 24,301.90 |
| 6210 · LEGAL & ACCOUNTING | 10,862.50 |
| 6215 · LOAN FEE | 787.81 |
| 6240 · OFFICE EXP. | 5,519.82 |
| 6260 · POSTAGE | 612.78 |
| 6270 · RENT | 74,840.67 |
| 6280 · REPAIRS & MAINTENANCE | 17,392.25 |
| 6290 · SECURITY EXP. | 1,312.15 |
| 6300 · TELEPHONE | 16,341.73 |
| 6320 · UTILITIES | 35,089.37 |
| 6900 · Other | 5,978.18 |
| 7000 · Property Taxes | 10,154.34 |
| **Total Expense** | 319,304.87 |
| **Net Ordinary Income** | 64,313.55 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4460 · Building Rent | 32,130.00 |
| 4900 · INTEREST INCOME | 5.57 |
| 4910 · GAIN (LOSS) ON SALE OF ASSETS | -48,481.00 |
| 5060 · Membership Refunds | -190.30 |

4:04 PM

08/07/10

Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2003

|  | Jan - Dec 03 |
|---|---|
| 6105 · Depreciation Sch. E | -10,257.00 |
| 6190 · INTEREST EXP. |  |
|   6190.1 · BofA LOC Interest/Rainier | -2,118.84 |
|   6190.10 · BECU Vehicle Interest | -1,705.05 |
|   6190.14 · CitiFinancial Interest | -547.09 |
|   6190.2 · US Bank Creditline-Interest | -6,259.21 |
|   6190.3 · Boeing Line of Credit-Interest | -548.66 |
|   6275 · Interest expense, Fairway Finan | -3,000.00 |
|   6190 · INTEREST EXP. - Other | -719.30 |
| Total 6190 · INTEREST EXP. | -14,898.15 |
| 6190.8 · Evergreen Escrow Interest | -23,748.25 |
| Total Other Income | -65,439.13 |
| Net Other Income | -65,439.13 |
| Net Income | -1,125.58 |

4:04 PM
08/07/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2002

|  | Jan - Dec 02 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 4000 · SALES | 622,608.50 |
| 4100 · SALES TAX | -47.71 |
| 4200 · SALES RETURNS | -129.39 |
| 4300 · Employee Sales | 677.11 |
| 4400 · Operators Rent | 72,516.00 |
| 5050 · Sales Refunds | -38,106.82 |
| **Total Income** | 657,517.69 |
| **Cost of Goods Sold** |  |
| 5000 · PURCHASES | 36,729.73 |
| 5100 · SUPPLIES | 20,935.90 |
| 5150 · EXCISE TAXES | 29,202.97 |
| 5200 · LABOR | 96,350.30 |
| 5300 · PAYROLL TAXES | 10,452.27 |
| **Total COGS** | 193,671.17 |
| **Gross Profit** | 463,846.52 |
| **Expense** |  |
| 6000 · ADVERTISING | 26,962.47 |
| 6012 · Amortization | 240.00 |
| 6015 · AUTO GAS | 3,245.36 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 4,119.26 |
| 6030 · AUTO INSURANCE | 1,852.02 |
| 6040 · BAD DEBT | 874.07 |
| 6050 · BANK & BANK CARD CHARGES |  |
| 6050.0 · Chase M/C  CC Charges | 875.25 |
| 6050.1 · Boeing VISA CC Charges | 991.79 |
| 6050.4 · B of A CC Charges | 1,793.11 |
| 6050.5 · GE/Am. General CC Charges | 1,324.50 |
| 6050.6 · Bankone CC Charges | 2,597.84 |
| 6050.7 · BOA Platinum | 1,390.62 |
| 6050 · BANK & BANK CARD CHARGES - Other | 10,439.20 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 19,412.31 |
| 6100 · DEPRECIATION | 20,967.00 |
| 6110 · FEES, DUES & PUBS. | 1,527.27 |
| 6130 · MEALS . | 192.22 |
| 6140 · EMPLOYEE BENEFITS | 143.15 |
| 6150 · SMALL EQUIPMENT | 5,666.70 |
| 6160 · EQUIPMENT LEASING | 21,424.27 |
| 6165 · EQUIPMENT MAINTENANCE | 9,813.18 |
| 6180 · INSURANCE | 6,036.06 |
| 6185 · Life Insurance | 0.00 |
| 6190.7 · Home Loan #3/2002 | 20,335.97 |
| 6210 · LEGAL & ACCOUNTING | 19,087.27 |
| 6240 · OFFICE EXP. | 6,632.77 |
| 6260 · POSTAGE | 342.12 |
| 6270 · RENT | 103,743.37 |
| 6280 · REPAIRS & MAINTENANCE | 15,166.45 |
| 6290 · SECURITY EXP. | 830.77 |
| 6300 · TELEPHONE | 14,343.99 |
| 6310 · TRAVEL | 505.25 |
| 6320 · UTILITIES | 32,924.81 |
| 6900 · Other | 12,213.54 |
| 7000 · Property Taxes | 8,081.42 |
| **Total Expense** | 356,683.07 |
| **Net Ordinary Income** | 107,163.45 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| 4450 · Building Rent | 24,000.00 |
| 4900 · INTEREST INCOME | 28.84 |

4:04 PM

08/07/10

Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2002

| | Jan - Dec 02 |
|---|---:|
| 4910 · GAIN (LOSS) ON SALE OF ASSETS | 9,762.92 |
| 5060 · Membership Refunds | -7,568.49 |
| 6010 · AMORTIZATION | -307.00 |
| 6105 · Depreciation Sch. E | -11,900.00 |
| 6190 · INTEREST EXP. | |
| 6190.1 · BofA LOC Interest/Rainier | -1,964.93 |
| 6190.10 · BECU Vehicle Interest | -627.65 |
| 6190.11 · Bellevue Mtg. Interest | -7,171.93 |
| 6190.2 · US Bank Creditline-Interest | -4,748.69 |
| 6190.3 · Boeing Line of Credit-Interest | -981.37 |
| 6190 · INTEREST EXP. - Other | -944.13 |
| Total 6190 · INTEREST EXP. | -16,438.70 |
| 6190.8 · Evergreen Escrow Interest | -24,566.27 |
| 7100 · Property Tax/Rental | -7,500.00 |
| Total Other Income | -34,488.70 |
| Other Expense | |
| 7200 · Depreciation/Rental | 0.00 |
| Total Other Expense | 0.00 |
| Net Other Income | -34,488.70 |
| Net Income | 72,674.75 |

