UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. ERICKSON, SHELLEY A. ERICKSON, and SHELLEY'S TOTAL BODY WORKS DAY SPA/SHELLEY'S SUNTAN PARLOR,<br><br>Plaintiffs,<br><br>v.<br><br>LONG BEACH MORTGAGE, WASHINGTON MUTUAL BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, and CHASE BANK,<br><br>Defendants. | CASE NO. C10-1423 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

On December 28, 2010, the Court granted Plaintiffs leave to file a signed copy of their motion for summary judgment (Dkt. No. 58) within five days of the order. (Dkt. No. 59.) More than five days have elapsed since the Court issued its order. Plaintiffs have not filed a signed copy of their motion as required by Federal Rule of Civil Procedure 11(a) and the Court's order.

MINUTE ORDER- 1

1 | The Court therefore STRIKES the motion as required by Federal Rule of Civil Procedure 11(a).

2 | (Dkt. No. 58.)

3 |     The clerk is ordered to provide copies of this order to all pro se parties and counsel.

4 |     Filed this 18th day of January, 2011.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2