UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN E. ERICKSON and SHELLEY A. ERICKSON,<br><br>        Plaintiffs - Appellants,<br><br> and<br><br>SHELLEY'S TOTAL BODY WORKS DAY SPA/SHELLEY'S SUNTAN PARLOR, a sole proprietorship,<br><br>        Plaintiff,<br><br>  v.<br><br>LONG BEACH MORTGAGE CO; et al.,<br><br>        Defendants - Appellees. | No. 11-35313<br><br>D.C. No. 2:10-cv-01423-MJP<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered May 29, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                       FOR THE COURT:
                                       Molly C. Dwyer
                                       Clerk of Court

                                       Synitha Walker
                                       Deputy Clerk