Page 2

4:03 PM
08/07/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2001

| | Jan - Dec 01 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 796,893.41 |
| 4100 · SALES TAX | -75.49 |
| 4200 · SALES RETURNS | -80.51 |
| 4300 · Employee Sales | 64.18 |
| 4400 · Operators Rent | 62,630.50 |
| 4500 · MISCELLANEOUS INCOME | 3,520.00 |
| 5050 · Sales Refunds | -16,027.16 |
| **Total Income** | 846,924.93 |
| | |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 32,786.74 |
| 5100 · SUPPLIES | 15,566.22 |
| 5150 · EXCISE TAXES | 32,469.83 |
| 5200 · LABOR | 136,732.31 |
| 5300 · PAYROLL TAXES | 22,044.53 |
| **Total COGS** | 239,599.63 |
| | |
| **Gross Profit** | 607,325.30 |
| | |
| **Expense** | |
| 6000 · ADVERTISING | 32,068.63 |
| 6015 · AUTO GAS | 1,470.25 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 1,809.58 |
| 6030 · AUTO INSURANCE | 2,272.65 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase M/C  CC Charges | 1,055.16 |
| 6050.1 · Boeing VISA CC Charges | 1,146.10 |
| 6050.2 · Key  Bank CC Charges | 61.01 |
| 6050.4 · B of A CC Charges | 2,163.14 |
| 6050.5 · GE/Am. General CC Charges | 1,555.45 |
| 6050.6 · Bankone CC Charges | 2,347.20 |
| 6050.7 · BOA Platinum | 1,628.06 |
| 6050 · BANK & BANK CARD CHARGES - Other | 13,057.03 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 23,013.15 |
| | |
| 6079 · CHARITABLE CONTRIBUTIONS | 325.00 |
| 6100 · DEPRECIATION | 40,324.00 |
| 6110 · FEES, DUES & PUBS. | 2,420.91 |
| 6120 · ENTERTAINMENT EXP. | 11.33 |
| 6130 · MEALS | 60.04 |
| 6140 · EMPLOYEE BENEFITS | 650.85 |
| 6150 · SMALL EQUIPMENT | 2,225.77 |
| 6160 · EQUIPMENT LEASING | 43,307.30 |
| 6165 · EQUIPMENT MAINTENANCE | 36,613.24 |
| 6180 · INSURANCE | 615.17 |
| 6185 · Life Insurance | 1,027.20 |
| 6190.7 · Home Loan #3/2002 | 21,853.22 |
| 6210 · LEGAL & ACCOUNTING | 18,264.29 |
| 6240 · OFFICE EXP. | 6,638.06 |
| 6260 · POSTAGE | 368.28 |
| 6270 · RENT | 145,580.61 |
| 6280 · REPAIRS & MAINTENANCE | 3,609.22 |
| 6290 · SECURITY EXP. | 758.11 |
| 6300 · TELEPHONE | 16,087.63 |
| 6310 · TRAVEL | 659.61 |
| 6320 · UTILITIES | 41,148.13 |
| 6570 · Bad Debt Expense | 2,175.56 |
| 6900 · Other | 7,136.47 |
| 6999 · Uncategorized Expenses | 0.00 |
| 7000 · Property Taxes | 1,556.81 |
| **Total Expense** | 454,051.07 |
| | |
| **Net Ordinary Income** | 153,274.23 |

4:03 PM
08/07/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2001

|  | Jan - Dec 01 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| 4900 · INTEREST INCOME | 28.58 |
| 4910 · GAIN (LOSS) ON SALE OF ASSETS | -38,686.00 |
| 5060 · Membership Refunds | -17,057.24 |
| 6010 · AMORTIZATION | -307.00 |
| 6190 · INTEREST EXP. | |
| 6190.1 · BofA LOC Interest/Rainier | -2,763.96 |
| 6190.2 · US Bank Creditline-Interest | -4,823.12 |
| 6190.3 · Boeing Line of Credit-Interest | -1,185.74 |
| 6190.9 · HFC MTG Interest | -4,587.38 |
| 6190 · INTEREST EXP. - Other | -1,685.82 |
| **Total 6190 · INTEREST EXP.** | -15,046.02 |
| 6190.8 · Evergreen Escrow Interest | -25,683.88 |
| **Total Other Income** | -96,751.56 |
| **Other Expense** | |
| 4920 · Other expense | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | -96,751.56 |
| **Net Income** | 56,522.67 |

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2000

4:02 PM
08/07/10
Cash Basis

|  | Jan - Dec 00 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 879,008.16 |
| 4100 · SALES TAX | -821.70 |
| 4400 · Operators Rent | 58,335.50 |
| 5050 · Sales Refunds | -19,675.81 |
| **Total Income** | 916,846.15 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 56,403.63 |
| 5100 · SUPPLIES | 88,480.38 |
| 5150 · EXCISE TAXES | 36,093.56 |
| 5200 · LABOR | 165,075.77 |
| 5300 · PAYROLL TAXES | 19,823.13 |
| **Total COGS** | 365,876.47 |
| **Gross Profit** | 550,969.68 |
| **Expense** | |
| 6000 · ADVERTISING | 26,968.98 |
| 6012 · Amoritization | 281.00 |
| 6015 · AUTO GAS | 1,298.62 |
| 6020 · AUTO REPAIRS & MAINTENANCE | 57.45 |
| 6030 · AUTO INSURANCE | 325.29 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase M/C  CC Charges | 1,471.18 |
| 6050.1 · Boeing VISA CC Charges | 538.60 |
| 6050.2 · Key  Bank CC Charges | 859.93 |
| 6050.3 · Nations Bank CC Charges | 296.08 |
| 6050.4 · B of A CC Charges | 2,106.71 |
| 6050.5 · GE/Am. General CC Charges | 164.52 |
| 6050.6 · Bankone CC Charges | 2,829.81 |
| 6050.7 · BOA Platinum | 650.57 |
| 6050 · BANK & BANK CARD CHARGES - Other | 9,426.48 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 18,343.88 |
| 6060 · BUSINESS TAXES & LICENSES | 77.47 |
| 6070 · CHARITABLE CONTRIBUTIONS | 100.00 |
| 6080 · COMPUTER EXPENSES | 794.82 |
| 6100 · DEPRECIATION | 56,510.00 |
| 6110 · FEES, DUES & PUBS. | 1,224.13 |
| 6120 · ENTERTAINMENT EXP. | 506.10 |
| 6130 · MEALS | 33.93 |
| 6140 · EMPLOYEE BENEFITS | 1,158.16 |
| 6150 · SMALL EQUIPMENT | 4,907.01 |
| 6160 · EQUIPMENT LEASING | 56,378.34 |
| 6165 · EQUIPMENT MAINTENANCE | 7,636.31 |
| 6180 · INSURANCE | 5,304.72 |
| 6185 · Life Insurance | 1,027.20 |
| 6190.5 · BECU Home Equity Loan 2-Interes | 320.29 |
| 6190.6 · BECU-Dodge Finance Ch. | 181.78 |
| 6190.7 · Home Loan #3/2002 | 22,106.90 |
| 6210 · LEGAL & ACCOUNTING | 11,141.54 |
| 6215 · LOAN FEE | 1,753.50 |
| 6220 · MEDICAL INS. | 289.00 |
| 6240 · OFFICE EXP. | 8,045.28 |
| 6260 · POSTAGE | 624.76 |
| 6270 · RENT | 175,366.68 |
| 6280 · REPAIRS & MAINTENANCE | 14,081.14 |
| 6290 · SECURITY EXP. | 2,039.63 |
| 6300 · TELEPHONE | 14,227.45 |
| 6310 · TRAVEL | 95.29 |
| 6320 · UTILITIES | 64,193.47 |
| 6400 · COMMISSIONS | 1,687.50 |
| 6900 · Other | 4,201.15 |
| 6999 · Uncategorized Expenses | 0.00 |

4:02 PM

08/07/10

Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 2000

|  | Jan - Dec 00 |
|---|---|
| 7000 · Property Taxes | 698.03 |
| **Total Expense** | 503,986.80 |
| **Net Ordinary Income** | 46,982.88 |
| Other Income/Expense |  |
| Other Income |  |
| 4900 · INTEREST INCOME | 85.32 |
| 6010 · AMORTIZATION | -1,000.00 |
| 6105 · Depreciation Sch. E | -1,391.00 |
| 6190 · INTEREST EXP. |  |
| 6190.1 · BofA LOC Interest/Rainier | -2,285.98 |
| 6190.2 · US Bank Creditline-Interest | -5,238.10 |
| 6190.3 · Boeing Line of Credit-Interest | -988.87 |
| 6190.4 · BECU Home Loan 9/04 | -676.97 |
| 6190 · INTEREST EXP. - Other | -1,693.10 |
| **Total 6190 · INTEREST EXP.** | -10,883.02 |
| 6190.8 · Evergreen Escrow Interest | -15,342.53 |
| **Total Other Income** | -28,531.23 |
| **Net Other Income** | -28,531.23 |
| **Net Income** | 18,451.65 |

4:00 PM
08/07/10
Cash Basis

# SHELLEY'S SUNTAN PARLOR
## Profit & Loss
### January through December 1999

|  | Jan - Dec 99 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · SALES | 809,037.72 |
| 4100 · SALES TAX | -577.93 |
| 4200 · SALES RETURNS | -393.25 |
| 4300 · Employee Sales | 92.31 |
| 4400 · Operators Rent | 39,076.64 |
| **Total Income** | 847,235.49 |
| **Cost of Goods Sold** | |
| 5000 · PURCHASES | 43,470.48 |
| 5100 · SUPPLIES | 59,035.87 |
| 5150 · EXCISE TAXES | 40,200.88 |
| 5200 · LABOR | 118,735.38 |
| 5300 · PAYROLL TAXES | 10,093.97 |
| **Total COGS** | 271,536.58 |
| **Gross Profit** | 575,698.91 |
| **Expense** | |
| 6000 · ADVERTISING | 21,448.27 |
| 6015 · AUTO GAS | 3,000.00 |
| 6030 · AUTO INSURANCE | 1,095.65 |
| 6040 · BAD DEBT | 91.60 |
| 6050 · BANK & BANK CARD CHARGES | |
| 6050.0 · Chase M/C  CC Charges | 1,374.41 |
| 6050.1 · Boeing VISA CC Charges | 1,207.13 |
| 6050.2 · Key  Bank CC Charges | 1,122.55 |
| 6050.3 · Nations Bank CC Charges | 1,707.89 |
| 6050.4 · B of A CC Charges | 2,084.84 |
| 6050.5 · GE/Am. General CC Charges | 1,150.99 |
| 6050.6 · Bankone CC Charges | 2,942.34 |
| 6050 · BANK & BANK CARD CHARGES - Other | 7,378.84 |
| **Total 6050 · BANK & BANK CARD CHARGES** | 18,968.99 |
| 6060 · BUSINESS TAXES & LICENSES | 1,320.15 |
| 6070 · CHARITABLE CONTRIBUTIONS | 50.00 |
| 6090 · CONTINUING ED | 3,006.00 |
| 6100 · DEPRECIATION | 50,799.00 |
| 6110 · FEES, DUES & PUBS. | 714.84 |
| 6120 · ENTERTAINMENT EXP. | 342.00 |
| 6130 · MEALS | 13.49 |
| 6140 · EMPLOYEE BENEFITS | 1,952.14 |
| 6150 · SMALL EQUIPMENT | 6,269.03 |
| 6160 · EQUIPMENT LEASING | 50,784.33 |
| 6165 · EQUIPMENT MAINTENANCE | 25,266.41 |
| 6180 · INSURANCE | 4,018.99 |
| 6185 · Life Insurance | 0.00 |
| 6190.5 · BECU Home Equity Loan 2-Interes | 3,076.33 |
| 6190.6 · BECU-Dodge Finance Ch. | 1,412.00 |
| 6210 · LEGAL & ACCOUNTING | 12,150.79 |
| 6215 · LOAN FEE | 75.00 |
| 6220 · MEDICAL INS. | 130.68 |
| 6230 · MORTGAGE INTEREST | 12,048.55 |
| 6240 · OFFICE EXP. | 15,516.45 |
| 6260 · POSTAGE | 424.50 |
| 6270 · RENT | 178,710.32 |
| 6280 · REPAIRS & MAINTENANCE | 8,673.24 |
| 6290 · SECURITY EXP. | 1,780.33 |
| 6300 · TELEPHONE | 18,663.60 |
| 6310 · TRAVEL | 923.37 |
| 6320 · UTILITIES | 47,287.87 |
| 6400 · COMMISSIONS | 3,355.25 |
| 6900 · Other | 3,304.49 |
| 6999 · Uncategorized Expenses | 0.00 |

4:00 PM

08/07/10

Cash Basis

# SHELLEY'S SUNTAN PARLOR
# Profit & Loss
## January through December 1999

|  | Jan - Dec 99 |
|---|---|
| Total Expense | 496,673.66 |
| Net Ordinary Income | 79,025.25 |
| Other Income/Expense | |
| Other Income | |
| 4900 · INTEREST INCOME | 21.50 |
| 4910 · GAIN (LOSS) ON SALE OF ASSETS | -5,374.00 |
| 6010 · AMORTIZATION | -2,263.00 |
| 6190 · INTEREST EXP. | |
| 6190.1 · BofA LOC Interest/Rainier | -2,247.99 |
| 6190.2 · US Bank Creditline-Interest | -3,990.12 |
| 6190.3 · Boeing Line of Credit-Interest | -1,019.50 |
| 6190.4 · BECU Home Loan 9/04 | -8,972.22 |
| 6190 · INTEREST EXP. - Other | 10,964.01 |
| Total 6190 · INTEREST EXP. | -5,265.82 |
| Total Other Income | -12,881.32 |
| Net Other Income | -12,881.32 |
| Net Income | 66,143.93 |

The only reason we have any profit at all is my retired husband who has a three thousand dollar a month retirement income has been working at my salon to help me.   We are slaves of our salon and have not been able to hire employees for over two years.   Also my uncle excepted transferring my property to him at zero money to me to become my landlord and save my business and home. I now rent my own property I have lost due to organized crime and I am over $200,000.00 behind in lease payments to my uncle and cousin.  My husband and I work from eight am to 9pm seven days a week from about 2006 to now. I was used to paying out over $9,000.00 a month in lease payments before this crime happened and made a great profit and invested thousands into other property that I have now lost due to organized crime.

19

# Invoice

**A & B Properties**
6120 52nd Avenue South
Seattle, WA  98118
USA
Phone:  (206) 722-6824
Fax:  (206) 722-0518

Invoice Number: 2122
Invoice Date: 6/30/10
Due Date:  7/15/10

Tenant:
Shelley's Suntan Parlor
1919 Howard Road
Auburn, WA  98002

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
|  | July 2010 Rental |  | 8,000.00 |
|  | July 2010 Insurance & Property Tax Installment |  | 952.84 |
|  | Sales Tax |  |  |
|  | TOTAL |  | 8952.84 |

Make Checks Payable To:

**A & B Properties**
6120 52nd Avenue South
Seattle, WA  98118
USA

TOTAL AMOUNT DUE: 8,952.84
Invoice No.:  2122
Due Date:  Jul 15, 2010
Customer ID#:  SHEL

## Shelley's Tanning Salon
2010/11 Monthly Property Insurance & Property Taxes Due

Property Insurance
  1,400.00                                              $116.67
  $125.00 / Month
  $556,500 Bldg / $1,000,000 Liability
  ( Building & Liability Only )
  * Contents & Business Liability
  Not Included, Tenent responsible
  for their own separate policy.

Property Taxes
  Acct# 192105-9247-03                              $244.76
  $2,937.12 / Year
  $244.76 / Month
  Acct# 192105-9206-02                              $591.41
  $7,096.96 / Year
  $591.41 / Month

**TOTAL DUE MONTHLY**     **$952.84**
**\*Due on 15th day of month with rental**

A & B Properties
Aged Receivables
As of Jul 17, 2010

Filter Criteria includes: 1) IDs from SHEL to SHEL. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer / Contact / Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date | Age |
|---|---|---|---|---|---|---|---|---|
| SHEL | 1567 | | | | 645.68 | 645.68 | 5/31/08 | 762 |
| Shelley's Suntan Parlor | 1590 | | | | 8,863.53 | 8,863.53 | 6/30/08 | 732 |
| Shelley John | 1613 | | | | 8,863.53 | 8,863.53 | 7/31/08 | 701 |
| 253-939-9741 | 1636 | | | | 8,863.53 | 8,863.53 | 8/31/08 | 670 |
| | 1659 | | | | 8,863.53 | 8,863.53 | 9/30/08 | 640 |
| | 1682 | | | | 8,863.53 | 8,863.53 | 10/31/08 | 609 |
| | 1705 | | | | 8,863.53 | 8,863.53 | 11/30/08 | 579 |
| | 1728 | | | | 8,863.53 | 8,863.53 | 12/31/08 | 548 |
| | 1751 | | | | 7,363.53 | 7,363.53 | 1/31/09 | 517 |
| | 1774 | | | | 7,363.53 | 7,363.53 | 2/28/09 | 489 |
| | 1797 | | | | 7,363.53 | 7,363.53 | 3/31/09 | 458 |
| | 1820 | | | | 7,363.53 | 7,363.53 | 4/30/09 | 428 |
| | 1823 | | | | 7,363.53 | 7,363.53 | 5/31/09 | 397 |
| | 1846 | | | | 7,344.56 | 7,344.56 | 6/30/09 | 367 |
| | 1869 | | | | 7,344.56 | 7,344.56 | 7/31/09 | 336 |
| | 1892 | | | | 7,344.56 | 7,344.56 | 8/31/09 | 305 |
| | 1915 | | | | 7,344.56 | 7,344.56 | 9/30/09 | 275 |
| | 1938 | | | | 7,344.56 | 7,344.56 | 10/31/09 | 244 |
| | 1961 | | | | 8,844.56 | 8,844.56 | 11/30/09 | 214 |
| | 1984 | | | | 8,844.56 | 8,844.56 | 12/31/09 | 183 |
| | 2007 | | | | 8,844.56 | 8,844.56 | 1/31/10 | 152 |
| | 2030 | | | | 8,844.56 | 8,844.56 | 2/28/10 | 124 |
| | 2053 | | | | 8,844.56 | 8,844.56 | 3/31/10 | 93 |
| | 2076 | | | 8,844.56 | | 8,844.56 | 4/30/10 | 63 |
| | 2099 | | 8,844.56 | | | 8,844.56 | 5/31/10 | 32 |
| | 2122 | 8,952.84 | | | | 8,952.84 | 6/30/10 | 2 |
| SHEL Shelley's Suntan Parlor | | 8,952.84 | 8,844.56 | 8,844.56 | 180,453.64 | 207,095.60 | | |
| Report Total | | 8,952.84 | 8,844.56 | 8,844.56 | 180,453.64 | 207,095.60 | | |

* Shelley,

Your past due balance is $207,095.60

We have only received $1,500⁰⁰ in rent so far this month. Our mortgage payment is alot more than that and we need you to make some rent payments. I was hoping your tenants rent would help you get us some more funds.

Louie.

EXHIBIT A-2

FILED

10 AUG 11  PM 3: 01

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JOHN ERICKSON ET AL | NO.  10-2-29165-2    KNT |
| | Order Setting Civil Case Schedule (*ORSCS) |
| Plaintiff(s) | |
| vs | |
| LONG BEACH MORTGAGE ET AL | ASSIGNED JUDGE  Cayce _____ 50 |
| | FILE DATE:            08/11/2010 |
| Defendant(s) | **TRIAL DATE:        01/30/2012** |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule** (*Schedule*) on the Defendant(s) along with the **Summons and Complaint/Petition.** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the. **Summons and Complaint/Petition** or (2) service of the Defendant's first response to the **Complaint/Petition**, whether that response is a **Notice of Appearance**, a response, or a Civil Rule 12 (CR 12) motion. The **Schedule** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

*"I understand that I am required to give a copy of these documents to all parties in this case."*

Shelley A. Erickson!                Shelley A. Erickson

Print Name                                Sign Name

Order Setting Civil Case Schedule (*ORSCS)

REV. 12/08    1

## I. NOTICES (continued)

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLR*] —
especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for
attorneys and parties to pursue their cases vigorously from the day the case is filed. For example,
discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties,
claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery
cutoff date [*See KCLCR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$230** must be paid when any answer that includes additional claims is filed in an existing
case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the
*deadline in the schedule. The court will review the confirmation of joinder document to determine if a*
hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before
their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior
Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this
*Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the
parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any
pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a
*Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a
final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice
of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to
present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of
Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office,
parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule if the case is subject to
**mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and
cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain
an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must
pay a $220 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of
$250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
All parties will be assessed a fee authorized by King County Code 4.71.050 whenever the Superior Court
Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

## II. CASE SCHEDULE

| CASE EVENT | DEADLINE or EVENT DATE | Filing Needed |
|---|---|---|
| Case Filed and Schedule Issued. | Wed 08/11/2010 | * |
| Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$220 arbitration fee must be paid** | Wed 01/19/2011 | * |
| **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration. [*See KCLCR 4.2(a) and Notices on Page 2*]. | Wed 01/19/2011 | * |
| **DEADLINE** for Hearing Motions to Change Case Assignment Area. [*See KCLCR 82(e)*] | Wed 02/02/2011 | |
| **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(b)*]. | Mon 08/29/2011 | |
| **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(b)*]. | Mon 10/10/2011 | |
| **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | Mon 10/24/2011 | * |
| **DEADLINE** for Setting Motion for a Change in Trial Date [*See KCLCR 40(d)(2)*]. | Mon 10/24/2011 | * |
| **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | Mon 12/12/2011 | |
| **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | Tue 01/03/2012 | |
| **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [*See KCLCR 4(j)*]. | Mon 01/09/2012 | |
| **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16*] | Mon 01/09/2012 | * |
| **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | Tue 01/17/2012 | |
| Joint Statement of Evidence [*See KCLCR (4)(k)*]. | Mon 01/23/2012 | * |
| **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file Proposed Findings of Fact and Conclusions of Law with the Clerk) | Mon 01/23/2012 | * |
| Trial Date [*See KCLCR 40*]. | Mon 01/30/2012 | |

### III. ORDER

Pursuant to King County Local Civil Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Civil Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED: 08/11/2010

_____
**PRESIDING JUDGE**

Order Setting Civil Case Schedule (*ORSCS)

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

### READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx .

### CASE SCHEDULE AND REQUIREMENTS
Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

#### A. Joint Confirmation regarding Trial Readiness Report:
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g. interpreters, equipment, etc.).

The form is available at http://www.kingcounty.gov/courts/superiorcourt.aspx . If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding said report.

#### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

#### C. Trial:
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the King County Superior Court website http://www.kingcounty.gov/courts/superiorcourt.aspx to confirm trial judge assignment. Information can also be obtained by calling (206) 205-5984.

### MOTIONS PROCEDURES

#### A. Noting of Motions

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Nondispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Emergency Motions:** Under the court's local civil rules, emergency motions will be allowed only upon entry of an Order Shortening Time. However, emergency discovery disputes may be addressed by telephone call and without written motion, if the judge approves.

## B. Original Documents/Working Copies/ Filing of Documents

**All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the new requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. On June 1, 2009 you will be able to submit working copies through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk.

**Service of documents.** E-filed documents may be electronically served on parties who opt in to E-Service within the E-Filing application. The filer must still serve any others who are entitled to service but who have not opted in. E-Service generates a record of service document that can be e-filed. Please see information on the Clerk's office website at www.kingcounty.gov/courts/clerk regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. Do not file the original of the proposed order with the Clerk of the Court. Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.

**Presentation of Orders:** All orders, agreed or otherwise, must be presented to the assigned judge. If that judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the assigned judge or in the Ex Parte Department.** Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte Department, counsel is responsible for providing the assigned judge with a copy.**

### C.   Form

Memoranda/briefs for matters heard by the assigned judge may not exceed twenty four (24) pages for dispositive motions and twelve (12) pages for nondispositive motions, unless the assigned judge permits over-length memoranda/briefs in advance of filing. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

_____
**PRESIDING JUDGE**

EXHIBIT A-3

FILED

FILED
10 AUG 11 PM 3:01
KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

KING COUNTY SUPERIOR COURT
BARBARA MINER
DIRECTOR & SUPERIOR CT CLERK
SEATTLE WA

10-2-29165-2

| Rcpt. Date | Acct. Date | Time |
|---|---|---|
| 08/11/2010 | 08/12/2010 | 03:04 PM |

Receipt/Item #   Tran-Code   Docket-Code
2010-08-04098/01    1100        $FFR
Cashier: RPC

**KING COUNTY SUPERIOR COURT
CASE ASSIGNMENT DESIGNATION
and
CASE INFORMATION COVER SHEET
(cics)**

Paid By: ERICKSON, SHELLEY
   Transaction Amount:            $230.00

In accordance with LCR82(e), a faulty document fee of $15 will be assessed to new case filings missing this sheet pursuant to King County Code 4.71.100.

CASE NUMBER: **10-2-29165-2 KNT**

CASE CAPTION: *Erickson VS LongBeach/chase*

I certify that this case meets the case assignment criteria, described in King County LCR 82(e), for the:

_____ Seattle Area, defined as:

All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

__✓__ Kent Area, defined as:

All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

_____
Signature of Petitioner/Plaintiff

AUG 1 1 2010
Date

or

_____
Signature of Attorney for
Petitioner/Plaintiff

_____
Date

_____
WSBA Number

L/forms/cashiers/CICS rev.7/10

1

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT DESIGNATION**
and
**CASE INFORMATION COVER SHEET**

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time but helps in forecasting judicial resources. A faulty document fee of $15 will be assessed to new case filings missing this sheet pursuant to Administrative Rule 2 and King County Code 4.71.100.

### ADOPTION/PATERNITY

- [ ] Adoption (ADP 5)
- [ ] Challenge to Acknowledgment of Paternity (PAT 5)*
- [ ] Challenge to Denial of Paternity (PAT 5)*
- [ ] Confidential Intermediary (MSC 5)
- [ ] Establish Parenting Plan-Existing King County Paternity (MSC 5)*
- [ ] Initial Pre-Placement Report (PPR 5)
- [ ] Modification (MOD 5)*
- [ ] Modification-Support Only (MDS 5)*
- [ ] Paternity, Establish/Disestablish  (PAT 5)*
- [ ] Paternity/UIFSA (PUR 5)*
- [ ] Relinquishment (REL 5)
- [ ] Relocation Objection/Modification (MOD 5)*
- [ ] Rescission of Acknowledgment of Paternity (PAT 5)*
- [ ] Rescission of Denial of Paternity (PAT 5)*
- [ ] Termination of Parent-Child Relationship (TER 5)

### APPEAL/REVIEW

- [ ] Administrative Law Review (ALR 2)*
- [ ] DOL Implied Consent—Test Refusal –only RCW 46.20.308 (DOL 2)*

### CONTRACT/COMMERCIAL

- [ ] Breach of Contract (COM 2)*
- [ ] Commercial Contract (COM 2)*
- [ ] Commercial Non-Contract (COL 2)* .
- [ ] Meretricious Relationship With No Children and Not Pregnant (MER 2)*
- [ ] Third Party Collection (COL 2)*

### DOMESTIC RELATIONS

- [ ] Annulment/Invalidity (INV3)*
- [ ] with dependent children? Y / N; wife pregnant? Y / N
- [ ] Nonparental Custody (CUS 3)*
- [ ] Dissolution With Children  (DIC 3)*
- [ ] Dissolution With No Children (DIN 3)*
- [ ] wife pregnant? Y / N
- [ ] Enforcement/Show Cause- Out of County (MSC 3)
- [ ] Establish Residential Sched/Parenting Plan(PPS 3)* ££
- [ ] Establish Supprt Only (PPS 3)* ££
- [ ] Legal Separation (SEP 3)*
- [ ] with dependent children? Y / N; wife pregnant? Y / N
- [ ] Mandatory Wage Assignment (MWA 3)
- [ ] Modification (MOD 3)*
- [ ] Modification.- Support Only (MDS 3)*
- [ ] Out-of-state Custody Order Registration (OSC 3)
- [ ] Out-of-State Support Court Order Registration (FJU 3)
- [ ] Relocation Objection/Modification (MOD 3)*

### DOMESTIC PARTNERSHIPS-REGISTERED

- [ ] Dissolution of Domestic Partnership With Children (DPC 3)'
- [ ] Dissolution of Domestic Partnership- No Children-(DPN3)*   pregnant? Y /N
- [ ] Invalidity of Domestic Partnership (INP 3)*
- [ ] with dependent children? Y / N; pregnant? Y / N
- [ ] Legal Separation of Domestic Partnership (SPD 3)*
- [ ] with dependent children? Y / N; pregnant? Y / N

### DOMESTIC VIOLENCE/ANTIHARASSMENT

- [ ] Certificate and Order of Discharge and for Issuance of a Separate No-Contact Order pursuant to RCW 9.94A.637.
- [ ] Civil Harassment (HAR 2)
- [ ] Confidential Name Change (CHN 5)
- [ ] Domestic Violence (DVP 2)
- [ ] Domestic Violence with Children (DVC 2)
- [ ] Foreign Protection Order (FPO 2)
- [ ] Sexual Assault Protection Order (SXP 2)
- [ ] Vulnerable Adult Protection (VAP 2)

KING COUNTY SUPERIOR COURT
CASE ASSIGNMENT DESIGNATION
and
CASE INFORMATION COVER SHEET

Please check one category that best describes this case for indexing purposes.

**JUDGMENT**
- [ ] Confession of Judgment (MSC 2)*
- [ ] Judgment, Another County, Abstract (ABJ 2)
- [ ] Judgment, Another State or Country (FJU 2)
- [ ] Tax Warrant (TAX 2)
- [ ] Transcript of Judgment (TRJ 2)

- [ ] Limited Guardianship (LGD 4)
- [ ] Minor Settlement (MST 4)
- [ ] Notice to Creditors – Only (NNC 4)
- [ ] Trust (TRS 4)
- [ ] Trust Estate Dispute Resolution Act/POA (TDR 4)
- [ ] Will Only—Deceased (WLL4)

**PROPERTY RIGHTS**
- [ ] Condemnation/Eminent Domain (CON 2)*
- [ ] Foreclosure (FOR 2)*
- [ ] Land Use Petition (LUP 2)*
- [ ] Property Fairness (PFA 2)*
- [✓] Quiet Title (QTI 2)*
- [ ] Unlawful Detainer (UND 2)

**TORT, ASBESTOS**
- [ ] Personal Injury-Schroeter Goldmark (PIN 2)*
- [ ] Personal Injury- Other (PIN 2)
- [ ] Wrongful Death- -Schroeter Goldmark (WDE 2)*
- [ ] Wrongful Death- Other (WDE 2)

**OTHER COMPLAINT/PETITION**
- [ ] Action to Compel/Confirm Private Binding Arbitration (MSC 2)
- [ ] Certificate of Rehabilitation (MSC 2)
- [ ] Change of Name (CHN 2)
- [ ] Deposit of Surplus Funds (MSC 2)
- [ ] Emancipation of Minor (EOM 2)
- [ ] Frivolous Claim of Lien (MSC 2)
- [ ] Injunction (INJ 2)*
- [ ] Interpleader (MSC 2)
- [ ] Malicious Harassment (MHA 2)*
- [ ] Other Complaint/Petition(MSC 2)*
- [ ] Public Records Act (PRA 2)*
- [ ] Receivership (MSC 2)
- [ ] School District-Required Action Plan (SDR 2)
- [ ] Seizure of Property from the Commission of a Crime (SPC 2)*
- [ ] Seizure of Property Resulting from a Crime (SPR 2)*
- [ ] Structured Settlements (MSC 2)*
- [ ] Subpoena (MSC 2)

**TORT, MEDICAL MALPRACTICE**
- [ ] Hospital (MED 2)*
- [ ] Medical Doctor (MED 2)*
- [ ] Other Health Care Professional (MED 2)*

**TORT, MOTOR VEHICLE**
- [ ] Death (TMV 2)*
- [ ] Non-Death Injuries (TMV 2)*
- [ ] Property Damage Only (TMV 2)*
- [ ] Victims Vehicle Theft (VVT 2)*

**TORT, NON-MOTOR VEHICLE**
- [ ] Implants (PIN 2)
- [ ] Other Malpractice (MAL 2)*
- [✓] Personal Injury (PIN 2)*
- [ ] Products Liability (TTO 2)*
- [ ] Property Damage (PRP 2)*
- [ ] Property Damage –Gang (PRG 2)*
- [ ] Tort, Other (TTO 2)*

**PROBATE/GUARDIANSHIP**
- [ ] Absentee (ABS 4)
- [ ] Disclaimer (DSC4)
- [ ] Estate (EST 4)
- [ ] Foreign Will (FNW 4)
- [ ] Guardian (GDN4)

**WRIT**
- [ ] Habeas Corpus (WHC 2)
- [ ] Mandamus (WRM 2)**
- [ ] Review (WRV 2)**

£ Paternity Affidavit or Existing/Paternity is not an issue and NO other case exists in King County   * The filing party will be given an appropriate case schedule at time of filing.   ** Case schedule will be issued after hearing and findings

EXHIBIT A-4

FILED

10 AUG 26 PM 2: 03

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

SHELLEY'S TOTAL BODY WORKS
JOHN E. ERICKSON & SHELLEY A. ERICKSON
(Husband and Wife) ProSe

**Plaintiff/Petitioner,**

vs.

LONGBEACH/CHASE/DEUTSCHE

BANK NATL. TRUST

NO.   10-2-29165-2 KNT

[ ] SEA
[X] KNT

**Defendant/Respondent.**

_____   _____   **is attached.**

CERTIFICATE OF CERTIFIED SERVED, CAUSE AND COMPLAINT, TWENTY DAY SUMMONS, CASE SCHEDULE
AND CERTIFIED MAIL PROOF OF MAILING ALL THE ABOVE.

L:/forms/cashiers/gr14coversheet

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

NOT DEL
7009 3410 0002 0156 0277

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Chase Home Fn LLC

Street, Apt. No.; or PO Box No. P.O. Box 44118

City, State, ZIP+4 Jacksonville FL 32231

PS Form 3800, August 2006          See Reverse for Instructions

DEL
7009 3410 0002 0157 8760

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

DEL
7009 3410 0002 0155 9196

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Deutsche Nat'l Trust

Street, Apt. No.; or PO Box No. c/o Chase Home Fn P.O. Box 44118

City, State, ZIP+4 Jacksonville FL 32231

PS Form 3800, August 2006          See Reverse for Instructions

DEL
7009 3410 0002 0157 8830

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

OH4-7300

Sent To Chase Home Financial LLC

Street, Apt. No.; or PO Box No. 3415 Vision Dr

City, State, ZIP+4 Columbus, OH 4329-600

PS Form 3800, August 2006          See Reverse for Instructions

DEL
7009 3410 0002 0157 8715

**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7009 3410 0002 0157 8760
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 6:35 am on August 16, 2010 in
JACKSONVILLE, FL 32231.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Detailed Results:

- **Delivered**, August 16, 2010, 6:35 am, JACKSONVILLE, FL 32231
- **Arrival at Unit**, August 16, 2010, 4:25 am, JACKSONVILLE, FL 32203
- **Processed through Sort Facility**, August 12, 2010, 2:59 pm, AUBURN, WA 98002

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA 

**UNITED STATES
POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 3410 0002 0157 8838**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 6:35 am on August 16, 2010 in
JACKSONVILLE, FL 32231.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Detailed Results:**

- Delivered, August 16, 2010, 6:35 am, JACKSONVILLE, FL 32231
- Arrival at Unit, August 16, 2010, 4:25 am, JACKSONVILLE, FL 32203
- Processed through Sort Facility, August 12, 2010, 2:59 pm, AUBURN, WA 98002

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  Go >

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA 

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7009 3410 0002 0157 8715
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:34 am on August 14, 2010 in
COLUMBUS, OH 43224.

**Detailed Results:**

- Delivered, August 14, 2010, 10:34 am, COLUMBUS, OH 43224
- Notice Left, August 14, 2010, 10:34 am, COLUMBUS, OH 43219
- Notice Left, August 14, 2010, 10:33 am, COLUMBUS, OH 43224
- Arrival at Unit, August 14, 2010, 8:48 am, COLUMBUS, OH 43224
- Processed through Sort Facility, August 12, 2010, 2:59 pm, AUBURN, WA 98002

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

---

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7009 3410 0002 0155 9196
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 1:28 pm on August 16, 2010 in AUBURN, WA 98002.

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

Go >

**Detailed Results:**

- Delivered, August 16, 2010, 1:28 pm, AUBURN, WA 98002
- Arrival at Unit, August 13, 2010, 4:21 am, AUBURN, WA 98002
- Processed through Sort Facility, August 12, 2010, 2:59 pm, AUBURN, WA 98002

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map      Customer Service      Forms      Gov't Services      Careers      Privacy Policy      Terms of Use      Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.        No FEAR Act EEO Data      FOIA
  

**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7009 3410 0002 0156 0277
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 12:20 pm on August 18, 2010 in NEW YORK,
NY 10268.

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]



### Detailed Results:

- Delivered, August 18, 2010, 12:20 pm, NEW YORK, NY 10268
- Notice Left, August 18, 2010, 11:55 am, NEW YORK, NY 10268
- Arrival at Unit, August 18, 2010, 9:54 am, NEW YORK, NY 10005
- Processed through Sort Facility, August 12, 2010, 2:59 pm, AUBURN, WA 98002

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT A-5

FILED
10 AUG 31 PM 2:21

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 10-2-29165-2 KNT

The Honorable James Prestley

SUPERIOR COURT OF THE STATE OF WASHINGTON
KING COUNTY

JOHN E. ERICKSON and SHELLEY A.       )
ERICKSON, husband and wife; SHELLEY'S  )
TOTAL BODYWORKS DAY                    )   No. 10-2-10812-8 KNT
SPA/SHELLEY'S SUNTAN PARLOR, a sole    )
proprietorship,                        )   NOTICE OF APPEARANCE
                                       )
                    Plaintiffs,        )
                                       )
        v.                             )
                                       )
LONG BEACH MORTGAGE CO.,               )
WASHINGTON MUTUAL BANK and CHASE       )
BANK, Agent for Deutsche Bank National Trust,)
Servicing Agent for Chase Bank, Loan No.)
0697646826,                            )
                                       )
        De           fendants.         )
                                       )
                                       )

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for (a)

Deutsche Bank National Trust Company ("Deutsche Bank"), as Trustee for Long Beach Mortgage

Loan Trust 2006-4, and (b) JPMorgan Chase Bank, N.A. ("Chase") — improperly captioned as

"Chase Bank" — as acquirer of certain assets and liabilities of Washington Mutual Bank (which

was the successor-in-interest to Long Beach Mortgage Company), from the Federal Deposit

Insurance Corporation, acting as Receiver for Washington Mutual Bank.  Counsel for Deutsche

NOTICE OF APPEARANCE - 1
DWT 15292672v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Bank and Chase request that all future papers or pleadings except original process be served upon

2  its said attorneys at the address stated below.

3          DATED this 31st day of August, 2010.

4
                                    Davis Wright Tremaine LLP
5                                   Attorneys for (a) Deutsche Bank National Trust
                                    Company ("Deutsche Bank"), as Trustee for Long
6                                   Beach Mortgage Loan Trust 2006-4, and
                                    (b) JPMorgan Chase Bank, N.A. ("Chase") —
7                                   improperly captioned as "Chase Bank" — as
                                    acquirer of certain assets and liabilities of
8                                   Washington Mutual Bank (which was the
                                    successor-in-interest to Long Beach Mortgage
9                                   Company), from the Federal Deposit Insurance
                                    Corporation, acting as Receiver for Washington
10                                  Mutual Bank

11

12                                  By /s/Josh Rataezyk
                                       Fred B. Burnside, WSBA #32491
13                                     Josh Rataezyk, WSBA #33046
                                       1201 Third Avenue, Suite 2200
14                                     Seattle, Washington 98101-3045
                                       Telephone: (206) 757-8016
15                                     Fax: (206) 757-7016
                                       E-mail: fredburnside@dwt.com
16                                     E-mail: josh rataezyk@dwt.com

17

18

19

20

21

22

23

24

25   NOTICE OF APPEARANCE - 2
     DWT 15292672v1 0036234-000059

26

1

## DECLARATION OF SERVICE

2      I declare under penalty of perjury that on August 31, 2010, I caused a copy of the foregoing Notice of Appearance to be served upon the Plaintiff:

3

John E. Erickson and Shelley A. Erickson    (X)    By U. S. Mail
4      5421 Pearl Ave. SE                       ( )    By E-Service
       Auburn, WA  98092                        ( )    By Facsimile
5                                               ( )    By Messenger

6

       DATED at Seattle, Washington this 31st day of August, 2010.
7

8

9                                /s/Josh Rataezyk
                                 Josh Rataezyk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 3
DWT 15292672v1 0036234-000059

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700